1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

            Plaintiff,

        v.

TANNER GARRETT VAUGHN, individually
and doing business as Lead Expose, Inc., and
Uptown Media, Inc.,

            Defendant.

Case No.

Exhibits to Plaintiff's Memorandum in Support of Application for Temporary Restraining Order

# TRO Exhibit 1

## DECLARATION OF LAUREEN FRANCE
Pursuant to 28 U.S.C. § 1746

**Background**

1.       I am an investigator assigned to the Federal Trade Commission ("FTC") Northwest Region.  If called as a witness, I would testify to the following facts, of which I have personal knowledge.

2.       As an FTC investigator, I research and investigate entities that may be violating laws the FTC enforces.  In January 2011, I was assigned to work on an investigation of certain Internet advertising practices conducted by Tanner Garrett Vaughn.

**Affiliate Marketing**

3.       During my investigation of Tanner Garrett Vaughn, other FTC investigations I have performed, and from information culled from public sources, I have become familiar with the fact that Internet advertising often involves affiliate marketing.

4.       In affiliate marketing, a business rewards one or more affiliates for each visitor or customer generated by the affiliate's own marketing efforts.  The affiliate is rewarded either directly by the business (often referred to as the "merchant") whose product the affiliate advertises or by a third party with a relationship with the merchant.  In most cases, affiliates are paid a percentage of the product sale that they generate ("cost per sale" or "cost per action").  In other cases, affiliates are paid based on the number of consumers that the affiliate draws to the merchant's website ("cost per click").  To determine the amount of reward for the affiliate, the merchant or a third party tracks the number of consumers drawn to the merchant's site by the affiliate and/or the product sales made by those consumers attributable to the affiliate.

5.       In affiliate marketing, affiliates generally aim to attract consumers to a merchant's website and generate product sales.  The affiliates can attract consumers to the merchant's website in a number of different ways, including email marketing or display advertising.  Display advertising can take the form of banner advertisements or advertisements listed among search results on popular search engines.  In some cases, clicking on these advertisements takes a user directly to a merchant's website.  In others, the advertisements link to websites set up by

TRO Exh. 1, p. 000001

**FEDERAL TRADE COMMISSION**
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1    affiliates, who use those websites to further attract visitors to the merchant's website.  The

2    affiliate's websites then will include links to the merchant's website, and sometimes

3    representations about the merchant's products.  A graphic description of affiliate marketing is

4    attached as TRO Exh. 1, p. 13.

5    **Company Registrations**

6         6.    TRO Exh. 1, pp. 14-16, is a true and correct copy of a document obtained online from

7    the West Virginia Secretary of State's Online Data Service.  This document shows that a

8    company known as Lead Expose, Inc., was:

9         a.    incorporated in West Virginia on or about May 7, 2008 (p. 14);

10        b.    incorporated by two individuals, including Tanner G. Vaughn, whose address is listed

11              as 16212 Bothell-Everett Highway, Suite F-126, Mill Creek, Washington 98012

12              (p. 15);

13        c.    terminated on November 1, 2010 (p. 14).

14        7.    TRO Exh. 1, p. 17, is a true and correct copy of a document obtained online from the

15   Washington Secretary of State's Corporation Division.  This documents shows that a company

16   known as Uptown Media, Inc., was incorporated on or about March 30, 2010, and became an

17   inactive corporation on or about November 1, 2010.  It also lists March 31, 2011, as the

18   company's expiration date.  I reviewed the Washington Secretary of State's Corporation

19   Division's website for any recent changes to records for Uptown Media, Inc., and there have

20   been none.

21   **Website Registration**

22        8.    TRO Exh. 1, pp. 18-32, consists of true and correct copies of documents that the FTC

23   obtained by compulsory process from domain registrar GoDaddy.com, Inc. ("GoDaddy").  These

24   documents show that:

25        a.    Tanner Vaughn, identified in GoDaddy records with "Shopper IDs" 15688918 and

26              28097020, registered several websites through GoDaddy.com, including

27              breakingnewsat6.com and channel9newsreport.com (pp. 18-22);

28

Declaration of Laureen France                TRO Exh. 1, p. 000002

b.   Mr. Vaughn uses the address 16212 Bothell Everett Highway, Suite F126, Mill Creek, Washington, 98012, and the telephone number 425-232-98XX (pp. 18 and 20);

c.   The website breakingnewsat6.com was created on April 13, 2010 (p. 21);

d.   The website channel9newsreport.com was created on June 6, 2010 (p. 21);

e.   Mr. Vaughn paid to have registration information for both websites; breakingnewsat6.com and channel9newsreport.com, kept private (pp. 23-24, 27-29). In other words, Mr. Vaughn paid to have information indicating that he is the registrant of these websites not be revealed in a WHOIS domain name search; rather, the results of a domain name search shows that the registrant of the Vaughn websites is Domains by Proxy, Inc. (*see* TRO Exh. 1, pp. 49-50); and

f.   Mr. Vaughn paid for the registration of these domain names using a general purpose credit card, issued in his name (pp. 23 and 28).

**Websites**

9.   On December 10, 2010, FTC investigative staff used a computer dedicated for investigative use and a software program to capture and make copies of the website at breakingnewsat6.com, and the linked pages from marketers' websites.[1]  TRO Exh. 1, pp. 33-42, is a true and correct copy of a printout of that website capture.

10.   On January 5, 2011, I used an investigative computer and software program to capture and make copies of the website at channel9newsreport.com.  TRO Exh. 1, pp. 43-48, is a true and correct copy of a printout of that website capture.

11.   TRO Exh. 1, pp. 49-50, contains true and correct copies of a dnsstuff.com WHOIS domain name search of breakingnewsat6.com and channel9newsreport.com showing that Domains by Proxy is listed as the registrant of both sites.

12.   On January 10, 2011, I used an investigative computer and a software program to capture and make copies of the websites at how-to-cure-wrinkles.com and how-to-get-white-

---

[1]  The linked pages from marketers' websites were included in each capture of defendant's websites.

Declaration of Laureen France

TRO Exh. 1, p. 000003

**FEDERAL TRADE COMMISSION**
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1    teeth.com.  TRO Exh. 1, pp. 51-56 and 57-62, respectively, are true and correct copies of

2    printouts of those website captures.

3       13.   On January 12, 2011, I used a computer dedicated for investigative use and a

4    software program to capture and make copies of the website at breakingnewsat6.com.

5    TRO Exh. 1, pp. 63-72 is a true and correct copy of a printout of that website capture.

6       14.   On January 31, 2011, I visited the breakingnewsat6.com website and clicked on

7    the "Claim your RISK FREE Trial Offer" box in the lower right-hand side of the initial page.  I then

8    ordered the product using a credit card account and mailing address dedicated for investigative

9    use.  TRO Exh. 1, pp. 73-75, is a true and correct copy of the Acai Order Confirmation email

10   that I received following the order, with certain information redacted to protect investigative

11   resources.  I also removed certain unrelated promotional offers that were included with the email

12   confirmation.

13      15.   On February 11, 2011, I visited a rented FTC mail box that is dedicated for

14   investigative use.  I retrieved the package that I received in response to my free Acai trial order,

15   copied the label, and sent the original package, unopened, to Edward R. Blonz by FedEx.

16   TRO Exh. 1, p. 76, is a true and correct copy of the label from the package containing my free

17   Acai trial order.

18      16.   On March 10, 2011, I used an investigative computer and a software program to

19   capture or make copies of the websites at breakingnewsat6.com and channel9newsreport.com.

20   TRO Exh. 1, pp. 77-86 and pp. 87-99, respectively, are true and correct copies of printouts of

21   those website captures.

22      17.   On March 10, 2011, while visiting the breakingnewsat6.com website, I clicked on

23   one of the Max Cleanse Pro hyperlinks on the first page of the website (TRO Exh. 1, p. 77).  I

24   then ordered the product using a credit card account and mailing address dedicated for

25   investigative use.  TRO Exh. 1, p. 100, is a true and correct copy of the Max Cleanse Pro Order

26   Confirmation that I received after ordering the product.

27

28

Declaration of Laureen France          TRO Exh. 1, p. 000004

18.     On March 17, 2011, I used our investigative computer and a software program to capture and make a copy of the website at breakingnewsat6.com.  A true and correct copy of a printout of that website capture is attached to this declaration as TRO Exh. 1, pp. 101-10.

19.     On March 28, 2011, I visited a rented FTC mail box that is dedicated for investigative use.  I retrieved the package that I received in response to the Max Cleanse Pro order that I placed on March 10, 2011.  True and correct copies of the shipping label, the packing slip, and the bottle label are attached to this declaration as TRO Exh. 1, pp. 111-15.  I sent the original package, with the bottle unopened, to Edward R. Blonz by FedEx (*see* TRO Exh. 3, pp. 241-76).

20.     On March 30, 2011, I used our investigative computer and a software program to capture and make copies of the website at breakingnewsat6.com.  TRO Exh. 1, pp. 116-27, is a true and correct copy of a printout of that website.

21.     While on the breakingnewsat6.com website, I clicked on the boxes at the top of the first page (p. 116) containing the words:

| Home | U.S. | World | Business | Politics | Entertainment | Leisure | Health | Scitech | Opinion | Sports | On Air |
|------|------|-------|----------|----------|---------------|---------|--------|---------|---------|--------|--------|

With the exception of the "Scitech" and "Opinion" boxes, clicking on any one of the boxes links the viewer to a news website at www.newsvine.com, a news-related site apparently owned or operated by MSNBC.com.

**Website Claims**

22.     The breakingnewsat6.com website includes claims about weight loss benefits of the acai berry and other products it promotes.  For example, the breakingnewsat6.com website states:

> After the fourth week, my final results were shocking.  I lost an unbelievable 25 lbs since starting the [promoted product] and [promoted product] diet!  Actually everyone at News 6 is kicking themselves for not having volunteered to be the guinea pig.  Using the [promoted product] and [promoted product] in week 4 I lost 3 more lbs.  But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue to use the products indefinitely!  **I couldn't be any happier with the results. I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise** (sic) (emphasis in original).

*See, e.g.,* TRO Exh. 1, pp. 34, 64, 78, 102, and 117.

Declaration of Laureen France

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

23.     The merchants' websites that are linked to the breakingnewsat6.com website contain different claims about the products promoted on breakingnewsat6.com.  For example:

a.     An early version of the breakingnewsat6.com site linked to product pages for "Slim Acai" and "Get Slim Colon Cleanse."  The "Slim Acai" site's claims include:

√Melt Away Fat
√Get Thin for the Holidays
√Lose Weight this Winter
√Burn More Calories Now
√Helps Improve Digestion
√Get Slimmer Today

*See* TRO Exh. 1, p. 37.

The "Get Slim Colon Cleanse" site claims include:

√Flush Harmful Waste Today
√Get a Flatter, Leaner Stomach
√Boost Your Energy & Health
√Remove Excess Water Weight

*See* TRO Exh. 1, p. 40.

Another version of the breakingnewsat6.com site linked to product pages for "Acai Lipo" and "Max Cleanse Pro".  The Acai Lipo site claims include:

√Melt Away Fat
√Feel and Look Thin All Year!
√Jumpstart Your Metabolism
√Burn More Calories Now
√Helps Improve Digestion
√Get Slimmer Today

*See* TRO Exh. 1, pp. 81.

The "Max Cleanse Pro" site claims include:

√Flush Out Waste Products
√Get a Flatter + Firmer Body
√Boost Your Energy + Health Levels
√Reduce Excess Water Weight
√MaxCleansePro promises the elimination of toxic wastes in your body which
 have been proven responsible of retaining excess fats and water.

*See* TRO Exh. 1, pp. 84 and 86.

**Website Testimonials**

24.     The breakingnewsat6.com website has consistently included testimonials or "comments" purportedly from consumers who have used the various Acai Berry products

Declaration of Laureen France

TRO Exh. 1, p. 000006

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1  promoted on the website.  *See, e.g.*, TRO Exh. 1, pp. 35-36, 65-66, 79-80 and 103-04.  The

2  comments include one from a purported consumer named "Diane," whose comments begin with

3  "[m]y friends and I have all been . . . ."  *See id.* at 79.

4      25.    On January 10 & 13, and again on February 11, 2011, I used an investigative

5  computer, a web browser, and an Internet search engine and searched for the terms "Diane says:

6  My friends and I have all been."  Several different websites were identified in the search results,

7  including the true and correct copies of websites attached to this declaration as TRO Exh. 1,

8  pp. 128-47.  All of these websites, each advertising an acai berry or weight loss product, include

9  testimonials or "comments" that are identical or substantially identical to those included in the

10 breakingnewsat6.com website.

11     26.    For example, news8reporter.com (TRO Exh. 1, pp. 128-31), advertising a product

12 called "Lean Spa," includes "comments" identical to those on breakingnewsat6.com from

13 purported consumers identified as Diane, Michelle, Jen, Stephen, Julia/Johanna, Davis, Damo,

14 Amy, James, and Wanda, including the same grammatical and typographical mistakes.

15     27.    The website evening8.com (TRO Exh. 1, pp. 132-34), advertising "Acai Energy,"

16 includes  comments" identical to those on breakingnewsat6.com from purported consumers

17 identified as Diane, Michelle, Ashley/Jen, Stephen, Jenna/Johanna, Davis, Damo, Amy, and

18 Wanda, including the same grammatical and typographical mistakes.

19     28.    The website health8news.com (TRO Exh. 1, pp. 135-39), advertising "Acai Berry

20 Select," includes  "comments" identical to those on breakingnewsat6.com from purported

21 consumers identified as Diane, Michelle, Jen, Stephen, Karen/Johanna, Davis, Damo, Amy,

22 James, and Wanda, including the same grammatical and typographical mistakes.

23     29.    The website channel6reports.com (TRO Exh. 1, pp. 140-43), advertising another

24 weight loss product, includes "comments" identical to those on breakingnewsat6.com from

25 purported consumers identified as Diane, Michelle, Jen, Stephen, Julia/Johanna, Davis, Damo,

26 Amy, James, and Wanda, with the same grammatical and typographical mistakes.

27     30.    The website 6news6alerts.com (TRO Exh. 1, pp. 144-47), advertising another weight

28 loss product, includes "comments" identical to those on breakingnewsat6.com from purported

Declaration of Laureen France

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

consumers identified as Diane, Michelle, Jen, Stephen, Julia/Johanna, Davis, Damo, Amy, James and Wanda, with the same grammatical and typographical mistakes.

**Website Images**

31.    On January 13 and February 11, 2011, I used an investigative computer and a web browser and visited a website known as www.tineye.com, a reverse image search engine that allows one to search a particular image to determine where on the Internet that image is displayed.  I entered "breakingnewsat6.com" in the search box.  The search results showed the various images that were imbedded in the breakingnewsat6.com site and provided a opportunity to search those images.  I clicked on the image of the blond woman who is purportedly a news reporter or journalist, identified as "Johanna" on the breakingnewsat6.com site (*see* TRO Exh. 1, p. 33).  The results indicated that the same image was contained in various other websites, including channel9newstoday.com (identified as "Jennifer Stone"), health8news.com (identified as "Karen"), news1alert.com (identified as "Julie"), and madeco.ca.  Attached to this declaration as TRO Exh. 1, pp. 148-51, are true and correct copies of the printouts of individual pages of these websites that bear this woman's image.

32.    On March 17, 2011, I used an investigative computer and web browser, and again visited the website known as www.tineye.com.  I searched the image of the purported reporter, "Julia," that appeared on the breakingnewsat6.com website as it appeared on March 17, 2011 (*see* TRO Exh. 1, pp. 101-10).  The search results showed that the image of that woman appeared in various other websites, including weeklyhealthusa.org and e-cigarette-review.net.  Attached to this declaration as TRO Exh. 1, pp. 152-53, are true and correct copies of the printouts of individual pages of these websites that bear this woman's image.

**Substantially Similar Verbiage - Breakingnewsat6.com**

33.    On March 17, 2011, I used an investigative computer and web browser to search the phrase "I volunteered to be the guinea pig.  I applied for a," which is found on the first page of the breakingnewsat6.com website (*see, e.g.,* TRO Exh. 1, p. 101).  The search results showed links for many different websites.  Attached to this declaration as TRO Exh. 1, pp. 154-56, are true and correct copies of the first three pages of the search results.

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

34.     I then clicked the link to four of those websites and, using software to capture websites, downloaded and copied them.  These websites, most of which promote certain weight loss products, use language and format substantially similar to the <u>breakingnewsat6.com</u> website.  *See e.g.*, TRO Exh. 1, pp. 33-42.  Attached to this declaration as TRO Exh. 1, pp. 157-75, are true and correct copies of printouts of the websites identified in my search results, with the domain names channelnews9today.com (featuring "HGC Activator" and "ColoTrim Colon Cleanse,"), channel6healthbeat.com (featuring "Acai VitaBoost" and "Colothin,"), health-news13.com (featuring "Pure Acai Select" and "ColoThin"), and abcnewschannel.com (featuring "Acai Berry Select" and "Digest It"), respectively.

35.     For example, each of these websites' opening narrative mentions the purported reporter's or news site's "skepticism" of the weight loss product claims and states that the purported news reporter agreed to be a guinea pig to test the nearly substantially similar weight loss claims for the featured product made on all of these about the different products they feature.

36.     In each case, the narrative goes on to introduce a colon cleanse product to be used in conjunction with the weight loss product, followed by a description of the four-week regimen purportedly followed by the featured reporter.  In each case, the reporter states: "I couldn't be any happier with the results. I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise."

37.     The purported reporter then states her "Conclusion" and encourages people to click on provided hyperlinks to order their own free trial of the product:

> **Conclusion**: Like us, here at [News 6/News 9/Channel 6/Health News 13/Weekly Health], you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our [my] own personal study we are pleased to see that people really are finding success with it . . . . [Y]ou have nothing to lose . . . . Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

TRO Exh. 1, pp. 159, 162, 169, 174-74.

**Substantially Similar Verbiage - Channel9newsreport.com**

38.     On March 21, 2011, I used an investigative computer and web browser to search the phrase "First, I did a ton of research on the" which is found on the first page of the

channel9newsreport.com website (TRO Exh. 1, pp. 43 and 87). This site promotes online "surplus" (or "penny") auctions. *See* TRO Exh. 1, pp. 43-48 and 87-99. The search results displayed links for many different websites. TRO Exh. 1, pp. 176-79, contains true and correct copies of the first four pages of the search results.

39.    I then clicked the link to four of those websites and, using software to capture websites, downloaded and copied them. These websites, most of which promote online "surplus" or "penny" auctions, use language and format substantially similar to the channel9newsreport.com website. *See* TRO Exh. 1, pp. 43-48 and TRO Exh. 1, pp. 87-99. Attached to this declaration as TRO Exh. 1, pp. 180-203, are true and correct copies of the websites identified in my search results and found at channel6newsnow.com, (promoting "BidMacs" Auctions), pennyauctionnewsonline.com, (promoting "Wavee" Auction), toledogazette.com, (promoting "Swoopo"), and dailyhugediscounts.com (promoting "BidRivals"), respectively.

40.    For example, each of these websites' opening narrative mentions the purported reporter's or news site's "skepticism" of surplus auctions sites and whether they allow consumers to purchase expensive items at deeply discounted prices. This is followed by claims that the narrator, interested in purchasing an expensive electronic product such as a new big screen HDTV, engaged in extensive research to determine which surplus auction site was the most "trustworthy" and best suited for the narrator's "test." The narrator purportedly finds that the promoted surplus auction site is the best because of the variety of products available and the site's reputation. The narrator then explains how the promoted auction site gets the merchandise it sells and describes the type of products available, with pictures of expensive products and the purported low prices that bidders paid for them. This is followed by a description of the narrator's test of the promoted auction site, step-by-step instructions for using the promoted auction site, and the narrator's conclusion that:

> Overall, I had a very impressive experience with [promoted auction site], which was very surprising to me. What once seemed impossible has now turned into a reality, a possibility to get 95% off retail!

TRO Exh. 1, pp. 182, 191, 194, 200.

Declaration of Laureen France

TRO Exh. 1, p. 000010

**FEDERAL TRADE COMMISSION**
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

Purported reader responses to the article conclude the discussion on each of the captured

websites, as they do on the channel9newreport.com site.

**Advertising Directing Internet Users to Vaughn's Websites**

41.    Pulse 360 Inc. ("Pulse 360") provides online advertising services for online

advertisers and publishers.  According to Pulse 360, the company assists advertisers to place

advertisements on a network of high quality content with desirable demographics.  *See* TRO

Exh. 2 ¶ 2, p. 237.  Among other things, Pulse 360 provided the FTC with data regarding Tanner

Vaughn's purchase of Pulse 360 ad placement services in a spreadsheet, which I reviewed and

analyzed.  I have redacted some information and hidden some columns, and have sorted the data

by date.  Attached are two spreadsheets of Pulse 360 data, one containing details about

advertising that Pulse 360 ran on behalf of Vaughn, and one containing details about Vaughn's

purchases or payments to Pulse 360 for ad placement services. TRO Exh. 1, pp. 204-33 and

pp. 234-35, respectively.

42.    The first spreadsheet, TRO Exh. 1, pp. 204-33, is sorted by "Screen Name" and then

by "Date" in order to show the ad placements relative to specific Vaughn websites.  For

example, the Pulse 360 data shows that with regard to Vaughn's breakingnewsat6.com website,

from June 2010 through August 2010:

    a.   impressions or views of ads that Pulse 360 placed on Vaughn's behalf were posted on

        websites and potentially viewed by consumers on the Pulse advertising network on

        41,029,607 occasions, as determined by Pulse 360's tracking mechanisms (TRO

        Exh. 1, p. 205, column headed "Impressions"); and

    b.   consumers clicked on the ads that Pulse 360 placed on Vaughn's behalf at a variety of

        sites where Pulse 360 placed those ads, such as MSNBC.com, and linked to the

        www.breakingnewsat6.com website on 16,107 occasions (TRO Exh. 1, p. 205,

        column headed "Clicks").

43.    The first spreadsheet (TRO Exh. 1, pp. 204-33) of Pulse 360 data also shows that in

connection with Vaughn's channel9newsreport.com website, from June 2010 through September

2010:

    a.    impressions or views of ads that Pulse 360 placed on Vaughn's behalf were posted on websites and potentially viewed by consumers on the Pulse advertising network on 346,994,580 occasions, as determined by Pulse 360's tracking mechanisms (TRO Exh. 1, p. 233, column headed "Impressions"); and

    b.    consumers clicked on the ads that Pulse 360 placed on Vaughn's behalf on websites and linked to the channel9newsreport.com website on 70,748 occasions (TRO Exh 1, p. 233, column headed "Clicks").

44.    The second spreadsheet of Pulse 360 data (TRO Exh. 1, pp. 234-35) contains details about Vaughn's payments to Pulse 360 for ad placement services, and is sorted by date. According to data provided by Pulse 360, from May 2009 until February 2011, $221,236 was deposited with Pulse 360 for ad placement services (TRO Exh. 1, p. 235, column titled "Amount"); this includes the $219,736 that Vaughn paid using a Visa credit card issued in his name ($125,000 of which was paid in the months of January and February 2011, the last months for which we have data from Pulse 360), and $1,500 that was paid using a Visa credit card issued to Uptown Media, Inc. ( TRO Exh. 1, pp. 234-35, columns titled "Name on Card" and "Amount").

**Miscellaneous**

45.    TRO Exh. 1, p. 236, is a true and correct copy of a U.S. Postal Service form identifying the party that is renting the mail box at 16212 Bothell Everett Highway, Suite F126, Mill Creek, Washington, 98012, the address that Mr. Vaughn has used in connection with his GoDaddy and Pulse 360 accounts.

46.    On February 11, 2011, I used a computer in our office that is dedicated for investigative use, together with a web browser, and visited www.facebook.com, using an account established for investigative purposes.  I visited Tanner Vaughn's Facebook account and made copies of certain pages of his "wall," the location where he posts comments and his friends respond.  To protect his privacy, these pages are not attached, but are available should the Court wish to view them.   Mr. Vaughn's comments and pictures posted on this Facebook page indicate

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1   that Mr. Vaughn recently purchased a new automobile, which appears to be an Infiniti, and has

2   either traveled to or is planning trips to California, Hawaii, and the Bahamas.

3   I swear or affirm under penalty of perjury that to the best of my knowledge and belief the

4   foregoing is true and accurate.

5

6   Dated: _April 11, 2011_          _Laureen France_
                                     Laureen France

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Laureen France          TRO Exh. 1., p. 000012A

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350



# West Virginia Secretary of State — Online Data Services

## Business & Licensing

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

**LEAD EXPOSE, INC.**

### Organization Information

| Org Type | Effective Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|
| C \| Corporation | 5/7/2008 | 5/7/2008 | Domestic | Profit | | 11/1/2010 | Revoked |

### Organization Information

| | | | |
|---|---|---|---|
| **Business Purpose** | 5418 - Professional, Scientific and Techincal Servies - Professional, Scientific and Techincal Servies - Advertising and Related Services | **Capital Stock** | 5000.0000 |
| **Charter County** | Raleigh | **Control Number** | 11813 |
| **Charter State** | WV | **Excess Acres** | |
| **At Will Term** | | **Member Managed** | |
| **At Will Term Years** | | **Par Value** | 1.0000 |
| **Authorized Shares** | 5000 | | |

## Addresses

| Type | Address |
|------|---------|
| **Mailing Address** | 110 MACTAGGART DRIVE<br>BECKLEY, WV, 25801<br>USA |
| **Notice of Process Address** | RICHMOND & COMPANY, CPA'S, A.C.<br>PO BOX 1204<br>BECKLEY, WV, 25802<br>USA |
| **Principal Office Address** | 110 MACTAGGART DRIVE<br>BECKLEY, WV, 25801<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
|------|--------------|
| **Incorporator** | JOHN H. KIRKPATRICK<br>110 MACTAGGART DRIVE<br>BECKLEY, WV, 25801<br>USA |
| **Incorporator** | TANNER VAUGHN<br>16212 BOTHELL EVERETT HIGHWAY SUITE F126<br>MILL CREEK, WA, 98012<br>USA |
| **President** | JOHN H. KIRKPATRICK<br>110 MACTAGGART DRIVE<br>BECKLEY, WV, 25801<br>USA |
| **Vice-President** | TANNER VAUGHN<br>16212 BOTHELL EVERETT HIGHWAY SUITE F126<br>MILL CREEK, WA, 98012<br>USA |
| Type | Name/Address |

## Annual Reports

| Date | Filed For |
|------|-----------|
| **7/28/2009** | 2010 |

TRO Exh. 1, p. 000015

| Date | Filed For |
|------|-----------|
|      |           |

## Images

| View | Name | Date Added | Date Effective | Type |
|------|------|-----------|----------------|------|
| View | LEAD EXPOSE, INC. | 9/9/2009 | 5/7/2008 | U - Annual Reports |
| View | LEAD EXPOSE, INC. | 5/20/2008 | 5/7/2008 | S - Company Formation |
| View | Name | Date Added | Date Effective | Type |

Printed from West Virginia Secretary of State Online Data Services web site:
http://apps.sos.wv.gov

© 2011 State of West Virginia

# Corporations Division - Registration Data Search

Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

## UPTOWN MEDIA INC.

| | |
|---|---|
| UBI Number | 603005663 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Inactive |
| State Of Incorporation | WA |
| WA Filing Date | 03/30/2010 |
| Expiration Date | 03/31/2011 |
| Inactive Date | 11/01/2010 |
| Registered Agent Information | |
| Agent Name | UNITED STATES CORPORATION AGENTS INC |
| Address | 11820 NORTHUP WAY STE E 200 |
| City | BELLEVUE |
| State | WA |
| ZIP | 98005 |
| Special Address Information | |
| Address | |
| City | |
| State | |
| Zip | |

# Contact Information

| | |
|---|---|
| Shopper Id: | 15688918 |
| Login Name: | tman196 |
| First Name: | Tanner |
| Middle Name: | |
| Last Name: | Vaughn |
| Company: | |
| Address1: | 16212 Bothell Everett Highway Suite F126 |
| Address2: | |
| City: | Mill Creek |
| State/Prov: | WA |
| Postal Code: | 98012 |
| Country: | US |
| Phone1: | 42523298Re dac |
| Phone2: | |
| Email: | tman196@Redacte com |
| Date Created: | 8/3/2007 11:08:51 PM |

## Domain List for Shopper Id: 15688918

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| FREEBIERUSH.COM | 8 Cancelled | 8/4/2007 | 8/4/2008 | 76426505 |
| WIKKIT.ORG | 0 Active | 8/22/2007 | 8/22/2011 | 78377984 |
| NONSTOPFREEBIES.COM | 0 Active | 8/30/2007 | 8/30/2011 | 79153234 |
| MAKEAHAPPYCHRISTMAS.COM | 0 Active | 10/27/2007 | 10/27/2011 | 85313006 |
| KINDLES4FREE.COM | 0 Active | 12/20/2007 | 12/20/2011 | 91419814 |
| SUPPLEMENTS4SURVEYS.COM | 0 Active | 3/2/2008 | 3/2/2012 | 100747406 |
| MYCHOCOLATEBUDDY.COM | 0 Active | 4/27/2008 | 4/27/2012 | 108443569 |
| LEADEXPOSE.ORG | 0 Active | 4/28/2008 | 4/28/2012 | 108632806 |
| LEADEXPOSE.COM | 0 Active | 4/28/2008 | 4/28/2012 | 108632806 |
| LEADEXPOSE.NET | 0 Active | 4/28/2008 | 4/28/2012 | 108632806 |
| LEADEXPOSE.INFO | 0 Active | 4/28/2008 | 4/28/2012 | 108632806 |
| HOWTOLOSE50LBS.COM | 8 Cancelled | 8/30/2008 | 8/30/2010 | 126659251 |
| MYGRANTREVIEWS.COM | 0 Active | 12/17/2008 | 12/17/2011 | 143636141 |

TRO Exh. 1, p. 000019

TRO Exh. 1, p. 000019

# Contact Information

| | |
|---|---|
| Shopper Id: | 28097020 |
| Login Name: | 28097020 |
| First Name: | Tanner |
| Middle Name: | |
| Last Name: | Vaughn |
| Company: | |
| Address1: | 16212 Bothell Everett Highway Suite F126 |
| Address2: | |
| City: | Mill Creek |
| State/Prov: | WA |
| Postal Code: | 98012 |
| Country: | US |
| Phone1: | 42523298$^{\text{Re}}_{\text{dac}}$ |
| Phone2: | |
| Email: | admin@$^{\text{Redacted}}$              .com |
| Date Created: | 5/15/2009 12:51:57 AM |

# Domain List for Shopper Id: 28097020

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| MASONGETSGREEN.COM | 0 Active | 5/15/2009 | 5/15/2011 | 169439461 |
| LEADEXTRAX.COM | 0 Active | 5/22/2009 | 5/22/2011 | 170831705 |
| HOW-TO-GET-WHITE-TEETH.COM | 0 Active | 6/17/2009 | 6/17/2011 | 175246904 |
| HOW-TO-CURE-WRINKLES.COM | 0 Active | 6/17/2009 | 6/17/2011 | 175246904 |
| HOW-TO-GET-BETTER-SLEEP.COM | 0 Active | 6/17/2009 | 6/17/2011 | 175246904 |
| JODIES-WEIGHT-LOSS.COM | 0 Active | 7/7/2009 | 7/7/2011 | 179050464 |
| BRJANGOTRIPPED.COM | 0 Active | 8/19/2009 | 8/19/2011 | 187152187 |
| E-CIGREPORT.COM | 0 Active | 9/13/2009 | 9/13/2011 | 191783311 |
| EASYMUSCLESFAST.COM | 0 Active | 12/1/2009 | 12/1/2010 | 207056692 |
| NATHANGETSGIRLS.COM | 0 Active | 2/24/2010 | 2/24/2011 | 224409179 |
| BREAKINGNEWSAT6.COM | 0 Active | 4/13/2010 | 4/13/2011 | 235127754 |
| GAMERS-ED.COM | 0 Active | 4/14/2010 | 4/14/2011 | 235321112 |
| PENNYSTOCKSKINGS.COM | 0 Active | 5/3/2010 | 5/3/2011 | 239451765 |
| STRAWBERRYGIANT.NET | 0 Active | 5/23/2010 | 5/23/2011 | 243659233 |
| CHANNEL3NEWSREPORT.COM | 0 Active | 6/6/2010 | 6/6/2011 | 246689165 |
| UPTOWNMEDIAGROUP.COM | 0 Active | 6/8/2010 | 6/8/2012 | 247106937 |

TRO Exh. 1, p. 000021

TRO Exh. 1, p. 000021

Domain List for Shopper Id: 28097020

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| MASONGETSGREEN.COM | 0 Active | 5/15/2009 | 5/15/2011 | 169439461 |
| LEADEXTRAX.COM | 0 Active | 5/22/2009 | 5/22/2011 | 170831705 |
| HOW-TO-GET-WHITE-TEETH.COM | 0 Active | 6/17/2009 | 6/17/2011 | 175246904 |
| HOW-TO-CURE-WRINKLES.COM | 0 Active | 6/17/2009 | 6/17/2011 | 175246904 |
| HOW-TO-GET-BETTER-SLEEP.COM | 0 Active | 6/17/2009 | 6/17/2011 | 175246904 |
| JODIES-WEIGHT-LOSS.COM | 0 Active | 7/7/2009 | 7/7/2011 | 179050464 |
| BRIANGOTRIPPED.COM | 0 Active | 8/19/2009 | 8/19/2011 | 187152187 |
| E-CIGREPORT.COM | 0 Active | 9/13/2009 | 9/13/2011 | 191783311 |
| EASYMUSCLESFAST.COM | 0 Active | 12/1/2009 | 12/1/2011 | 207056692 |
| NATHANGETSGIRLS.COM | 0 Active | 2/24/2010 | 2/24/2011 | 224409179 |
| BREAKINGNEWSAT6.COM | 0 Active | 4/13/2010 | 4/13/2011 | 235127754 |
| GAMERS-ED.COM | 0 Active | 4/14/2010 | 4/14/2011 | 235321112 |
| PENNYSTOCKSKINGS.COM | 0 Active | 5/3/2010 | 5/3/2011 | 239451765 |
| STRAWBERRYGIANT.NET | 0 Active | 5/23/2010 | 5/23/2011 | 243659233 |
| CHANNEL9NEWSREPORT.COM | 0 Active | 6/6/2010 | 6/6/2011 | 246689165 |
| UPTOWNMEDIAGROUP.COM | 0 Active | 6/8/2010 | 6/8/2012 | 247106937 |
| PENNYAUCTIONSLEGIT.COM | 0 Active | 1/27/2011 | 1/27/2013 | 300914210 |

TRO Exh. 1, p. 000022

TRO Exh. 1, p. 000022

**Receipt # 235127754**
**Shopper # 28097020**
Reseller GoDaddy
Date: 4/13/2010 8:00:30 PM By customer via Online
Source Code: 499DOMAIN

## Shipping Information
Tanner Vaughn
16212 Bothell Everett Highway Suite F126
Mill Creek, WA 98012 US
Daytime Phone: 4252329 Re
admin@Redacted          com

## Billing Information
Tanner Vaughn
16212 Bothell Everett Highway Suite F126
Mill Creek, WA 98012 US
Daytime Phone: 4252329 Re
admin@Redacted          com

IP: 67.170.111.210::67.170 Redacte

Paid: Credit Card
Tanner Vaughn
Visa Exp. 4/2(Re
Redacted      39705

Our Charges will appear on their credit card statement in the name "GODADDY.COM"
Processor: Litle-GD

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|-----|-------|------|------------|---------------|-----|-------------|-------------|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year<br>Length: 1 year(s)<br>BREAKINGNEWSAT6.COM<br>This a service item. | $10.99<br>recurring | $10.99 | 1 | $6.00 | $5.17 |
| 1 | 7001-1 | Private Registration Services<br>Length: 1 year(s)<br>BREAKINGNEWSAT6.COM<br>This a service item. | $8.99<br>annual | $8.99 | 1 | $3.99 | $5.00 |
| 2 | 84-1 | Business Registration<br>Length: 1 year(s)<br>BREAKINGNEWSAT6.COM<br>This a service item. | $4.99<br>annual | $4.99 | 1 | $.00 | $4.99 |

|  |  |
|--|--|
| **Subtotal:** | **$15.16** |
| **Shipping & Handling:** | **$.00** |
| **Tax:** | **$.00** |
| **Total:** | **$15.16** |

Confidential Treatment
Requested by
The Go Daddy Group

# Domain Information for Shopper Id: 28097020

| | |
|---|---|
| Shopper Id: | 28097020 |
| Domain Name: | BREAKINGNEWSAT6.COM |
| Registration Period: | 1 |
| Create Date: | 4/13/2010 10:01:20 PM |
| Expiration Date: | 4/13/2011 10:01:20 PM |
| Update Date: | 4/13/2010 10:02:57 PM |
| Transfer Away Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Custom DNS: | Yes |

## Registrant Contact:

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains by Proxy, Inc. |
| Email: | DBP@domainsbyproxy.com |
| Address1: | DomainsByProxy.com |
| Address2: | 15111 N. Hayden Rd., Ste 160, PMB 353 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 4/13/2010 8:01:02 PM |

## Technical Contact:

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains by Proxy, Inc. |
| Email: | DBP@domainsbyproxy.com |
| Address1: | DomainsByProxy.com |
| Address2: | 15111 N. Hayden Rd., Ste 160, PMB 353 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 4/13/2010 8:01:02 PM |

## Administrative Contact:

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains by Proxy, Inc. |
| Email: | DBP@domainsbyproxy.com |
| Address1: | DomainsByProxy.com |
| Address2: | 15111 N. Hayden Rd., Ste 160, PMB 353 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 4/13/2010 8:01:02 PM |

## Billing Contact:

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains by Proxy, Inc. |
| Email: | DBP@domainsbyproxy.com |
| Address1: | DomainsByProxy.com |
| Address2: | 15111 N. Hayden Rd., Ste 160, PMB 353 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 4/13/2010 8:01:02 PM |

# Custom DNS Entries for
# BREAKINGNEWSAT6.COM

Shopper Id:    28097020
Domain Name:    BREAKINGNEWSAT6.COM

DNS Record Type    CNAME
Record Name: www  Record Value: @  TTL: 3600

DNS Record Type    CNAME
Record Name: mobilemail  Record Value: mobilemail-v01.prod.mesa1.secureserver.net  TTL: 3600

DNS Record Type    CNAME
Record Name: pda  Record Value: mobilemail-v01.prod.mesa1.secureserver.net  TTL: 3600

DNS Record Type    CNAME
Record Name: email  Record Value: email.secureserver.net  TTL: 3600

DNS Record Type    CNAME
Record Name: imap  Record Value: imap.secureserver.net  TTL: 3600

DNS Record Type    CNAME
Record Name: mail  Record Value: pop.secureserver.net  TTL: 3600

DNS Record Type    CNAME
Record Name: pop  Record Value: pop.secureserver.net  TTL: 3600

DNS Record Type    CNAME
Record Name: smtp  Record Value: smtp.secureserver.net  TTL: 3600

DNS Record Type    CNAME
Record Name: ftp  Record Value: @  TTL: 3600

DNS Record Type    MXRECORD
Record Name: @  Record Value: smtp.secureserver.net  TTL: 3600

DNS Record Type    MXRECORD
Record Name: @  Record Value: mailstore1.secureserver.net  TTL: 3600

DNS Record Type    CNAME
Record Name: webmail  Record Value: webmail.secureserver.net  TTL: 3600

DNS Record Type    CNAME
Record Name: e  Record Value: email.secureserver.net  TTL: 3600

DNS Record Type    ARECORD
Record Name: @  Record Value: 68.178.232.100  TTL: 3600

# Notes for: 1/1/2009 12:00:00 AM - 11/1/2010 11:59:59 PM for Shopper Id: 28097020

| Entered Date / By | Note |
|---|---|
| 5/3/2010 5:24:07 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PENNYSTOCKSKINGS.COM OrderID: 239451765 RowID: 0 Namespace:domain ResourceID: 81060044 |
| 5/3/2010 5:24:00 PM / RegHerculesSvc / Client IP:GoDaddy Internal | Setting AutoRenew = 1: PENNYSTOCKSKINGS.COM OrderID: 239451765 RowID: 2 Namespace:proxima ResourceID: 112484953 |
| 5/3/2010 5:23:55 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name PENNYSTOCKSKINGS.COM activated by RegComEPPSvc on 05/03/10 17:23:55 |
| 5/3/2010 5:23:31 PM / Post Purchase Processing | Domain PENNYSTOCKSKINGS.COM privacy set up.  DBP customer number is 28097120 |
| 4/30/2010 3:55:29 AM / RenewalNotice | [Namespace=Renewals/Type=DomainRenewalAllAuto15] Sending renewal notice to shopper 28097020 for 5 Domain resource(s) set to expire around May. 15, 2010. Email BatchID=66868275. Payment profiles are current |
| 4/15/2010 4:22:34 AM / RenewalNotice | [Namespace=Renewals/Type=DomainRenewalAllAuto30] Sending renewal notice to shopper 28097020 for 5 Domain resource(s) set to expire around May. 15, 2010. Email BatchID=65593614. Payment profiles are current |
| 4/14/2010 11:44:08 AM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from ns33.domaincontrol.com|ns34.domaincontrol.com to NS1.CUSTOMORDERTHIS.COM|NS2.CUSTOMORDERTHIS.COM for GAMERS-ED.COM |
| 4/14/2010 11:43:45 AM / Shopper-28097020 / Client IP: 67.170.111.210 | DCC domain nameserver update requested GAMERS-ED.COM (ID=80026317) |
| 4/14/2010 11:42:57 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: GAMERS-ED.COM OrderID: 235321112 RowID: 0 Namespace:domain ResourceID: 80026317 |
| 4/14/2010 11:42:36 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: GAMERS-ED.COM OrderID: 235321112 RowID: 2 Namespace:proxima ResourceID: 110902365 |
| 4/14/2010 11:42:30 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name GAMERS-ED.COM activated by RegComEPPSvc on 04/14/10 11:42:30 |
| 4/14/2010 11:42:13 AM / Post Purchase Processing | Domain GAMERS-ED.COM privacy set up.  DBP customer number is 28248355 |
| 4/13/2010 8:02:58 PM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from NS1.CUSTOMORDERTHIS.COM|NS2.CUSTOMORDERTHIS.COM to NS1.CUSTOMORDERTHIS.COM|NS2.CUSTOMORDERTHIS.COM for BREAKINGNEWSAT6.COM |
| 4/13/2010 8:02:43 PM / Shopper-28097020 / Client IP: 67.170.111.210 | DCC domain nameserver update requested BREAKINGNEWSAT6.COM (ID=79995253) |
| 4/13/2010 8:01:44 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: BREAKINGNEWSAT6.COM OrderID: 235127754 RowID: 0 Namespace:domain ResourceID: 79995253 |
| 4/13/2010 8:01:28 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: BREAKINGNEWSAT6.COM OrderID: 235127754 RowID: 2 Namespace:proxima ResourceID: 110853976 |

# Notes for: 1/1/2009 12:00:00 AM - 11/1/2010 11:59:59 PM for Shopper Id: 28097020

| Entered Date / By | Note |
|---|---|
| 4/13/2010 8:01:21 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name BREAKINGNEWSAT6.COM activated by RegComEPPSvc on 04/13/10 20:01:21 |
| 4/13/2010 8:00:40 PM / Post Purchase Processing | Domain BREAKINGNEWSAT6.COM privacy set up. DBP customer number is 28248355 |
| 4/8/2010 4:24:25 AM / RenewalNotice | [Namespace=Renewals]Type=DomainRenewalAllAuto90] Sending renewal notice to shopper 28097020 for 5 Domain resource(s) set to expire around Jul. 07, 2010. Email BatchID=64978897. Payment profiles are current |
| 3/16/2010 4:18:59 AM / RenewalNotice | [Namespace=Renewals]Type=DomainRenewalAllAuto60] Sending renewal notice to shopper 28097020 for 4 Domain resource(s) set to expire around May. 15, 2010. Email BatchID=62983108. Payment profiles are current |
| 2/24/2010 11:24:50 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: NATHANGETSGIRLS.COM OrderID: 224409179 RowID: 3 Namespace:proxima ResourceID: 10671214 |
| 2/24/2010 11:24:50 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: NATHANGETSGIRLS.COM OrderID: 224409179 RowID: 2 Namespace:dbp ResourceID: 16747248 |
| 2/24/2010 11:24:50 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: NATHANGETSGIRLS.COM OrderID: 224409179 RowID: 4 Namespace:protection ResourceID: 106711212 |
| 2/24/2010 11:24:49 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: Protected Registration OrderID: 224409179 RowID: 1 Namespace:bundle ResourceID: 3966042 |
| 2/24/2010 11:24:43 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name NATHANGETSGIRLS.COM activated by RegComEPPSvc on 02/24/10 11:24:43 |
| 2/24/2010 11:24:22 AM / Post Purchase Processing | Domain NATHANGETSGIRLS.COM privacy set up. DBP customer number is 28248355 |
| 2/23/2010 12:20:38 AM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from ns37.domincontrol.com|ns38.domaincontrol.com to NS1.CUSTOMORDERTHIS.COM|NS2.CUSTOMORDERTHIS.COM for HOW-TO-CURE-WRINKLES.COM |
| 2/23/2010 12:20:19 AM / Shopper-28097020 / Client IP: 24.22.235.44 | DCC domain nameserver update requested HOW-TO-CURE-WRINKLES.COM (ID=65286959) |
| 2/14/2010 4:02:29 AM / RenewalNotice | [Namespace=Renewals]Type=DomainRenewalAllAuto90] Sending renewal notice to shopper 28097020 for 1 Domain resource(s) set to expire around May. 15, 2010. Email BatchID=60272828. Payment profiles are current |
| 12/1/2009 10:21:29 PM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from ns61.domaincontrol.com|ns62.domaincontrol.com to NS1.CUSTOMORDERTHIS.COM|NS2.CUSTOMORDERTHIS.COM for EASYMUSCLESFAST.COM |
| 12/1/2009 10:21:14 PM / Shopper-28097020 / Client IP: 24.22.235.44 | DCC domain nameserver update requested EASYMUSCLESFAST.COM (ID=73074945) |
| 12/1/2009 8:03:34 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: EASYMUSCLESFAST.COM OrderID: 207056692 RowID: 2 Namespace:dbp ResourceID: 15626407 |

**Receipt # 246689165**
**Shopper # 28097020**
Reseller GoDaddy
Date: 6/6/2010 8:54:26 PM By customer via Online
Source Code: RRTV10

## Shipping Information

Tanner Vaughn
16212 Bothell Everett Highway Suite F126
Mill Creek, WA 98012 US
Daytime Phone: 42523298Re
admin@Redacted          com

## Billing Information

Tanner Vaughn
16212 Bothell Everett Highway Suite F126
Mill Creek, WA 98012 US
Daytime Phone: 42523298Re
admin@Redacted          com

IP: 67.170.111.210::67.170.111.210
Paid: Credit Card
Tanner Vaughn
Visa Exp. 4/2CRe
Redacted      9705
Our Charges will appear on their credit card statement in the name "GODADDY.COM"
Processor: Litle-GD

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year<br>Length: 1 year(s)<br>CHANNEL9NEWSREPORT.COM<br>This a service item. | $10.69<br>recurring | $10.69 | 1 | $3.20 | $7.67 |
| 1 | 7001-1 | Private Registration Services<br>Length: 1 year(s)<br>CHANNEL9NEWSREPORT.COM<br>This a service item. | $8.99<br>annual | $8.99 | 1 | $3.99 | $5.00 |
| 2 | 84-1 | Business Registration<br>Length: 1 year(s)<br>CHANNEL9NEWSREPORT.COM<br>This a service item. | $4.99<br>annual | $4.99 | 1 | $.00 | $4.99 |

|  |  |
|---|---|
| Subtotal: | $17.66 |
| Shipping & Handling: | $.00 |
| Tax: | $.00 |
| Total: | $17.66 |

Confidential Treatment
Requested by
The Go Daddy Group

# Domain Information for Shopper Id: 28097020

| | |
|---|---|
| Shopper Id: | 28097020 |
| Domain Name: | CHANNEL9NEWSREPORT.COM |
| Registration Period: | 1 |
| Create Date: | 6/6/2010 10:54:53 PM |
| Expiration Date: | 6/6/2011 10:54:53 PM |
| Update Date: | 6/6/2010 10:56:23 PM |
| Transfer Away Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Custom DNS: | No |

## Registrant Contact:

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains by Proxy, Inc. |
| Email: | DBP@domainsbyproxy.com |
| Address1: | DomainsByProxy.com |
| Address2: | 15111 N. Hayden Rd., Ste 160, PMB 353 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 6/6/2010 8:54:40 PM |

## Technical Contact:

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains by Proxy, Inc. |
| Email: | DBP@domainsbyproxy.com |
| Address1: | DomainsByProxy.com |
| Address2: | 15111 N. Hayden Rd., Ste 160, PMB 353 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 6/6/2010 8:54:40 PM |

## Administrative Contact:

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains by Proxy, Inc. |
| Email: | DBP@domainsbyproxy.com |
| Address1: | DomainsByProxy.com |
| Address2: | 15111 N. Hayden Rd., Ste 160, PMB 353 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 6/6/2010 8:54:40 PM |

## Billing Contact:

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains by Proxy, Inc. |
| Email: | DBP@domainsbyproxy.com |
| Address1: | DomainsByProxy.com |
| Address2: | 15111 N. Hayden Rd., Ste 160, PMB 353 |
| City: | Scottsdale |
| State/Province: | Arizona |
| Postal Code: | 85260 |
| Country: | United States |
| Phone: | (480) 624-2599 |
| Fax: | (480) 624-2598 |
| Modify Time: | 6/6/2010 8:54:40 PM |

Notes for: 1/1/2009 12:00:00 AM - 11/1/2010 11:59:59 PM for Shopper Id: 28097020

| Entered Date / By | Note |
|---|---|
| 6/8/2010 12:27:20 PM / Shopper-28097020 / Client IP: 216.251.108.75 | DCC domain nameserver update requested UPTOWNMEDIAGROUP.COM (ID=83070369) |
| 6/8/2010 12:24:21 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: UPTOWNMEDIAGROUP.COM OrderID: 247106937 RowID: 0 Namespace:domain ResourceID: 83070369 |
| 6/8/2010 12:24:05 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: UPTOWNMEDIAGROUP.COM OrderID: 247106937 RowID: 2 Namespace:proxima ResourceID: 115448575 |
| 6/8/2010 12:23:59 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name UPTOWNMEDIAGROUP.COM activated by RegComEPPSvc on 06/08/10 12:23:59 |
| 6/8/2010 12:23:41 PM / Post Purchase Processing | Domain UPTOWNMEDIAGROUP.COM privacy set up.  DBP customer number is 28248355 |
| 6/6/2010 8:56:24 PM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from ns35.domaincontrol.com[ns36.domaincontrol.com to NS1.CUSTOMORDERTHIS.COM[NS2.CUSTOMORDERTHIS.COM for CHANNEL9NEWSREPORT.COM |
| 6/6/2010 8:56:07 PM / Shopper-28097020 / Client IP: 67.170.111.210 | DCC domain nameserver update requested CHANNEL9NEWSREPORT.COM (ID=82977030) |
| 6/6/2010 8:55:21 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: CHANNEL9NEWSREPORT.COM OrderID: 246689165 RowID: 0 Namespace:domain ResourceID: 82977030 |
| 6/6/2010 8:54:56 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: CHANNEL9NEWSREPORT.COM OrderID: 246689165 RowID: 2 Namespace:proxima ResourceID: 115307795 |
| 6/6/2010 8:54:54 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name CHANNEL9NEWSREPORT.COM activated by RegComEPPSvc on 06/06/10 20:54:54 |
| 6/6/2010 8:54:30 PM / Post Purchase Processing | Domain CHANNEL9NEWSREPORT.COM privacy set up.  DBP customer number is 28248355 |
| 6/2/2010 3:03:40 AM / RenewalNotice | [Namespace=Renewals/Type=DomainRenewalAllAuto15] Sending renewal notice to shopper 28097020 for 5 Domain resource(s) set to expire around Jun. 17, 2010. Email BatchID=69722134. Payment profiles are current |
| 5/23/2010 3:56:14 AM / RegNetEPPSvc / Client IP: GoDaddy Internal | RegNetEPPSvc:processDomainPendMod changed Nameserver(s) from ns21.domaincontrol.com[ns22.domaincontrol.com to NS1.CUSTOMORDERTHIS.COM[NS2.CUSTOMORDERTHIS.COM for STRAWBERRYGIANT.NET |
| 5/23/2010 3:56:00 AM / Shopper-28097020 / Client IP: 67.170.111.210 | DCC domain nameserver update requested STRAWBERRYGIANT.NET (ID=82230261) |
| 5/23/2010 3:53:43 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: STRAWBERRYGIANT.NET OrderID: 243659233 RowID: 0 Namespace:domain ResourceID: 82230261 |
| 5/23/2010 3:53:26 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: STRAWBERRYGIANT.NET OrderID: 243659233 RowID: 2 Namespace:proxima ResourceID: 114176492 |

TRO Exh. 1, p. 000030

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Keena R. Willis, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, Inc. and that my official title or position is Sr. Paralegal/Compliance Manager.  I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, Inc.

I further state that:

1.  Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2.  such records are kept in the course of a regularly conducted business activity;

3.  the business activity made such records as a regular practice; and

4.  if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this ____ day of November 2010.

Keena R. Willis,
Sr. Paralegal/Compliance Manager
GoDaddy.com, Inc.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Keena R. Willis, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, Inc. and that my official title or position is Sr. Paralegal/Compliance Manager.  I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, Inc.

I further state that:

1.   Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2.   such records are kept in the course of a regularly conducted business activity;

3.   the business activity made such records as a regular practice; and

4.   if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this _____ day of February 2011.

Keena R. Willis,
Sr. Paralegal/Compliance Manager
GoDaddy.com, Inc.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

SUBSCRIBE | News | Comments | Email |     Advertorial     Friday, December 10, 2010



**Johanna Stiles**
"Acai Berry Diet trend uncovers steps to weightloss success"



**George Markeese**
"Acai Berry Diet, Is it a scam or not?"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# Acai Berry Diet Exposed: Miracle Diet or Scam?

Friday, December 10, 2010

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

AS SEEN ON:      



Johanna investigates the Acai Berry diet to find out for herself if this super diet works.

Acai berries are the latest weight loss fad. These so called Super Foods that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight.

But we here at News 6 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the Slim Acai. While there are ton's of Acai berry ads online, Slim Acai is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Slim Acai is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

**Here is what Slim Acai claimed on their website...**

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

We were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Get Slim Colon Cleanse to test.

**Here is what Get Slim Colon Cleanse claimed on their website...**

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes 'Sludge' from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism

And the Get Slim Colon Cleanse, like the Acai Berry, had a free trial



Johanna Stiles, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Johanna sleep better and to wakeup more rested.

**Step 1:**

First get Slim Acai. Use our exclusive promo code "news6" and pay only $1.50!

**Step 2:**

Then get Get Slim Colon Cleanse. Use our exclusive promo code "news6" and pay only $1.50!

*This is key. Use both for results like Johanna

Free trials expire on December 11, 2010

*Weather*

## RELATED VIDEOS

**Acai Berry: Fox35 Special Report**

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

## ADVERTISEMENTS

**Claim your RISK FREE Trial Offer**





CLICK HERE

with a 100% satisfaction guarantee and had no hidden offers.

### Putting Acai to the Test

Both the Slim Acai and Get Slim Colon Cleanse arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

### My Test

### 4 Week Acai Berry Diet: Slim Acai + Get Slim Colon Cleanse

- Take one Slim Acai pill per day
- Take one Get Slim Colon Cleanse pill per day

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the Slim Acai and Get Slim Colon Cleanse diet my energy levels don't dip, but remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Slim Acai and Get Slim Colon Cleanse diet! Actually everyone at News 6 is kicking themselves for not having volunteered to be the guinea pig. Using the Slim Acai and Get Slim Colon Cleanse in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue to use the products indefinitely.

**I couldn't be any happier with the results.**

**I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion**: Like us, here at News 6, you might be a little doubtful



Weather Forecast | Weather Maps | Weather Radar



» **Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

TRO Exh. 1, p. 000034

about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

Good luck with your weight loss,
- Johanna Stiles


Click Here To Get A Free Trial Of Slim Acai
Use our exclusive promo code "**news6**" and pay only $1.50!

Click Here To Get A Free Trial Of Get Slim Colon Cleanse
Use our exclusive promo code "**news6**" and pay only $1.50!

Free trials expire on December 11, 2010

Would you like to share a consumer tip for next week? If so, please send us an e-mail!

---

# Comments *(10 out of 177)*

Read Responses For:   "Diet Trends: A look at America's Top Diets" - Johanna Stiles Report

**Diane says:**                                                                  11:33 AM Thursday, December 9, 2010

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

**Michelle says:**                                                              12:58 PM Thursday, December 9, 2010

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

**Jen says:**                                                                    1:54 PM Thursday, December 9, 2010

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

**Stephen says:**                                                               4:24 PM Thursday, December 9, 2010

I've been seeing acai diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

**Johanna says:**                                                               5:16 PM Thursday, December 9, 2010

Yay! glad to see it's helped and that my story is getting out there! good luck!

**Davis says:**                                                                  6:05 PM Thursday, December 9, 2010

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

**Damo says:**                                                                   7:17 PM Thursday, December 9, 2010

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered my free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

**Amy says:**                                                                    7:38 PM Thursday, December 9, 2010

Hey Julia, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

TRO Exh. 1, p. 000035

**James says:**                                  8:31 PM Thursday, December 9, 2010

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

**Wanda says:**                                  9:45 PM Thursday, December 9, 2010

A friend of mine did the Slim Acai diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

# Leave A Reply

### Comments will appear after approval by our editorial team. Thank you.

Name:

City:

Email:

Message:

**TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

BreakingNewsAt6.com is an affiliate website, owned by UptownMedia, Inc. representing products available from "Slim Acai" and "Get Slim Colon Cleanse" health supplement products. UptownMedia, Inc. does business out of the USA and can be reached via breakingnewsat6@yahoo.com. We want you to be satisfied with your purchase, however it is important to realize that we do not manufacture nor fulfill your order. If you have specific product questions you should contact the company responsible for that product. For billing inquiries, refunds, or complaints, you can contact Slim Acai at 1-800-614-0737 and Get Slim Colon Cleanse at 1-800-614-0737.

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Results may vary. If you are pregnant, nursing, taking other medications, have a serious medical condition, or have a history of heart conditions we suggest consulting with a physician before using any supplement. The information contained in this Website is provided for general informational purposes only. It is not intended as and should not be relied upon as medical advice. The information may not apply to you and before you use any of the information provided in the site, you should contact a qualified medical, dietary, fitness or other appropriate professional. If you utilize any information provided in this site, you do so at your own risk and you specifically waive any right to make any claim against the author and publisher of this Website and materials as the result of the use of such information.

It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

*S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the Slim Acai terms and conditions, please click here. For the Get Slim Colon Cleanse terms and conditions, please click here.

*Slim Acai T&C (the following was taken directly from their website): By ordering your 3 day trial evaluation of the online Digital Membership to the Acai GetSlimPackage Diet Tracker, you will only be charged today the trial price of just $2.95. As a bonus, you will instantly receive today 2 FREE BONUS bottles of the Acai GetSlimPackage weight loss supplement as a free gift to help jumpstart your weight loss. If you like the Acai GetSlimPackage Diet Tracker, simply do nothing and after your evaluation period you will be charged $99.95 and then in 30 days you will be charged the second installment of $99.95 for full access to the GetSlimPackage Diet Tracker. After which you will never be charged again and you will have unlimited use of the GetSlimPackage Diet Tracker for 1 year.

*Get Slim Colon Cleanse T&C (the following was taken directly from their website): By ordering your 3 day trial evaluation of the online Digital Membership to GetSlimPackage Life, you will only be charged today the trial price of just $2.95. As a bonus, you will instantly receive today 2 FREE BONUS bottles of the Colon GetSlimPackage detox supplement as a free gift to help jumpstart your weight loss. If you like GetSlimPackage Life, simply do nothing and after your evaluation period you will be charged $99.95 and then in 30 days you will be charged the second installment of $99.95 for full access to the GetSlimPackage Life. After which you will never be charged again and you will have unlimited use of the GetSlimPackage Life for 1 year.

© UptownMedia, Inc. All Rights Reserved.









TRO Exh. 1, p. 000037

✓ **Weight Loss Journal**          ✓ **Efficient Fat Burner**

"Licensed photos for illustrative purposes only. Celebrities are not endorsers"

## You Too Can
# *Get Thin* this **NEW YEAR**!

Sculpt your Booty and Melt Away Tummy Fat with an Optimum Combination of Weight-Loss Ingredients*



### Acai
The Acai berry comes from a species of palm tree native to the Central and South American rain forests. Studies have shown that the Acai berry is considered to be one of the richest fruit sources of antioxidants. (1)



### Green Tea Extract
Herbal derivatives from green tea leaves contain many antioxidants primarily known as green tea catechins (GTC).(3) EGCG has been shown to be a natural product for the treatment of obesity.



### Garcinia Cambogia
a small fruit that resembles a miniature pumpkin. It has been studied for both appetite suppression and fat loss. It is indigenous to India and parts of Asia.



### Apple Cider Vinegar
Apple Cider Vinegar has been used for weight loss for thousands of years. White vinegar helps people feel full.



### Kelp
Kelp has been used in China for over 5,000 years. In the 1860's it was discovered that some seaweeds serve as hypermetabolic thyroid stimulants and since have been used for weight loss.



### Grapefruit
Grapefruit contains phytochemicals including liminoids and lycopene.(10) Grapefruit antioxidants help the body fight off free radicals and helps promote overall good heath.



## The Media is *SOLD* on Acai

## Change Your Body
## with *ACAI!*·




Acai berries are among the most nutritious foods of the Amazon, rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid (omega-9), a beneficial fatty acid (often mistakenly referred to as essential). (12)


Studies show that the acai berry is one of the most nutritious foods in the world. Acai pulp contains 10 times more antioxidants than red grapes and 10 to 30 times the anthocyanins of red wine; a synergy of dietary fiber and phytosterols to help promote cardiovascular and digestive health. (13)


Acai is packed full of antioxidants, amino acids and essential omegas. The pulp also contains a concentration of antioxidants, to help combat premature aging, with 10-30 times the anthocyanins of red wine. Acai has an almost-perfect essential amino acid complex vital to proper muscle contraction and regeneration. (14)











TRO Exh. 1, p. 000038

Acai

Get Slim Weight Loss Plan is your Slim Down Secret.*
Burn More Calories by tomorrow & Build your Best Body Ever!*

Results not typical. On Get Slim Plan, you can expect to lose at least
1-2 lbs per week. Individual endorsements are remunerated.

#1 ACAI BERRY SUPPLEMENT

**GetSlim** *Acai*
PACKAGE

100% SATISFACTION GUARANTEED

ACAI
60 Capsules
ADVANCED ACAI BLEND

**CLAIM YOUR TRIAL ORDER!**

**LOSE WEIGHT**
This Month with
ACAI GetSlim!

**HURRY!** ONLY WHILE SUPPLIES LAST - TRIALS ARE VERY LIMITED

Terms & Conditions | Privacy Policy | Guarantee | References | Customer Care

©2010 GetSlimPackage.com. All Rights Reserved.

* The statements made on our websites have not been evaluated by the FDA. This product is not intended to diagnose, cure or prevent any disease.
Consult your health care professional before beginning any weight loss or exercise program. GetSlimPackage is not sponsored, affiliated or endorsed
by ABC News, Washington Post, CBS News or Web MD and all trademarks on this website whether registered or not the property of their respective
owners. By following The Acai GetSlimPackage Diet Tracker Program which includes exercise and a calorie reduced diet, typical weight loss is 1-2
lbs per week.

TRO Exh. 1, p. 000039

**ADVANCED**

# GetSlim
### PACKAGE
*ColonCleanse*


**DISCOVER A NEW YOU!**
With the Colon GetSlim Package



**100% QUALITY GUARANTEED 100%**

## TRY THE ALL NATURAL
### Probiotic *Colon* Cleanser

*Taking Colon GetSlim*
*May Help* **You:**

☑ **Flush Harmful** Waste Today

☑ **Get a Flatter,** Leaner Stomach

☑ **Boost Your** Energy & Health

☑ **Remove Excess** Water Weight

## FREE SHIPPING WITH TRIAL ORDER

### TELL US WHERE TO SEND YOUR
# TRIAL ORDER

| | |
|---|---|
| **First Name** | |
| **Last Name** | |
| **Address** | |
| **Apt/Suite#** | |
| **Zip Code** | |
| **City** | |
| **State** | Select One |
| **Country** | USA |
| **Phone** | |
| | (For Shipping Company) |
| **Email** | |
| | (We Respect Your Privacy) |


**Rush My Trial Order**

I have read and agree to the terms of offer & privacy policy.



**HURRY! EXCLUSIVE SUPPLY**

 
**VeriSign** | **PRIVACY** | **128bit SSL** SECURE SITE

## FEATURED ARTICLE: Parasites Are Everywhere!



**Every living being** has at least one parasite that lives inside or on it, and many,  including human beings have even more!

According to scientists, the food we eat gets broken down and passed through our systems as waste. However, small portions of **waste gather in our colons**, binding to the colon walls, becoming toxic over time. It is our responsibility to cleanse out systems of such toxic matter, thereby lowering our risk of disease and illness.

## If you experience one or more of the following,
# IT'S TIME TO DETOXIFY...



Occasional Fatigue and Low Energy
Gas and Bloating
Occasional Irregularity
Metallic Taste in Mouth
Weakened Immune System

Irritability
Bad Breath
Food Cravings
Excess Weight
Inability to Concentrate

Stomach Upset
Impaired Digestion
Protruding Belly (pooch)
Headaches
Loss of Appetite

TRO Exh. 1, p. 000040

RECEIVE $1,500.00

SEND US YOUR OWN "BEFORE AND AFTER" photos and receive

$1,500.00

If we use your case testimonial we'll pay you $1,500 on the spot!

## How Do You Want to Feel?

*Feel healthier* • Increase Vitality*
Flatter Stomach* • Helps Cleanse Inside**

Countless people use **GetSlimPackage** every day as an all natural method to gently **flush away unwanted toxins** from their colons.*

Did you know that your colon can contain as much as 10 pounds of undigested food and fecal matter trapped inside your intestinal tract?(1) Can you imagine what this toxic waste is doing to your health?

Your colon eliminates waste from your body, so we formulated **GetSlimPackage** specifically to help the elimination process and help enhance your overall feeling of **good health, vitality and energy.**(2)*

The **GetSlimPackage** formula uses **natural herbs** to help eliminate impacted waste, parasites and toxins from the colon, to provide a gentle cleanse while assisting in the proper absorption of vitamins and minerals.*





## GetSlim
PACKAGE

**Claim Your Free Gift!**

Even on TV, credible sources have been talking about the importance of colon health.



This is your time to have **great health vitality and energy. Try this Product!**

**HURRY! EXCLUSIVE SUPPLY**

An all-natural method to gently flush away toxins.

## Feel Lighter & Stay Healthier



It's *not* uncommon for people to carry as much as *thirty pounds of toxic waste* in their colon. In fact, autopsies often reveal colons that are plugged up to 80% with waste material.(1) But you can STOP the cycle. GetSlimPackage is a unique colon cleanser. It contains all natural ingredients that help flush out harmful parasites, impacted waste and toxins from the colon leaving it cleansed and detoxified.*

**The Standard American Diet (SAD)** for most Americans consists of high levels of fat and foods with high levels of preservatives.(2) When you add to that, pollution, red meat, refined foods and other environmental factors, your insides can become contaminated and leave you feeling yucky and run-down.*

An average American will eat 4-6 meals a day and typically will have a bowel-movement every 30 hours. But in our society filled with junk-food, refined food and preservatives, 48 hours is more common. Colons that contain parasites can become impacted with waste that can prevent nutrients for cells from being absorbed. As a result you will tend to eat more in order to get enough nutrition throughout the day which can lead to weight gain.(3)

When it comes to your colon, have you ever considered this simple question...

## Are You Clean Inside?



100% QUALITY 100% GUARANTEED

## COLON HEALTH NEWS:
# IN THE MEDIA

## NATURAL CLEANSE CYCLE
Countless people are using GetSlimPackage the tried and tested 100% natural cleanser!*





Terms & Conditions | Privacy Policy | Guarantee | References | Customer Care

©2010 GetSlimPackage.com. All rights reserved..

* The statements made on our websites have not been evaluated by the FDA. This product is not intended to diagnose, cure or prevent any disease. Consult your health care professional before beginning any weight loss or exercise program. GetSlimPackage is not sponsored, affiliated or endorsed by ABC News, Washington Post, CBS News ,Web MD, Discover Magazine or Health Key and all trademarks on this website whether registered or not the property of their respective owners. By following the GetSlimPackage Life Program which includes exercise and a calorie reduced diet, typical weight loss is 1-2 lbs per week.

TRO Exh. 1, p. 000042





| SUBSCRIBE | News | Comments | Email | Advertorial | Wednesday, January 5, 2011 |

**Johanna Stiles** "xBids users all over the nation are saving hundreds of dollars while shopping online..."

**George Markeese** "Former eBay users are turning to xBids for much bigger savings"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# New Penny Auction Site xBids Saves Consumers 95% Off Retail!

As part of a new series: "How to Save Big Bucks When Shopping Online"

AS SEEN ON:       



**Johanna** investigates hot deals and shopping trends, like xBids and other penny auctions.

Surplus auction websites are a new phenomenon that is quickly spreading through North America and Europe (like you have probably already seen). They are all over the internet in blogs and success stories of people who have apparently bought expensive items at very little cost. However, we were very skeptical of whether or not these surplus auction sites were real, so we decided to put them to the test. What better way to find the truth than to conduct our own study?

I wanted to buy a **new HDTV**, so I was put in charge of the test.

First, I did a ton of research on the subject to find out which surplus auction site was the most trustworthy and ultimately would be best suited for my test. After hours and hours of research I came to the conclusion that xBids was best because of its wide variety of products and great reputation. The way these auction sites supposedly work is that you buy bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. xBids **had a new promotion**, for a limited time, they are giving out 20 bonus bids on signup. This created an ideal situation for me, giving me the bids necessary to thoroughly test the site. This promotion is to help spread the word about shopping with xBids and show people how much they can save with surplus auctions.

**Wondering How xBids Can Provide Such Deals?**

xBids gets their items from warehouse closeouts, surplus auctions, and liquidation clearance auctions. This is how they can offer such low prices in comparison to retail outlets.

**What Do They Put Up For Auction?**

I've seen everything from cars to phones, computers, laptops, TVs, cameras, stereo equipment and **pretty much anything you can think of.**



*tryagain2* Won a $499 iPad
On *xBids* for *$14!*

Hot Deals and Shopping Trends writer Johanna recently put xBids to the test and the results were very surprising.

**She saved $1,867 Off Retail**

xBids beat all of our initial skepticism. People now can really get 95% off retail, which is quite amazing to say the least.

**Step 1:**

Click this link to go to xBids and sign up to get your bids using the promo below. xBids has agreed to keep the promo active a little longer for our readers. Get it while you can!

Use promo **"freebids"** and **receive an additional 20 free bids!**

Promo code expires on Thursday, January 6, 2011.

**Step 2:**

Search the auctions until you find one that appeals to you.

**Step 3:**

Start placing your bids.

**Step 4:**

When you win the auction, you'll be taken to the checkout where you can buy your product at a deep discount.

## » RELATED VIDEOS

**Police Auctions A Steal?**

It's cheap, it's fast and it's built to last. Are used police cars a steal?

**California Garage Sale**

The state of California is getting in on the act with what might be the mother of all garage sales.

## » ADVERTISEMENTS



New Apple iPad

Current Bid:
$12.06

Time Remaining:

Channel9NewsReport





### Putting xBids to the Test

After going through a simple registration process on [xBids](xBids), I got my bids and began to try and win items listed up for auction. Before registering, I was still a little confused about the whole process - but after registering everything became clear.

I began to bid on the item I was after, a 42" Panasonic LCD TV. Surprisingly, I won after a very short period of bidding. **It cost me only $67.50 total for a $899 HDTV!**

To make sure this wasn't a fluke, I decided to try again to see if I could win another item - again, to my surprise I won yet again - this time the savings were bigger! **I ended up spending $163 for a $1,199 MacBook Pro.** Very impressive, and I don't think stores can match such deals!

Shipping - after I won the products and paid for them - I received the items in only a few days. Within a short period I had my items in hand. Simply amazing.

**My Full Experience With xBids***

**Week One**

Research on the surplus Auction system and how it works, and how you could legitimately get 95% off retail prices. You buy bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. I saw there were many users who won multiple auctions and knew with the right strategy that could be me.

**Week Two**

After finding that xBids was the most legitimate surplus auction site around, I decided to register with the promo code and claim my 20 bonus bids. I messed up on my first try, and didn't win the auction, but it didn't cost me much, so I continued to try to really find out if this system works.

I developed my system. I started to look for an auction that didn't have a lot of bidders. Typically these were the auctions taking place between 2am-5am EST.

**Week Three**

After some trial and error, I was able to win my first auction. After that, I decided I'd try again and see if it was possible to win more than once in a row. This possibility became a reality, and I won my second auction. After this, my bids were mostly spent, however I was VERY EXCITED to see my cheap items being shipped!

**Week Four**

I received my items, and they were in mint condition. Packaging was very good. I will never use a regular auction site again! I still can't believe I received these items for such a discounted price!

**I couldn't be any happier with the results**

TRO Exh. 1, p. 000044

## A Step-By-Step Guide To xBids

Now that you know xBids can offer real savings, you may be wondering how exactly it works. Don't worry – we'll tell you everything you need to know! Here is our step-by-step guide to get you started:

### Step 1:

Register as a user at xBids and get your bids.
Use promo **"freebids"** and **receive an additional 20 free bids!**

Promo code expires on Thursday, January 6, 2011.

### Step 2:

Search the auctions until you find an item that appeals to you.

### Step 3:

Start placing your bids.

### Step 4:

When you win the auction, you'll be taken to the checkout where you can buy your item at a deep discount!

It's really that easy!

## Conclusion

Overall, I had a very positive experience with xBids, which was very surprising to me. What once seemed impossible has now turned into a reality, a possibility to get 95% off retail!

P.S. xBids has agreed to keep the promo active for our readers for a short while longer. Get in on it while you can!

## ›› Start Here: xBids Official Site

---

## Comments *(10 out of 177)*

**Read Responses For:**   "How to Save Big Bucks When Shopping Online"

---

**Diane says:**                                                          11:33 AM Tuesday, January 4, 2011

OMG thanks xBids! I actually got a discount on my iPad, when other people are literally camping outside the store downtown to get one!

---

**Michelle says:**                                                       12:58 PM Tuesday, January 4, 2011

What determines when an auction ends? It seems like the timer is reset back to 10 seconds as people continue to bid, then suddenly the auction is over and the item is SOLD even though people are still bidding, right!? So, at some point, does the auction just end regardless of whether bids are still be entered? Thanks.

---

**John@xBids says:**                                                     1:54 PM Tuesday, January 4, 2011

The timer is reset each time a person bids, therefore, an auction ends when no one else bids. It never ends when people are still bidding. We want everyone to have a fair chance.

---

**Stephen says:**                                                        4:24 PM Tuesday, January 4, 2011

Thanks for the info above. I registered and I'm bidding on an iPad. Hope I win!

---

5:16 PM Tuesday, January 4, 2011

TRO Exh. 1, p. 000045

**John@xBids says:**

Congratulations! I hope you win too!

---

**Davis says:**                                                              6:05 PM Tuesday, January 4, 2011

will the items I purchase be unused or brand new? are refurbished or open box items allowed to be sold in the auction? Also, what is the return policy if the item is defective? Can it be returned to the manufacturer or back to the auction site?

---

**John@xBids says:**                                                         7:17 PM Tuesday, January 4, 2011

All of our products are brand new and will not have been opened. If you get a defective item, definitely let us know upon receiving the package and we'll figure out a solution to the issue. You will typically either get a new product in its place, or will get your money back.

---

**Amy says:**                                                                7:38 PM Tuesday, January 4, 2011

So what do I end up paying for my item? If I win an auction, what do I owe?

---

**John@xBids says:**                                                         8:31 PM Tuesday, January 4, 2011

Winning the auction means that you owe the ending price and shipping of that product. You purchase the right to bid on any auction up front, before you even start the auction process.

---

**Wanda says:**                                                              9:45 PM Tuesday, January 4, 2011

I love this site!!! I won a Macbook, iPod, and even a TV for under 200 bucks! This stuff normally costs over2 grand! Thanks for the help John!!!

## Leave A Reply

**Comments will appear after approval by our editorial team. Thank you.**

Name:

City:

Email:

Message:

TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:

*This site is in no way affiliated with any news source. As mentioned at the top of this web page, it is an advertorial.

*It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

© UptownMedia, Inc. All Rights Reserved.

TRO Exh. 1, p. 000046

CONGRATULATIONS!

体中 || 繁體中 || **DANSK** || **DEUTSCH** || ENGLISH || **ESPAÑOL** || **FRANÇAIS** || **ÍSLENSKA** || **ITALIANO** || 日本語 || ___ || **NEDERLANDS** || **NORSK** || **PORTUGUÊS** || **POLSKI** || **РУССКИЙ** || **SUOMI** || **SVENSK** ||

# CONGRATULATIONS!
## YOU WON! YOU WON! YOU WON!

**Claim Your Prize Award Now Up To $2,087.56.You are a Guaranteed Winner of: $2,087.56 Cash, $50.00 SkyAuction skybucks or $10.00 Cash.**

### Where do You Want Us to Send Any Prizes You Win?

**FIRST NAME:**                          **LAST NAME:**

**ADDRESS1:**                            **ADDRESS2:**

**COUNTRY:** United States               **POSTAL CODE:**

**CITY:**                                **STATE:** Alabama

NO SPAM
NO SURVEYS

YOUR EMAIL ADDRESS
WILL NOT BE SHARED
WITH ANYONE

Your prize notification and FreeLotto entry confirmations, daily results and sponsored advertising messages will be sent by e-mail only from FreeLotto:

**EMAIL:**                               **CONFIRM EMAIL:**

**Official Rules and Freelotto Privacy Policy:**

**Terms of Use Agreement:** FreeLotto is an advertising sponsored free lottery-style sweepstakes game. Chances of winning are substantially better for the player than in any similar online game. When you click the button below to release your prize winnings, you are also joining FreeLotto where you can win over $11 Million in daily prizes, in return for which you are only asked to view advertising on our website and by email. All email messages you will receive will be sent only by FreeLotto. IF YOU DON'T WANT TO RECEIVE AND CONSIDER SPONSORED ADVERTISING MESSAGES FROM FREELOTTO, PLEASE DO NOT JOIN FREELOTTO OR ANY OTHER SITE OWNED AND OPERATED BY PLASMANET. It is, after all, advertising that makes FreeLotto

By clicking on "click to release your winnings" below, I acknowledge that I have read the Sweepstakes Rules & the FreeLotto Terms of Use Agreement and agree to be bound by it:

*Click to release your winnings*

http://www.freelotto.com/register.asp?skin=Cert&noepu=1&partner=1061145&affiliateid=CD694[1/5/2011 7:09:44 PM]

CONGRATULATIONS!



   

© 2011 FreeLotto. All rights reserved.

TRO Exh. 1, p. 000048

Your IP Address: 164.62.7.74
Located near: WASHINGTON, DISTRICT OF COLUMBIA (US)

Username       [Login] Forgot login?

Home    Toolbox    Buy Now    Learn More    My Account    Contact Us

Home      Toolbox

« Return to tools

Email Results



## WHOIS - breakingnewsat6.com

Registrar:    GODADDY.COM, INC.
Status:       clientDeleteProhibited
Dates:        Created 13-apr-2010  Updated 16-mar-2011  Expires 13-apr-2012
DNS Servers:  NS1.CUSTOMORDERTHIS.COM  NS2.CUSTOMORDERTHIS.COM

I was referred to whois.godaddy.com; I'm looking it up there.

The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: BREAKINGNEWSAT6.COM

Domain servers in listed order:
NS1.CUSTOMORDERTHIS.COM
NS2.CUSTOMORDERTHIS.COM

••••••••••••••••••••••••••••••••••••••••••••••
See Business Registration Listing
••••••••••••••••••••••••••••••••••••••••••••••
Copy and paste the link below to view additional details:
http://who.godaddy.com/whoischeck.aspx?domain=BREAKINGNEWSAT6.COM

[If E-mail address(es) were hidden on this page, you can click here to get the results with the E-mail address].

Your IP Address: 164.62.7.74
Located near: WASHINGTON, DISTRICT OF COLUMBIA (US)

Username [                    ]  [ Login ] Forgot login?

Home    Toolbox    Buy Now    Learn More    My Account    Contact Us

Home    Toolbox

« Return to tools

Email Results



## WHOIS - channel9newsreport.com

Registrar:    GODADDY.COM, INC.
Status:       clientDeleteProhibited
Dates:        Created 06-Jun-2010  Updated 06-Jun-2010  Expires 06-Jun-2011
DNS Servers:  NS1.CUSTOMORDERTHIS.COM  NS2.CUSTOMORDERTHIS.COM

I was referred to whois.godaddy.com; I'm looking it up there.

The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
  Domains by Proxy, Inc.

  Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
  Domain Name: CHANNEL9NEWSREPORT.COM

  Domain servers in listed order:
    NS1.CUSTOMORDERTHIS.COM
    NS2.CUSTOMORDERTHIS.COM


••••••••••••••••••••••••••••••••••••••••••••
See Business Registration Listing
••••••••••••••••••••••••••••••••••••••••••••
Copy and paste the link below to view additional details:
http://who.godaddy.com/whoischeck.aspx?domain=CHANNEL9NEWSREPORT.COM

[If E-mail address(es) were hidden on this page, you can click here to get the results with the E-mail address].

Advertisement


**HCW** Health Consumer Weekly

# Don't Break the Bank: A Mom's Trick to Cure Wrinkles and Get Youthful Skin

**STORY HIGHLIGHTS**
- Mom discovers **trick** to get rid of wrinkles from home.
- **Coupons** bring down the cost to under $3.
- Combining **LifeCell** and **Cupuacu Vital** is key.


AS SEEN ON: abc CBS CNN MSNBC USA TODAY

**(HCW)** -- Amidst the second worst recession in United States history, thrifty consumers are turning to the internet to take advantage of special offers.


Before    After

Amy, an ordinary mom from Lynnwood, WAlos Angeles, CA discovered a clever trick to get celebrity skin for less than $3.

Thanks to the trick she discovered, thousands of consumers have been able to get rid of wrinkles from home.

**STEP 1:**
First get **LifeCell**
(use our exclusive link for **$1.25 S&H**)

**STEP 2:**
Then get **Cupuacu Vital**
(use our exclusive promo code: **SKIN**)

**\*This is key.** Use both for results like Amy

Amy, a Los Angeles, CA school teacher and full time mother, is one such consumer. It all started about three months ago when she bought an authentic Coach pocketbook on sale for only $55 (75% off the retail price). She was determined to seek out other great offers and recently made her best find. Amy discovered a clever way of combining two different skincare offers from two different companies –LifeCell and Cupuacu Vital -- to get results similar to that of a professional whitening done by a dentist. Rather then spending $500 on botox or other surgeries, she was able to cure her wrinkles for less than $3 by using free trial offers she found online.

Amy: "I like to consider myself a smart shopper, always finding the best bang for my buck. My online wrinkle cure discovery was without a doubt one the best finds I made this year."

**How did Amy wind up with wrinkled skin?**

*"While my mom always told me be to be proud of who I am and what I look like, I have always been self conscious about my skin. Truthfully, I have no one to blame for this problem but myself. I smoked for 8 years, drink 2 cups of coffee a day (only way to stay awake at work), and probably eat just a little too much fast food (okay, I admit, quite a lot!) Furthermore, I would be lying if I said that I drank more than 3 cups of water a day every day. While I recently quit smoking and have cut back on the amount of coffee I drink, my skin issues seemed to be permanent. I used just about every "trick" and wrinkle product on the market and saw little if any improvement.*

*A co-worker of mine recently recommended to do some research online before making my next purchase. As an elementary school teacher with a modest salary and a sizeable mortgage, cost was a major concern. While searching the Web I found a few online skincare companies giving away free trials where you only had to pay a few dollars for shipping. I ordered two products, LifeCell and Cupuacu Vital, both of which had 9/10*

## Amy's Face Closeup:

During the 14 days period Amy documented this progress with her camera:

**BEFORE and ...**


Before

**... AFTER Amy applied the 2 products:**


After

The second picture is taken exactly 7 days after the first. Notice the strong difference after applying the 2 trials during that time.

## LifeCell Celebrity Endorsements

*ratings and positive feedback from all users. After using the first product the results were noticeable, but after following with the second product I had even better skin. I'm far from a medical expert, but it appears that each product focused on DIFFERENT parts of the problem and that the second one put the youthful look into overdrive. By using them both in a row I had absolutely unbelievable results. I can't believe companies are practically giving these products away!"*

Amy: "I'm an optimist and always look for the silver lining in any situation. While this recession has negatively impacted me like everyone else, my savvy shopping skills got me the skin I always wanted."



Online skincare companies are **DESPERATE** for new customers and are giving away free trials as a way to find new clients and offload excess inventory. **You can and should take advantage of the downturn in the economy just like Amy.**

When asked to elaborate on her discovery Amy said:

"I was impressed with the results after the first 3 days – but once I saw my face after a week, I was absolutely blown away… I knew I was onto something. The trick is to use TWO trial products that compliment each other **TOGETHER** to give yourself a look comparable to that of your favorite actress."

We would like to thank Amy for this amazing skincare tip. If you are interested in using Amy's trick, we have provided links and coupon code information for the two products she used. After further research, we have learned that these coupon codes will work until Tuesday, March 2, 2010, so you have until them to obtain these free trials. Remember, to get results like Amy's, you will want to use **BOTH** products together ($1.25 for LifeCell, $1.50 for *Cupuacu Vital*, valid until Tuesday, March 2, 2010):



**STEP 1: Click here for LifeCell** (Use Our Exclusive Link For **$1.25 Shipping and Handling**)

**STEP 2: Click here for Cupuacu Vital** (Use Our Exclusive Promo Code: **SKIN**)

Would you like to share a consumer tip for next week? If so, please send us an email!

# Comments (44 out of 44)

Read Responses For: *"Don't Break the Bank: A Mom's Trick to Youthful Skin"*

### Johanna says:
Feb 26 2010

@Jack - those are amazing results! I just see that in a few days the two promo codes will expire! I guess I was lucky to still get them. Everybody hurry up... :-)

### Mike says:
Feb 26 2010

I smoked for quite a few years. recently quit and wanted to whiten my teeth, dentist quoted $350!!!!! this is great

### Kevin says:
Feb 26 2010

Been a smoker all my life. My wife showed me this... We ordered both trials and had the same results as Jack. His photos say it all!!!

### Jack says:
Feb 26 2010

@Cody - my teeth are really sensitive as well, had no problems, shipping to Illinois took 2 days.

## Weather

**Tiffany says:**

Feb 26 2010

@Jack - jeeze, that's amazing. i wish my teeth looked like that! took the dive and ordered

**Jack says:**

Feb 26 2010

Sorry it took a while, but I wanted to be sure. I just finished the combo. I took a pic when I got the products a week ago (Celebrity White Smile came first, had to wait for the other one for an extra day), used them for about a week and just took another pic a few minutes ago. Here they are. Honestly, this is unbelievable, all I have to say is WOW. My Teeth:



**James says:**

Feb 25 2010

my teeth are pretty yellow from drinking coffee and I'm not about to give that up, LOL. i can see how two different products might work better, can't wait until my trials get here.

**Sarah says:**

Feb 25 2010

It's been a week since I started using these two together and I've been feeling a lot more confident. this is perfect. thanks.

**Jennie says:**

Feb 24 2010

been so busy with the kids lately that never able to find deals like this. clever idea whoever came up with it!

**Lisa says:**

Feb 24 2010

never even thought about combining the products.

**Ryan says:**

Feb 24 2010

anybody know If I've already ordered a trial before, if i can do it again.

**Wendel says:**

Feb 23 2010

always down for stuff like this. props

**Cody says:**

Feb 23 2010

I really want to try this but my teeth are very sensitive, anyone know how this will affect them? Also how fast do you get the trials?

**Jennifer says:**

Feb 23 2010

My mom just e-mailed me this, a friend at work had told her about it. i guess it works really well

**Amanda says:**

Feb 23 2010

Got my trials a few days ago, already seeing a difference. can't wait to see what the end result is

**Chris says:**

Feb 22 2010

@Jack - any updates? wanted to see how it went

**Amy says:**

TRO Exh. 1, p. 000053

Feb 22 2010

Beats the whitening strips I've used in the past HANDS DOWN!

---

**Rick says:**

Feb 22 2010

glad i stumbled across this, nothing like saving a few bucks.

---

**Michelle says:**

Feb 22 2010

Fantastic! What a difference in her smile! Wow!

---

**Nicole says:**

Feb 22 2010

i do a lot of online shopping and I've can't believe they haven't caught onto this, fantastic story! tHAnks HCW!

---

**Julie says:**

Feb 22 2010

My brother did this a few months ago, I waited to order my trials to see if it really worked and then they stopped giving out the trials! what a dumb move that turned out to be. glad to see the trials are back again, I wont make the same mistake.

---

**Brian says:**

Feb 22 2010

had no idea you could get results like this at home

---

**Lee says:**

Feb 21 2010

I want to see Jacks and others results before I order. bookmarked this page, keep 'em comin

---

**Courtney says:**

Feb 21 2010

As a realtor it's important to look and feel my best, unfortunately the housing market isn't doing that great so cash has been a little tight lately. Thanks for the info, looking forward to receiving my kits.

---

**Madison says:**

Feb 21 2010

this looks like a great alternative to going to the dentist LOL and who can complain about the price

---

**Liz says:**

Feb 21 2010

For once I was able to do something nice for myself without feeling guilty about the cost.

---

**Rebecca says:**

Feb 21 2010

just placed my order for both trials. thanks Amy and amy!

---

**Lori says:**

Feb 21 2010

wasn't sure about ordering online but this deal seals it for me, didn't want to miss out. looking forward to my new smile

---

**Tracy says:**

Feb 21 2010

telling all my friends about this, ty for the info

---

**Nick says:**

Feb 20 2010

10/10!!! LOVE THE STORY!!

---

**Vanessa says:**

Feb 20 2010

TRO Exh. 1, p. 000054

I was considering laser whitening but the cost is was outrageous. Great find, ordering now my kits now

---

**Mark says:**

Feb 20 2010

Great Bargain. I Cannot Believe The Results!

---

**Rachel says:**

Feb 20 2010

You are very lucky Ami and Amy! Hope it works the same for me.

---

**Diane says:**

Feb 19 2010

I saw this on the news. How lucky is she to have found this opportunity!?!?! Thank you for sharing this tip! I just ordered both products.

---

**Doreen says:**

Feb 19 2010

Amy!!! I promised I'd report my progress so here I am!! It took 3 days to arrive (they said it would be faster), but the wait was SOOO worth it. I ALREADY see a difference. THANK YOU sooooooooooo much!!! Amy xoxoxo

---

**Marco says:**

Feb 19 2010

I saw you on this report, and the timing of this couldn't be better, I'm getting married next month and have been concerned about my teeth. thanks for the tip!

---

**Mikey says:**

Feb 19 2010

Thanks for the info, just started mine.

---

**Stephen says:**

Feb 19 2010

I've smoked for 13 years and this immediately started working for my stains, thanks Amy!

---

**Amy says:**

Feb 19 2010

Yay! glad to see it's helped and that my story is getting out there! good luck!

---

**Jack says:**

Feb 18 2010

I ordered my trials. I PROMISE I will keep everyone posted.

---

**Jim says:**

Feb 18 2010

Always impressed with the deals you guys dig up, got both trials. Can't wait to see what you've got lined up next week.

---

**Davis says:**

Feb 18 2010

This is amazing! I wish I knew about this 5 years ago.

---

**Damo says:**

Feb 18 2010

I own a vineyard and my teeth might as well be dark purple at this point. just orded, hope this helps.

---

**Doreen says:**

Feb 18 2010

Hey Amy, i just signed up and added you to my Twitter, cant wait to share my progress. thanks again, Amy xoxoxo

---

TRO Exh. 1, p. 000055

# Leave A Reply

Comments will appear after approval by our editorial team. Thank you.

Name:

City:

Email:

Message:

© HealthConsumerWeekly.com All Rights Reserved.

We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News, FOX, and Consumer Reports are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the Celebrity White Smile terms and conditions, please click here. For the EverBrite terms and conditions, please click here.

It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

**Celebrity White Smile** (the following was taken directly from their website): When you enroll in our membership program ("Program"), we will charge the card the card you provide the activation fee specified on the order checkout page and send you a trial supply of Celebrity White. If you contact customer service to terminate your enrollment within fourteen (14) days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product. All orders are shipped within two business days. If you do not cancel within fourteen (14) days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the one time membership fee of $169.95 ("Membership Fee"). Then, beginning about thirty-two (32) days after we charge the Membership Fee to your card and every thirty (30) days thereafter, we will send you a fresh monthly shipment of the product and charge your card $12.95 ("Monthly Charge") when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service.

**EverBrite** (the following was taken directly from their website): Beginning on the day that you place an order for a product ("Product") from the Website, Your ten (10) day "Trial period begins ("*Trial Period). The *Trial Period is calculated in calendar days, not business days. You will be shipped a thirty (30) day supply of the Product You ordered. Generally, Your Product is shipped 3 to 5 days after placing your order. Delivery time is subtracted from your *Trial Period, and will reduce the number of days allocated to your *Trial Period. If you want to extend your *Trial Period due to slow postal delivery or delayed pickup, you must call Our Customer Service Department. Reasonable requests (as determined by us) to extend Your *Trial Period generally will be granted. Upon signing up for the 10 day trial membership you will be charged up to $3.97 depending on various shipping and initial offer promotions at that time but not more than $3.97 upon signing. If not cancelled, you will be charged $89.97 upon completion of the 10 day trial period. Monthly thereafter or 30 days from the original order date, the charge will reoccur monthly at a total of $89.97 until cancelled.

Advertisement

# CONSUMERS DIGEST
## WEEKLY
*This site is not affiliated with any newspaper publication.*

**Beauty & The Recession**
*"Many people are no longer able to go to the dentist ..."*

**Tip of the Week**
*"whiten your teeth from home, without breaking the bank ..."*

# Don't Break the Bank: A Mom's Trick to Whiter Teeth

**STORY HIGHLIGHTS**
- Mom discovers **trick** to get white teeth from home.
- **Coupons** bring down the cost to under $4*.
- Combining **Celebrity White Smile** and **DentaSmile** is key.

AS SEEN ON:    

**(CDW)** -- Amidst the second worst recession in United States history, thrifty consumers are turning to the internet to take advantage of special offers.



Amy, an ordinary mom from Lynnwood, WA discovered a clever trick to get a celebrity smile for less than $4.

Thanks to the trick she discovered, thousands of consumers have been able to whiten their teeth from home.

**STEP 1:**
First get **Celebrity White Smile** (promo code: **Smile** )

**STEP 2:**
Then get **DentaSmile** (use promo code: **Smile** )

**This is key:**
Use both for results like Amy's

Amy, a Lynnwood school teacher and full time mother, is one such consumer. It all started about three months ago when she bought an authentic Coach pocketbook on sale for only $55 (75% off the retail price). She was determined to seek out other great offers and recently made her best find. Amy discovered a clever way of combining two different teeth whitening offers from two different companies – **Celebrity White Smile** and **DentaSmile** -- to get results similar to that of a professional whitening done by a dentist. Rather then spending $500 at her local dentist to attain a sexy smile, she was able to do so for less than $4 by using free trial* offers she found online.

Amy: "I like to consider myself a smart shopper, always finding the best bang for my buck. My online teeth whitening discovery was without a doubt one of the best finds I made this year."

**How did Amy wind up with yellow teeth?**

*"While my mom always told me be to be proud of who I am and what I look like, I have always been self conscious about my yellow teeth. Truthfully, I have no one to blame for this problem but myself. I smoked for 8 years, drink 2 cups of coffee a day (only way to stay awake at work), and love a glass of red wine to help me sleep at night. Furthermore, I would be lying if I said that I brushed my teeth 3 times a day every day. While I recently quit smoking and have cut back on the amount of coffee I drink, my tooth discoloration seems to be permanent. I used just about every "whitening" toothpaste and mouthwash product on the market and saw little if any improvement.*

*A co-worker of mine recently recommended to do some research online before making my next purchase. As an elementary school teacher with a modest salary and a sizeable mortgage, cost was a major concern. While searching the Web I found a few online teeth whitening companies giving away free trials where you only had to pay a few dollars for shipping. I ordered two products, Celebrity White Smile and DentaSmile, both of which had 9/10 ratings and positive feedback from all users. After using the first product the results were noticeable, but after following with the second product I had a celebrity white*

## Amy's Teeth Closeup:

During the 14 days period Amy documented this progress with her camera:

**BEFORE and ...**



**... AFTER Amy applied the 2 products:**



The second picture is taken exactly 7 days after the first. Notice the strong difference after applying the 2 trials during that time.

## Related Videos

**Medical Video Explaining Cavites**

Be proactive-prevent cavities to help avoid potentially expensive dental treatments down the line.

**How to Brush Teeth With Braces**

*smile. I'm far from a medical expert, but it appears that each product focused on DIFFERENT parts of the problem and that the second one put the whitening effect into overdrive. By using them both in a row I had absolutely unbelievable results. I can't believe companies are practically giving these products away!"*

Amy: "I'm an optimist and always look for the silver lining in any situation. While this recession has negatively impacted me like everyone else, my savvy shopping skills got me the smile I always wanted."

Online teeth whitening companies are **DESPERATE** for new customers and are giving away free trials as a way to find new clients and offload excess inventory. **You can and should take advantage of the downturn in the economy just like Amy.**

When asked to elaborate on her discovery Amy said:

"I was impressed with the results after the first 3 days – but once I saw my teeth after a week, I was absolutely blown away… I knew I was onto something. The trick is to use TWO trial products that compliment each other **TOGETHER** to give yourself a whitening comparable to that of your favorite actress."

*Consumers Digest Weekly* would like to thank Amy for this amazing teeth whitening tip. If you are interested in using Amy's trick, we have provided links and coupon code information for the two products she used. After further research, we have learned that these coupon codes will work until Thu, Feb. 11, 2010 , so you have until Thu, Feb. 11, 2010 to obtain these free trials. Remember, to get results like Amy's, you will want to use **BOTH** products together ($1.95 for *Celebrity White Smile* , $1.95 for *DentaSmile* , valid until Thu, Feb. 11, 2010 ):

**STEP 1: Click here for Celebrity White Smile** (Use Promo Code: **Smile** ) (note: Thu, Feb. 11, 2010 )

**STEP 2: Click here for DentaSmile** (Use Code: **Smile** ) (note: Thu, Feb. 11, 2010 )

Would you like to share a consumer tip for next week? If so, please send us an email!

# Comments *(45 out of 45)*

---

**Read Responses For:** *"Don't Break the Bank: A Mom's Trick to Whiter Teeth"*

---

**Johanna says:**
                                                                    Jan 30 2010
@Jack - those are amazing results! I just see that today the two promo codes will expire! I guess I was lucky to still get them. Everybody hurry up... :-)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Mike says:**
                                                                    Jan 30 2010
I smoked for quite a few years. recently quit and wanted to whiten my teeth, dentist quoted $350!!!!! this is great

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Kevin says:**
                                                                    Jan 30 2010
Been a smoker all my life. My wife showed me this... We ordered both trials and had the same results as Jack. His photos say it all!!!

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Jack says:**
                                                                    Jan 30 2010
@Cody - my teeth are really sensitive as well, had no problems, shipping to Illinois took 2 days.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Tiffany says:**
                                                                    Jan 30 2010
@Jack - jeeze, that's amazing. i wish my teeth looked like that! took the dive and ordered

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

When your child has braces, it is more important than ever for them to brush.

## Weather

## Jack says:

Jan 30 2010

Sorry it took a while, but I wanted to be sure. I just finished the combo. I took a pic when I got the products a week ago ( Celebrity White Smile came first, had to wait for the other one for an extra day), used them for about a week and just took another pic a few minutes ago. Here they are. Honestly, this is unbelievable, all I have to say is WOW. My Teeth:



## James says:

Jan 31 2010

my teeth are pretty yellow from drinking coffee and I'm not about to give that up, LOL. i can see how two different products might work better, can't wait until my trials get here.

## Sarah says:

Jan 31 2010

It's been a week since I started using these two together and I've been feeling a lot more confident. this is perfect. thanks.

## Jennie says:

Feb 01 2010

been so busy with the kids lately that never able to find deals like this. clever idea whoever came up with it!

## Lisa says:

Feb 01 2010

never even thought about combining the products.

## Ryan says:

Feb 01 2010

anybody know If I've already ordered a trial before, if i can do it again.

## Wendel says:

Feb 02 2010

always down for stuff like this. props

## Cody says:

Feb 02 2010

I really want to try this but my teeth are very sensitive, anyone know how this will affect them? Also how fast do you get the trials?

## Jennifer says:

Feb 02 2010

My mom just e-mailed me this, a friend at work had told her about it. i guess it works really well

## Amanda says:

Feb 02 2010

Got my trials a few days ago, already seeing a difference. can't wait to see what the end result is

## Chris says:

Feb 03 2010

@Jack - any updates? wanted to see how it went

## Amy says:

Feb 03 2010

Beats the whitening strips I've used in the past HANDS DOWN!

## Rick says:

Feb 03 2010

glad i stumbled across this, nothing like saving a few bucks.

........................................................................................

**Michelle says:**

Feb 03 2010

Fantastic! What a difference in her smile! Wow!

........................................................................................

**Nicole says:**

Feb 03 2010

i do a lot of online shopping and I've can't believe they haven't caught onto this, fantastic story! tHAnks CDW!

........................................................................................

**Julie says:**

Feb 03 2010

My brother did this a few months ago, I waited to order my trials to see if it really worked and then they stopped giving out the trials! what a dumb move that turned out to be. glad to see the trials are back again, I wont make the same mistake.

........................................................................................

**Brian says:**

Feb 03 2010

had no idea you could get results like this at home

........................................................................................

**Lee says:**

Feb 04 2010

I want to see Jacks and others results before I order. bookmarked this page, keep 'em comin

........................................................................................

**Courtney says:**

Feb 04 2010

As a realtor it's important to look and feel my best, unfortunately the housing market isn't doing that great so cash has been a little tight lately. Thanks for the info, looking forward to receiving my kits.

........................................................................................

**Madison says:**

Feb 04 2010

this looks like a great alternative to going to the dentist LOL and who can complain about the price

........................................................................................

**Liz says:**

Feb 04 2010

For once I was able to do something nice for myself without feeling guilty about the cost.

........................................................................................

**Rebecca says:**

Feb 04 2010

just placed my order for both trials. thanks Amy and amy!

........................................................................................

**Lori says:**

Feb 04 2010

wasn't sure about ordering online but this deal seals it for me, didn't want to miss out. looking forward to my new smile

........................................................................................

**Tracy says:**

Feb 04 2010

telling all my friends about this, ty for the info

........................................................................................

**Nick says:**

Feb 05 2010

10/10!!! LOVE THE STORY!!

........................................................................................

**Vanessa says:**

Feb 05 2010

I was considering laser whitening but the cost is was outrageous. Great find, ordering now my kits now

........................................................................................

**Mark says:**

Feb 05 2010

TRO Exh. 1, p. 000060

Great Bargain. I Cannot Believe The Results!

---

**Rachel says:**

Feb 05 2010

You are very lucky Ami and Amy! Hope it works the same for me.

---

**Diane says:**

Feb 06 2010

I saw this on the news. How lucky is she to have found this opportunity!?!?! Thank you for sharing this tip! I just ordered both products.

---

**Doreen says:**

Feb 06 2010

Amy!!! I promised I'd report my progress so here I am!! It took 3 days to arrive (they said it would be faster), but the wait was SOOO worth it. I ALREADY see a difference. THANK YOU soooooooooo much!!! Amy xoxoxo

---

**Marco says:**

Feb 06 2010

I saw you on this report, and the timing of this couldn't be better, I'm getting married next month and have been concerned about my teeth. thanks for the tip!

---

**Mikey says:**

Feb 06 2010

Thanks for the info, just started mine.

---

**Stephen says:**

Feb 06 2010

I've smoked for 13 years and this immediately started working for my stains, thanks Amy!

---

**Amy says:**

Feb 06 2010

Yay! glad to see it's helped and that my story is getting out there! good luck!

---

**Jack says:**

Feb 07 2010

I ordered my trials. I PROMISE I will keep everyone posted.

---

**Jim says:**

Feb 07 2010

Always impressed with the deals you guys dig up, got both trials. Can't wait to see what you've got lined up next week.

---

**Davis says:**

Feb 07 2010

This is amazing! I wish I knew about this 5 years ago.

---

**Damo says:**

Feb 07 2010

I own a vineyard and my teeth might as well be dark purple at this point. just orded, hope this helps.

---

**Doreen says:**

Feb 07 2010

Hey Amy, i just signed up and added you to my Twitter, cant wait to share my progress. thanks again, Amy xoxoxo

---

# Leave A Reply

Comments will appear after approval by our editorial team. Thank you.

TRO Exh. 1, p. 000061

Name:

City:

Email:

Message:

© All Rights Reserved.

**TERMS AND CONDITIONS**
**CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

* We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, MSNBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, MSNBC, CBS, U.S. News and FOX are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

* S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages.

For the convenience of our readers, we have also included the billing information and cancellation contact info here:

* Please also recognize that the story and comments depicted on this site and the person depicted in the story are not real. Rather, the story is based on what some people have achieved with these and other similar products. The results portrayed in the story and in the comments are illustrative, and may not necessarily be the results that you achieve with these products. This page does receive compensation for purchase of products featured on this site.



SUBSCRIBE | News | Comments | Email |     Advertorial     Wednesday, January 12, 2011

Johanna Stiles
"Acai Berry Diet trend uncovers steps to weightloss success"



George Markeese
"Acai Berry Diet, Is it a scam or not?"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# Acai Berry Diet Exposed: Miracle Diet or Scam?

Wednesday, January 12, 2011

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

» RELATED VIDEOS

**Acai Berry: Fox35 Special Report**

AS SEEN ON:      



Johanna investigates the Acai Berry diet to find out for herself if this super diet works.

Acai berries are the latest weight loss fad. These so called Super Foods that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight.

But we here at News 6 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?



Johanna Stiles, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

To get started, I volunteered to be the guinea pig. I applied for a bottle of the Slim Acai. While there are ton's of Acai berry ads online, Slim Acai is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Slim Acai is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Johanna sleep better and to wakeup more rested.

**Step 1:**

First get **Slim Acai**

Use our exclusive promo code "**news6**" and pay only $1.50!

**Here is what Slim Acai claimed on their website...**

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

**Step 2:**

Then get **Get Slim Colon Cleanse**

Use our exclusive promo code "**news6**" and pay only $1.50!

*This is key. Use both for results like Johanna

We were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Get Slim Colon Cleanse to test.

Free trials expire on January 13, 2011

**Here is what Get Slim Colon Cleanse claimed on their website...**

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes 'Sludge' from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism

And the Get Slim Colon Cleanse, like the Acai Berry, had a free trial

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

» ADVERTISEMENTS

Claim your
RISK FREE
Trial Offer



CLICK HERE

*Weather*



with a 100% satisfaction guarantee and had no hidden offers.

### Putting Acai to the Test

Both the Slim Acai and Get Slim Colon Cleanse arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

### My Test

### 4 Week Acai Berry Diet: Slim Acai + Get Slim Colon Cleanse

- Take one Slim Acai pill per day
- Take one Get Slim Colon Cleanse pill per day



Weather Forecast | Weather Maps | Weather Radar



CLICK HERE
Flush Pounds of Harmful Toxins with Acai
Acai Cleanse
#1 Selling Acai

» **Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the Slim Acai and Get Slim Colon Cleanse diet my energy levels don't dip, but remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Slim Acai and Get Slim Colon Cleanse diet! Actually everyone at News 6 is kicking themselves for not having volunteered to be the guinea pig. Using the Slim Acai and Get Slim Colon Cleanse in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue to use the products indefinitely!

**I couldn't be any happier with the results.**

**I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion**: Like us, here at News 6, you might be a little doubtful

TRO Exh. 1, p. 000064

about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

Good luck with your weight loss,
- Johanna Stiles

Click Here To Get A Free Trial Of Slim Acai
Use our exclusive promo code "**news6**" and pay only $1.50!

Click Here To Get A Free Trial Of Get Slim Colon Cleanse
Use our exclusive promo code "**news6**" and pay only $1.50!

Free trials expire on January 13, 2011

Would you like to share a consumer tip for next week? If so, please send us an e-mail!

---

# Comments (10 out of 177)

Read Responses For:   "Diet Trends: A look at America's Top Diets" - Johanna Stiles Report

**Diane says:**                                           11:33 AM Tuesday, January 11, 2011

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

**Michelle says:**                                         12:58 PM Tuesday, January 11, 2011

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

**Jen says:**                                              1:54 PM Tuesday, January 11, 2011

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

**Stephen says:**                                          4:24 PM Tuesday, January 11, 2011

I've been seeing acai diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

**Johanna says:**                                          5:16 PM Tuesday, January 11, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

**Davis says:**                                            6:05 PM Tuesday, January 11, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

**Damo says:**                                             7:17 PM Tuesday, January 11, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered my free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

**Amy says:**                                              7:38 PM Tuesday, January 11, 2011

Hey Julia, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

TRO Exh. 1, p. 000065

**James says:**                                    8:31 PM Tuesday, January 11, 2011

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

**Wanda says:**                                    9:45 PM Tuesday, January 11, 2011

A friend of mine did the Slim Acai diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

**Comments will appear after approval by our editorial team. Thank you.**

Name:

City:

Email:

Message:

**TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

BreakingNewsAt6.com is an affiliate website, owned by UptownMedia, Inc. representing products available from "Slim Acai" and "Get Slim Colon Cleanse" health supplement products. UptownMedia, Inc. does business out of the USA and can be reached via breakingnewsat6@yahoo.com. We want you to be satisfied with your purchase, however it is important to realize that we do not manufacture nor fulfill your order. If you have specific product questions you should contact the company responsible for that product. For billing inquiries, refunds, or complaints, you can contact Slim Acai at 1-800-614-0737 and Get Slim Colon Cleanse at 1-800-614-0737.

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Results may vary. If you are pregnant, nursing, taking other medications, have a serious medical condition, or have a history of heart conditions we suggest consulting with a physician before using any supplement. The information contained in this Website is provided for general informational purposes only. It is not intended as and should not be relied upon as medical advice. The information may not apply to you and before you use any of the information provided in the site, you should contact a qualified medical, dietary, fitness or other appropriate professional. If you utilize any information provided in this site, you do so at your own risk and you specifically waive any right to make any claim against the author and publisher of this Website and materials as the result of the use of such information.

It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

*S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the Slim Acai terms and conditions, please click here. For the Get Slim Colon Cleanse terms and conditions, please click here.

*Slim Acai T&C (the following was taken directly from their website): By ordering your 3 day trial evaluation of the online Digital Membership to the Acai GetSlimPackage Diet Tracker, you will only be charged today the trial price of just $2.95. As a bonus, you will instantly receive today 2 FREE BONUS bottles of the Acai GetSlimPackage weight loss supplement as a free gift to help jumpstart your weight loss. If you like the Acai GetSlimPackage Diet Tracker, simply do nothing and after your evaluation period you will be charged $99.95 and then in 30 days you will be charged the second installment of $99.95 for full access to the GetSlimPackage Diet Tracker. After which you will never be charged again and you will have unlimited use of the GetSlimPackage Diet Tracker for 1 year.

*Get Slim Colon Cleanse T&C (the following was taken directly from their website): By ordering your 3 day trial evaluation of the online Digital Membership to GetSlimPackage Life, you will only be charged today the trial price of just $2.95. As a bonus, you will instantly receive today 2 FREE BONUS bottles of the Colon GetSlimPackage detox supplement as a free gift to help jumpstart your weight loss. If you like GetSlimPackage Life, simply do nothing and after your evaluation period you will be charged $99.95 and then in 30 days you will be charged the second installment of $99.95 for full access to the GetSlimPackage Life. After which you will never be charged again and you will have unlimited use of the GetSlimPackage Life for 1 year.

© UptownMedia, Inc. All Rights Reserved.

TRO Exh. 1, p. 000066

Hydroxatone World's Best Advanced Wrinkle Cream



World's Best Advanced Wrinkle Cream.
A true Botox® alternative.

**Order today**

**START YOUR ORDER HERE**

First Name:
Last Name:
Address:
City:
State:
Zip Code:
Country:
Email:
Phone:

**RUSH MY ORDER**

Hydroxatone

Scientifically Advanced Wrinkle

Reduction & Prevention...

Without Using Botox!*

**GET YOUR RISK FREE**
**30-DAY TRIAL NOW!**

"It's like a face -lift in a bottle!"

The ingredients in hydroxatone are clinically proven to:

» **Enhance** Production of Healthy New Radiant Skin

» **Reduce** Fine Lines, Wrinkles, and Age Spots

» **Exfoliate** Dead, Unhealthy Skin Cells

» **Replenish** Skin with Deep Conditioning

» **No Needles** or Painful Injections

**Hydroxatone®** s an advance facial cream which contains four of the most effective substances needed for real results. You're about to experience one of the great advancements in skin care and wrinkle reduction: **Hydroxatone®**.

· **Real Orders, Real People**          **Clinically Proven Results!**

TRO Exh. 1, p. 000067



"You know I felt really young, but my face made me not feel so young. I had a lot of wrinkles and lines. I would not give up on Hydroxatone. It has made me feel youthful. It has made me feel great...and that is the one thing that I have just lacked. I was a skeptic and now I am a believer!"
**Jacqueline**



"When I got divorced the stress took its toll on my skin and I started using Hydroxatone. The other day a guy in his twenties asked me for my number...well I had to show him a picture of my kids to prove that I have two teen-agers!"
**Melanie**



## The Proof is in the Bottle

### BOOSTS COLLAGEN PRODUCTION

The diagram below represents what happens to the skin when Collagen production is enhanced. Collagen is what gives young skin its firmness. It is a natural protein that provides our bodies with structural support. As we age, our body produces less & less collagen. We start to see our skin wrinkle and lose its youthful vibrant glow. By replenishing the collagen levels in our skin, we help slow down the appearance of aging and reverse existing wrinkles.

BEFORE    COLLAGEN    AFTER

Skin with Enhanced Collagen Production

### FRESH AND YOUTHFUL SKIN!

Matrixyl™ 3000, one of the main active ingredients in Hydroxatone®, works by supporting three key building blocks needed for fresh, youthful skin.2 It helps your skin to reverse natural levels of the Collagen, Hyaluronic Acid, and Fibronectin

---

## Hydroxatone has Been Proven in a 60-Day Independent Survey to Produce Results:

· 100% of survey participants say they would recommend Hydroxatone to a friend.

· 90% of participants noticed a visible reduction line and deep wrinkles.

· 90% of participants have received compliments on their skin after using Hydroxatone.

## All-Natural Ingredients

**Hydroxatone®** is unlike any other skin cream you have ever seen. Most products use one or maybe two of these important ingredients necessary for results. Hydroxatone® uses all four:

### MATRIXYL™ 3000

**Matrixyl™ 3000**2 was designed to promote collagen production in the skin. In a clinical trial, Matrixyl™ 3000, the key ingredient in Hydroxatone, achieved the following results:

· Promote collagen production by up to 35%
· 45% decrease in deep wrinkles
· 37% decrease in the appearance of wrinkle density

### ARGIRELINE

**Argireline** delivers anti-wrinkle results. It is a combination of amino acids formulated to relax facial wrinkles, reduce the degree of existing wrinkles, and stop their future development.

### HYALURONIC ACID

**Hyaluronic Acid** is virtually unmatched in hydrating the skin because of its ability to retain water more effectively than any other natural substance. Supplementation of HA provides increased smoothness, softening, & elasticity to combat facial wrinkles.

### SPF



**SPF** protects your skin from the sun. Most people don't wear sun screen every day even though it is common knowledge that the sun is the number one cause of facial wrinkles. Hydroxatone® contains the correct amount of SPF to shields against UVA/UVB rays which

http://www.tryhydroxatone.com/v5/?mcp=58228b=4046&pld=387[1/12/2011 4:51:10 PM]

Hydroxatone World's Best Advanced Wrinkle Cream

will help prevent new wrinkles while the other ingredients reverse existing wrinkles.



ACTUAL UNRETOUCHED PHOTOS. RESULTS MAY VARY.

BEFORE MATRIXYL™ 3000        AFTER MATRIXYL™ 3000

**THERE'S MORE!**

# HYDROXATONE in the media!
### As seen in.[1]

USA TODAY

HEALTH & WELLNESS

USA TODAY

US WEEKLY

Los Angeles Times Magazine

Diet

Cooking

GLOBE

US NEWS

Newsweek

PARADE

US NEWS

SUN

ExtraTV

tvguide

© 2010 Hydroxatone

Testimonials | FAQ | Contact Us | Privacy Policy | Terms & Conditions

*Botox® is a registered trademark of Allergen, Inc. Hydroxatone® is not endorsed by Allergen, Inc.  *Hydroxatone® is neither affiliated nor endorsed by USA Today, Health & Wellness, TV Guide, National Examiner, USA Weekend, U.S. News, Diet & Fitness, Cooking Smart, Newsweek, Globe, Sun, Parade, Body & Soul or Los Angeles Times Magazine. USA Today, Health & Wellness, TV Guide, National Examiner, USA Weekend, U.S. News, Diet & Fitness, Cooking Smart, Newsweek, Globe, Sun, Parade, Body & Soul or Los Angeles Times Magazine are the exclusive property of their owners. – *Matrixyl™ 3000 is a registered trademark of Sederma, S.A.S. *Argireline® is a registered trademark of Lipotec S.A.



TRO Exh. 1, p. 000069

TRO Exh. 1, p. 000069

http://www.tryhydroxatone.com/v5/?mcp=58228&v=40f6&pid=387[1/12/2011 4:51:10 PM]









TRO Exh. 1, p. 000070

Weight Loss Journal    Efficient Fat Burner

"Licensed photos for illustrative purposes only. Celebrities are not endorsers"

## You Too Can
# *Get Thin* this NEW YEAR!

Sculpt your Booty and Melt Away Tummy Fat with an Optimum Combination of Weight-Loss Ingredients*



### Acai
The Acai berry comes from a species of palm tree native to the Central and South American rain forests. Studies have shown that the Acai berry is considered to be one of the richest fruit sources of antioxidants. (1)



### Green Tea Extract
Herbal derivatives from green tea leaves contain many antioxidants primarily known as green tea catechins (GTC).(3) EGCG has been shown to be a natural product for the treatment of obesity.



### Garcinia Cambogia
a small fruit that resembles a miniature pumpkin. It has been studied for both appetite suppression and fat loss. It is indigenous to India and parts of Asia.



### Apple Cider Vinegar
Apple Cider Vinegar has been used for weight loss for thousands of years. White vinegar helps people feel full.



### Kelp
Kelp has been used in China for over 5,000 years. In the 1860's it was discovered that some seaweeds serve as hypermetabolic thyroid stimulants and since have been used for weight loss.



### Grapefruit
Grapefruit contains phytochemicals including liminoids and lycopene.(10) Grapefruit antioxidants help the body fight off free radicals and helps promote overall good heath.



## The Media is SOLD on Acai



## Change Your Body with ACAI!·



### News MEDIA
Acai berries are among the most nutritious foods of the Amazon, rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid (omega-9), a beneficial fatty acid (often mistakenly referred to as essential). (12)



### News MEDIA
Studies show that the acai berry is one of the most nutritious foods in the world. Acai pulp contains 10 times more antioxidants than red grapes and 10 to 30 times the anthocyanins of red wine; a synergy of dietary fiber and phytosterols to help promote cardiovascular and digestive health. (13)



### News MEDIA
Acai is packed full of antioxidants, amino acids and essential omegas. The pulp also contains a concentration of antioxidants, to help combat premature aging, with 10-30 times the anthocyanins of red wine. Acai has an almost-perfect essential amino acid complex vital to proper muscle contraction and regeneration. (14)











TRO Exh. 1, p. 000071