## Online Order Invoice

**From: GetSlimPackage** (no-reply@getslimpackage.com)
Sent: Mon 1/31/11 2:11 PM
To:   Redacted

# Your Acai Order Confirmation

Welcome !

Your order for Acai has been accepted and you are now on your way to a slimmer and leaner you!
It's important to us that you see the results you're looking for; and with our 3 step formula, you will.

**Step 1:** Acai Tracker, your online system for meal plans, nutritionist tips, exercise routines and daily weight loss journal.

**Step 2:** The bonus Acai Ebook that you can use at any time for quick reference ideas for lifestyle changes.

**Step 3:** 60 day bonus Acai dietary supplement that can help jump start your metabolism and boost calorie burning.

Thanks again for choosing us as your new workout and nutrition partner.
We look forward to a happier and healthier you!

**Here is your order reference number:**
**242601**

**Your Acai Tracker Online Kit:**
URL: tracker.getslimpackage.com
**Username:** Redacted
**Password:** 06834f52
Login Now

**Your Acai Weight Loss Guide Download Details:**
URL: http://guide.getslimpackage.com/
**Username:** guide
**Password:** guide2010
*Case Sensitive*

**Your Billing and Shipping Information:**
Shipping Method: 3 Day Shipping via UPS
Date Ordered: Monday, January 31st 15:19:15 EST 2011

**Billed To:**
Redacted
Redacted
seattle, WA 98104
Redacted

**Shipped To:**
Redacted
Redacted
seattle, WA 98104
Redacted

**Payment Method:**
CREDITCARD - 427533xxxxxxxx2035

Charges will appear on your credit card statement as BETTER HEALTH 8884700383

**Your Order Summary:**

| | |
|---|---|
| **Acai - Tracker Access**<br>Today's special trial price. | $6.95 |
| **Acai - 60 Day Supply**<br>*Free Gift - No Charge. | $0.00 |
| **Acai - Weight Loss Guide**<br>*Free Gift - No Charge. | $0.00 |
| UPS 3 Day Shipping: | FREE |
| **Total Charged:** | $6.95 |



Receive $1,500.00!

Send us your own "before and after photos" and receive $1500.00

If we use your case testimonial we'll pay you $1,500 on the spot! Valid 1 entry per customer. Winners are announced at the end of every month.

Submit your photos to:

photo@1500BeforeAfter.com

Customer Service Phone #: 877-619-2649  44-80-828-00752
(Open Monday – Friday 9am-6pm EST)

Questions, Help, Suggestions? Contact Us

You are subscribed to this mailing list as mariasmith1123@hotmail.com. Please click here to modify your message preferences or to unsubscribe from any future mailings. We will respect all unsubscribe requests.

delivered by
**campaigner**

## Secure Login Credentials

From: **GetSlimPackage** (no-reply@getslimpackage.com)
Sent: Mon 1/31/11 2:11 PM
To:            @hotmail.com



### Hello Customer,

**Welcome to the Acai Tracker**
Your Acai Tracker Online kit is ready to use now!



**URL:** tracker.getslimpackage.com
**Username:** Redacted
**Password:** 06834f52

**Login Now**

### We Thank You for Joining!
We wanted to wish you a warm welcome on joining us at Acai, and express our appreciation that you chose to make us a part of your powerful fitness journey. We hope that the information you find here will play an important part in helping you achieve your goals! We're sure you'll succeed in getting in shape, and want to thank you again for making us a part of that positive change.

**Good Luck on your Journey!**

### Tools & Nutrition to Help You:
» Lose Weight
» Feel Healthier
» Learn Diet & Exercise Tips
» Track Your Progress
» Help Fight the Process of Aging

Questions, Help, Suggestions? Contact Us

You are subscribed to this mailing list as Redacted _____ Please click here to modify your message preferences or to unsubscribe from any future mailings. We will respect all unsubscribe requests.

delivered by

**campaigner**

US Postage
UPS Mail Innovations™
PRSRT STD

ZIP: 98104

Change Service Requested

*M-X        D 29
981B        12-099

PRODUCT FULFILLMMSH PKG# 98104  10490
16055 HERON MMSH 1700902021100999548
LA MIRADA CA 90638

SHIP #RYBBTLS
TO:    Redact
            action
            d
       SEATTLE WA 98104

UPS MAIL INNOVATIONS

POSTAL CODE: 98104
PACKAGE ID #: 104940
COST CENTER #: 2 ACAI GETSLIM

ZIP — USPS DELIVERY CONFIRMATION

420 98104 9102 9269 9849 0150 3613 70

Redacte
d

TRO Exh. 1, p. 76

SUBSCRIBE | News | Comments | Email |    Advertorial    Thursday, March 10, 2011



    

**Julie Ayers**
"Acai Berry Diet trend uncovers steps to weightloss success"

**James Field**
"Acai Berry Diet, Is it a scam or not?"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# 1 Trick For a Tiny Belly: Reporter Loses Her "Belly" Using 1 Easy Tip

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

Thursday, March 10, 2011

» **RELATED VIDEOS**

**Acai Berry**: Fox35 Special Report

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

» **ADVERTISEMENTS**

AS SEEN ON:      



Julia investigates the Acai Berry diet to find out for herself if this super diet works.

An exotic new superfruit called 'Acai Berry' has quickly become the hottest new way to lose weight, much more so than the traditional Acai Berry which offers little to no weight loss. The Acai Super Fruit that you take as a supplement to lose weight, has been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight.

But we here at News 6 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai Lipo. While there are ton's of Acai berry ads online, Acai Lipo is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Acai Lipo is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

**Here is what Acai Lipo claimed on their website...**

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

We were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Max Cleanse Pro to test.

**Here is what Max Cleanse Pro claimed on their website...**

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes 'Sludge' from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism



Studies show Acai Berry dissolves an average of 12.3 pounds of fat every 28 days

Julia Miller, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Julia sleep better and to wakeup more rested.

**Step 1:**

First get Acai Lipo

Use our exclusive promo code "**news6**" and pay only **$1.50!**

**Step 2:**

Then get Max Cleanse Pro

Use our exclusive promo code "**cleancolon**" and pay only **$4.95!**

**\*\*This is key. Use both for results like Julia**

Free trials expire on March 11, 2011

*Weather*





And the Max Cleanse Pro, like the Acai Berry, had a free trial with a 100% satisfaction guarantee and had no hidden offers.

## Putting Acai to the Test

Both the Acai Lipo and Max Cleanse Pro arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

## My Test

### 4 Week Acai Berry Diet: Acai Lipo + Max Cleanse Pro

- Take one Acai Lipo pill per day
- Take one Max Cleanse Pro pill per day

### My Results

#### Week One

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

#### Week Two

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

#### Week Three

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the Acai Lipo and Max Cleanse Pro diet my energy levels don't dip, but remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

#### Week Four

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Acai Lipo and Max Cleanse Pro diet! Actually everyone at News 6 is kicking themselves for not having volunteered to be the guinea pig. Using the Acai Lipo and Max Cleanse Pro in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue to use the products indefinitely!

**I couldn't be any happier with the results.**

**I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

Weather Forecast | Weather Maps | Weather Radar



## » Weight Loss Tips

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

TRO Exh. 1, p. 000078

**Conclusion**: Like us, here at News 6, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

Good luck with your weight loss,
- Julia Miller

Click Here To Get A Free Trial Of Acai Lipo
Use our exclusive promo code **"news6"** and pay only **$1.50!**

Click Here To Get A Free Trial Of Max Cleanse Pro
Use our exclusive promo code **"cleancolon"** and pay only **$4.95!**

Free trials expire on March 11, 2011

Would you like to share a consumer tip for next week? If so, please send us an e-mail!

---

# Comments *(10 out of 177)*

Read Responses For:   *"Diet Trends: A look at America's Top Diets"* - Julia Miller Report

---

**Diane says:**                                                    11:33 AM Wednesday, March 9, 2011

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

---

**Michelle says:**                                                  12:58 PM Wednesday, March 9, 2011

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

---

**Jen says:**                                                       1:54 PM Wednesday, March 9, 2011

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

---

**Stephen says:**                                                   4:24 PM Wednesday, March 9, 2011

I've been seeing acai diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

---

**Julia says:**                                                     5:16 PM Wednesday, March 9, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

---

**Davis says:**                                                     6:05 PM Wednesday, March 9, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

---

**Damo says:**                                                      7:17 PM Wednesday, March 9, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

---

**Amy says:**                                                       7:38 PM Wednesday, March 9, 2011

TRO Exh. 1, p. 000079

Hey Julia, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

---

**James says:**                                          8:31 PM Wednesday, March 9, 2011

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

---

**Wanda says:**                                          9:45 PM Wednesday, March 9, 2011

A friend of mine did the Acai Lipo diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

**Comments will appear after approval by our editorial team. Thank you.**

Name:

City:

Email:

Message:

---

**TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

BreakingNewsAt6.com is an affiliate website, owned by UptownMedia, Inc. representing products available from "Acai Lipo" and "Max Cleanse Pro" health supplement products. UptownMedia, Inc. does business out of the USA and can be reached via breakingnewsat6@yahoo.com. We want you to be satisfied with your purchase, however it is important to realize that we do not manufacture nor fulfill your order. If you have specific product questions you should contact the company responsible for that product. For billing inquiries, refunds, or complaints, you can contact Acai Lipo at 1-800-614-0737 and Max Cleanse Pro at 1-800-614-0737.

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Results may vary. If you are pregnant, nursing, taking other medications, have a serious medical condition, or have a history of heart conditions we suggest consulting with a physician before using any supplement. The information contained in this Website is provided for general informational purposes only. It is not intended as and should not be relied upon as medical advice. The information may not apply to you and before you use any of the information provided in the site, you should contact a qualified medical, dietary, fitness or other appropriate professional. If you utilize any information provided in this site, you do so at your own risk and you specifically waive any right to make any claim against the author and publisher of this Website and materials as the result of the use of such information.

It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

*S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the Acai Lipo terms and conditions, please click here. For the Max Cleanse Pro terms and conditions, please click here.

*Acai Lipo T&C (the following was taken directly from their website): 5.3.4 When you enroll in our membership program ("Program"), we will charge the card you provide the activation fee specified on the order checkout page and send you a trial supply of the product. If you contact customer service to terminate your trial enrollment within seven (7) days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product. If you do not cancel within seven (7) days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the one time membership fee of $87.91 ("Membership Fee"). Then, beginning about thirty (30) days after enrollment in membership program we will send you a fresh monthly shipment of the product and charge your card $87.91 ("Monthly Charge") when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at info@lean19SSelect any time. To receive a refund you must return the unopened merchandise in its original packaging to our fulfillment center address listed as the return address.

*Max Cleanse Pro T&C (the following was taken directly from their website): 5.3.4 When you enroll in our membership program ("Program"), we will charge the card you provide the activation fee specified on the order checkout page and send you a trial supply of the product. If you contact customer service to terminate your trial enrollment within seven (7) days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product. If you do not cancel within seven (7) days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the one time membership fee of $87.91 ("Membership Fee"). Then, beginning about thirty (30) days after enrollment in membership program we will send you a fresh monthly shipment of the product and charge your card $87.91 ("Monthly Charge") when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at info@MaxCleansePro any time. To receive a refund you must return the unopened merchandise in its original packaging to our fulfillment center address listed as the return address.

© UptownMedia, Inc. All Rights Reserved.

TRO Exh. 1, p. 000080

Acai Lipo









TRO Exh. 1, p. 000081

✓ Weight Loss Journal
Efficient Fat Burner

"Licensed photos for illustrative purposes only. Celebrities are not endorsers"

# You Too Can
# *Get Thin* this **NEW YEAR**!

Sculpt your Booty and Melt Away Tummy Fat with an Optimum Combination of Weight-Loss Ingredients*



### Acai
The Acai berry comes from a species of palm tree native to the Central and South American rain forests. Studies have shown that the Acai berry is considered to be one of the richest fruit sources of antioxidants. (1)



### Green Tea Extract
Herbal derivatives from green tea leaves contain many antioxidants primarily known as green tea catechins (GTC).(3) EGCG has been shown to be a natural product for the treatment of obesity.



### Garcinia Cambogia
a small fruit that resembles a miniature pumpkin. It has been studied for both appetite suppression and fat loss. It is indigenous to India and parts of Asia.



### Apple Cider Vinegar
Apple Cider Vinegar has been used for weight loss for thousands of years. White vinegar helps people feel full.



### Kelp
Kelp has been used in China for over 5,000 years. In the 1860's it was discovered that some seaweeds serve as hypermetabolic thyroid stimulants and since have been used for weight loss.



### Grapefruit
Grapefruit contains phytochemicals including liminoids and lycopene.(10) Grapefruit antioxidants help the body fight off free radicals and helps promote overall good heath.



## The Media is *SOLD* on Acai



## Change Your Body with *ACAI!*

  
  
  


### News MEDIA
Acai berries are among the most nutritious foods of the Amazon, rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid (omega-9), a beneficial fatty acid (often mistakenly referred to as essential).


### News MEDIA
Studies show that the acai berry is one of the most nutritious foods in the world. Acai pulp contains 10 times more antioxidants than red grapes and 10 to 30 times the anthocyanins of red wine; a synergy of dietary fiber and phytosterols to help promote cardiovascular and digestive health.


### News MEDIA
Acai is packed full of antioxidants, amino acids and essential omegas. The pulp also contains a concentration of antioxidants, to help combat premature aging, with 10-30 times the anthocyanins of red wine. Acai has an almost-perfect essential amino acid complex vital to proper muscle contraction and regeneration.

TRO Exh. 1, p. 000082



Terms & Conditions | Privacy Policy | Guarantee | References | Customer Care | Unsubscribe

©2011 Alegiance Services Ltd. All Rights Reserved.

* The statements made on our websites have not been evaluated by the FDA. This product is not intended to diagnose, cure or prevent any disease.
Consult your health care professional before beginning any weight loss or exercise program. Acai Lipo is not sponsored, affiliated or endorsed by ABC
News, Washington Post, CBS News or Web MD and all trademarks on this website whether registered or not the property of their respective owners.
By following The Acai Lipo Diet Tracker which includes exercise and a calorie reduced diet, typical weight loss is 1-2 lbs per week.







Max Cleanse Pro is the most natural method to relieve your body from all the toxic waste build up. Many health conscious individuals compliment the effectiveness of Max Cleanse Pro with the assurance of probiotic naturalness.

If your body is not cleaned from these toxins, cells are unable to receive nutrients from the blood due to interstitial fluid surrounding your cells. Such form of internal poisoning has side

TRO Exh. 1, p. 000084





effects of depression and abnormal thoughts.

If your bowels aren't cleaned, your body will reabsorb it into the system. Imagine the buildup of toxic wastes over several years.

To be healthy and to stay healthy, use Max Cleanse Pro to regularly clean the insides of your body entirely!

**TRY OUR COLON CLEANSER TODAY!**

## FEEL HEALTHY STAY HEALTHY!



The Average American has a diet focusing on food through pleasure and convenience. This is in contrast to the healthier alternative of a good and healthy diet. The basic ingredients of most main meals comprise of meat and potatoes and although are arguably nutritious, health problems may arise potentially leading to a more drastic consequence.
Such diet strains and pollutes your colon leaving extreme amounts of waste products that are difficult to break down. This is where MaxCleansePro steps in with the promise to clean out your colon!

When talking about your Colon, Do You Feel…

**ARE YOU CLEAN INSIDE?**

## COLON HEALTH NEWS: IN THE MEDIA



Colon Cleansing helps prevent issues related to your colon such as diseases, infections and cancer which statistics prove to kill over 655,000 people globally. It is crucial to maintain a healthy colon in order to live a healthy life. This importance is often overlooked daily thus building up to an estimation of 150,000 new cases of colorectal cancer in the United States alone!



Not only does maintaining a healthy colon deter from any colon related issues, it allows for the maintenance of a healthy weight whilst generating more energy for your body. MaxCleansePro helps eliminates the toxins from your body allowing your stomach to be flatter and firmer. Not only does MaxCleansePro give that benefit of looking better, it reduces any excess water weight giving you a better feel overall!

TRO Exh. 1, p. 000085



**COLON HEALTH**

**COLON HEALTH**

MaxCleansePro promises the elimination of toxic wastes in your body which have been proven responsible of retaining excess fats and water. This in turn changes your lifestyle as a whole by making you feel healthier and be healthier at the same time! A great way to boost up your life with MaxCleansePro!





**Terms**          **Privacy**          **Contact**

TRO Exh. 1, p. 000086



SUBSCRIBE ● | News | Comments | Email |        Advertorial        Thursday, March 10, 2011



**Johanna Stiles**
"xBids users all over the nation are saving hundreds of dollars while shopping online..."

**George Markeese**
"Former eBay users are turning to xBids for much bigger savings"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# New Penny Auction Site BigDeal Saves Consumers 95% Off Retail!

As part of a new series: "How to Save Big Bucks When Shopping Online"

AS SEEN ON:      



**Johanna** investigates hot deals and shopping trends, like BigDeal and other penny auctions.

Surplus auction websites are a new phenomenon that is quickly spreading through North America and Europe (like you have probably already seen). They are all over the internet in blogs and success stories of people who have apparently bought expensive items at very little cost. However, we were very skeptical of whether or not these surplus auction sites were real, so we decided to put them to the test. What better way to find the truth than to conduct our own study?

I wanted to buy a **new HDTV**, so I was put in charge of the test.

First, I did a ton of research on the subject to find out which surplus auction site was the most trustworthy and ultimately would be best suited for my test. After hours and hours of research I came to the conclusion that BigDeal was best because of its wide variety of products and great reputation. The way these auction sites supposedly work is that you buy bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. BigDeal **had a new promotion**, for a limited time, they are giving out 20 bonus bids on signup. This created an ideal situation for me, giving me the bids necessary to thoroughly test the site. This promotion is to help spread the word about shopping with BigDeal and show people how much they can save with surplus auctions.

**Wondering How BigDeal Can Provide Such Deals?**

BigDeal gets their items from warehouse closeouts, surplus auctions, and liquidation clearance auctions. This is how they can offer such low prices in comparison to retail outlets.

**What Do They Put Up For Auction?**

I've seen everything from cars to phones, computers, laptops, TVs, cameras, stereo equipment and **pretty much anything you can think of.**



tryagain2 Won a $499 iPad
On BigDeal for **$14**!

Hot Deals and Shopping Trends writer Johanna recently put BigDeal to the test and the results were very surprising.

**She saved $1,867 Off Retail**

BigDeal beat all of our initial skepticism. People now can really get 95% off retail, which is quite amazing to say the least.

**Step 1:**

Click this link to go to BigDeal and sign up to get your bids using the promo below. BigDeal has agreed to keep the promo active a little longer for our readers. Get it while you can!

Use promo **"freebids"** and **receive an additional 20 free bids!**

Promo code expires on Friday, March 11, 2011.

**Step 2:**

Search the auctions until you find one that appeals to you.

**Step 3:**

Start placing your bids.

**Step 4:**

When you win the auction, you'll be taken to the checkout where you can buy your product at a deep discount.

**» RELATED VIDEOS**

**Police Auctions A Steal?**

It's cheap, it's fast and it's built to last. Are used police cars a steal?

**California Garage Sale**

The state of California is getting in on the act with what might be the mother of all garage sales.

**» ADVERTISEMENTS**



New Apple iPad

Current Bid:
**$12.06**

Time Remaining:





**Putting BigDeal to the Test**

After going through a simple registration process on BigDeal, I got my bids and began to try and win items listed up for auction. Before registering, I was still a little confused about the whole process - but after registering everything became clear.

I began to bid on the item I was after, a 42" Panasonic LCD TV. Surprisingly, I won after a very short period of bidding. **It cost me only $67.50 total for a $899 HDTV!**

To make sure this wasn't a fluke, I decided to try again to see if I could win another item - again, to my surprise I won yet again - this time the savings were bigger! **I ended up spending $163 for a $1,199 MacBook Pro.** Very impressive, and I don't think stores can match such deals!

Shipping - after I won the products and paid for them - I received the items in only a few days. Within a short period I had my items in hand. Simply amazing.

**My Full Experience With BigDeal***

**Week One**

Research on the surplus Auction system and how it works, and how you could legitimately get 95% off retail prices. You buy bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. I saw there were many users who won multiple auctions and knew with the right strategy that could be me.

**Week Two**

After finding that BigDeal was the most legitimate surplus auction site around, I decided to register with the promo code and claim my 20 bonus bids. I messed up on my first try, and didn't win the auction, but it didn't cost me much, so I continued to try to really find out if this system works.

I developed my system. I started to look for an auction that didn't have a lot of bidders. Typically these were the auctions taking place between 2am-5am EST.

**Week Three**

After some trial and error, I was able to win my first auction. After that, I decided I'd try again and see if it was possible to win more than once in a row. This possibility became a reality, and I won my second auction. After this, my bids were mostly spent, however I was VERY EXCITED to see my cheap items being shipped!

**Week Four**

I received my items, and they were in mint condition. Packaging was very good. I will never use a regular auction site again! I still can't believe I received these items for such a discounted price!

**I couldn't be any happier with the results**

TRO Exh. 1, p. 000088

## A Step-By-Step Guide To BigDeal

Now that you know BigDeal can offer real savings, you may be wondering how exactly it works. Don't worry – we'll tell you everything you need to know! Here is our step-by-step guide to get you started:

## Step 1:

Register as a user at BigDeal and get your bids.
Use promo "**freebids**" and **receive an additional 20 free bids!**

Promo code expires on Friday, March 11, 2011.

## Step 2:

Search the auctions until you find an item that appeals to you.

## Step 3:

Start placing your bids.

## Step 4:

When you win the auction, you'll be taken to the checkout where you can buy your item at a deep discount!

It's really that easy!

## Conclusion

Overall, I had a very positive experience with BigDeal, which was very surprising to me. What once seemed impossible has now turned into a reality, a possibility to get 95% off retail!

P.S. BigDeal has agreed to keep the promo active for our readers for a short while longer. Get in on it while you can!

## ›› Start Here: BigDeal Official Site

---

# Comments *(10 out of 177)*

**Read Responses For:**   "How to Save Big Bucks When Shopping Online"

**Diane says:**                                       11:33 AM Wednesday, March 9, 2011

OMG thanks BigDeal! I actually got a discount on my iPad, when other people are literally camping outside the store downtown to get one!

**Michelle says:**                                   12:58 PM Wednesday, March 9, 2011

What determines when an auction ends? It seems like the timer is reset back to 10 seconds as people continue to bid, then suddenly the auction is over and the item is SOLD even though people are still bidding, right!? So, at some point, does the auction just end regardless of whether bids are still be entered? Thanks.

**John@BigDeal says:**                              1:54 PM Wednesday, March 9, 2011

The timer is reset each time a person bids, therefore, an auction ends when no one else bids. It never ends when people are still bidding. We want everyone to have a fair chance.

**Stephen says:**                                     4:24 PM Wednesday, March 9, 2011

Thanks for the info above. I registered and I'm bidding on an iPad. Hope I win!

                                                      5:16 PM Wednesday, March 9, 2011

TRO Exh. 1, p. 000089

John@BigDeal says:

Congratulations! I hope you win too!

---

**Davis says:**                                        6:05 PM Wednesday, March 9, 2011

will the items I purchase be unused or brand new? are refurbished or open box items allowed to be sold in the auction? Also, what is the return policy if the item is defective? Can it be returned to the manufacturer or back to the auction site?

---

**John@BigDeal says:**                                 7:17 PM Wednesday, March 9, 2011

All of our products are brand new and will not have been opened. If you get a defective item, definitely let us know upon receiving the package and we'll figure out a solution to the issue. You will typically either get a new product in its place, or will get your money back.

---

**Amy says:**                                          7:38 PM Wednesday, March 9, 2011

So what do I end up paying for my item? If I win an auction, what do I owe?

---

**John@BigDeal says:**                                 8:31 PM Wednesday, March 9, 2011

Winning the auction means that you owe the ending price and shipping of that product. You purchase the right to bid on any auction up front, before you even start the auction process.

---

**Wanda says:**                                        9:45 PM Wednesday, March 9, 2011

I love this site!!! I won a Macbook, iPod, and even a TV for under 200 bucks! This stuff normally costs over 2 grand! Thanks for the help John!!!

## Leave A Reply

**Comments will appear after approval by our editorial team. Thank you.**

Name:

City:

Email:

Message:

TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:

*This site is in no way affiliated with any news source. As mentioned at the top of this web page, it is an advertorial.

*It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

© UptownMedia, Inc. All Rights Reserved.

TRO Exh. 1, p. 000090













There are no third party sellers, and all the items are new rather than used. Customers purchase bids and then use those bids to purchase new items significantly below retail prices.

| | | |
|---|---|---|
| No Reserve Prices | ✓ | ✗ |
| Rewards for auction participants | ✓ | ✗ |
| Bonus bids for participants | ✓ | ✗ |
| VIP Customer Service | ✓ | ✓ |
| Always fast shipping | ✓ | ✗ |
| All Products tracked | ✓ | ✗ |
| Auction winners select among 100+ HOT items | ✓ | ✗ |
| Secure Server | ✓ | ✓ |
| Entertaining | ✓ | ✓ |

**Brand New** Factory sealed items, with **Original Warranties** from BigDeal.



*Never pay retail again. Save up to 70-90% off retail prices.

 **VS** 

✓ **Always Brand New**
BigDeal products are all Brand New Factory Sealed with Warranty

**Always Brand New** ✗
eBay Auctions are mostly for Used Items Without Warranty

✓ **Rewards for Auction Participation**
BigDeal has bonuses and giveaways

**Rewards for Auction Participation** ✗
eBay has No Rewards for Their Customers



**Apple Macbook**

Retail: $1299

| Users who recently won this item | | |
|---|---|---|
| Winner | Price Paid | Savings |
| Golliath | $65.05 | $1133.95 |
| melisfnts | $50.43 | $1148.57 |
| Serpiente | $28.35 | $1170.65 |
| v1sn1c | $125.15 | $1073.85 |
| jholland | $240.40 | $958.60 |
| Serpiente | $176.60 | $1022.40 |
| zyva1215 | $70.70 | $1128.30 |
| Malevo | $29.20 | $1169.80 |
| Nr1orPayFull | $219.88 | $979.12 |
| i.do.not.stop | $227.80 | $971.20 |

*Over these customer's life cycle they have saved a total of $750+ off the recommended retail price of merchandise.

**BigDeal Facts:**     Total Auction Winners: **54,300+**     Products Available: **1000+**     Total BigDeal savings: **Up to 99%!**

 **Kenny P.**
I had a lot of different ones tell me what a scam BigDeal..com was, but I found that they were the most honest and considerate of auction sites in the market today. They always treated me with the utmost kindness at all times.

 **Myke J.**
I won a $300.00 for less than $13.00 the camera I won is the real deal and it is awesome. I also won 2 $ 50.00 visa gift cards the following week. I won both off the bids I won. So it really didn't cost me a dime. I started playing a month ago and won too many times.

 **Tom G.**
Thanks to Big Deal I got this hard drive at a fraction of the cost! Now I have more money left over to spend on some great tunes to put on it!!! Thanks Big Deal!

TRO Exh. 1, p. 000092

 **Gretchen M.**
I am so excited to have won this 46" Samsung HD/3D LCD Television from BigDeal.Com!" The auctions are Amazing! I will keep playing and playing. Thanks, BigDeal.Com!

 **Edwin R.**
When I first came to the bigdeal site I wasn't sure what to expect but I gave it atry, to my surprise, the second auction I participated I won, I won an Ipop touch 32G and I only paid $ 87.00 I will recommend this site to everyone.

 **David B.**
I won this Wii remote control for 1 bid! With shipping it was only a little over five dollars. That is a $45 savings! Big Deal is easy to use. I have used other penny auctions sites and none of them are really as well laid out as Big Deal.

 **Ej H.**
I have had so much fun. I would never have been able to buy all the things I have won TV's, IPOD's, XBOX, Wii, and more and have fun doing it. I also get to surprise the wife since she doesn't always know what is coming.

 **Khalil H.**
I have been using Big Deal since November 2009. I have racked up a number of wins with the most recent one being this Amazon Kindle I won for $1.88 using only 35 bids. The retail value was $229.99.

 **Martin H.**
I love BigDeal.com!! It is not only a great way to get good deals on a variety of products, but also a very entertaining way to shop too. Even when I'm not interested in purchasing the product, I enjoy watching the bidding strategies (and some of the unique user names).

 **Scroll Down and Click "BID" to take part in an Auction** 

## Check out Some of our Recently Sold Auctions

| Kindle DX Graphite | iPad 3G 64GB | MacBook Pro 13" | Panasonic 42" VIERA C2 |
|---|---|---|---|
|  |  |  |  |
| Winner: TheJuggerNaut666 | Winner: Nr1orPayFull | Winner: Christopher Horton | Winner: Serpiente |
| Final Price: $17.18 | Final Price: $10.62 | Final Price: $28.35 | Final Price: $23.17 |

**Scroll Down and Click "BID" to take part in an Auction**

## Items at BigDeal are Selling Fast!

| iPod touch 8GB v4 | iPod nano 16GB Graphite | Vizio 37" Class Razor LED HDTV | iPad 64GB Wi-Fi |
|---|---|---|---|
|  |  |  |  |
| 00:08:19 | 04:08:19 | 00:00:09 | 00:00:30 |
| $0.14 | $0.03 | $17.00 | $2.80 |
| jearle | Vantney Alums (valum... | Joseph Caroppoli (ca... | Adel Talaat (Talaat) |
| Register to Bid | Register to Bid | Register to Bid | Register to Bid |

TRO Exh. 1, p. 000093

Bigdeal.com - Never pay retail again!

| Kindle 3 Wi-Fi Graphite | iPad 3G 64GB | Sony 60" BRAVIA EX500 Series HDTV | Vizio 37" Class Razor LED HDTV |
|---|---|---|---|
|  |  |  |  |
| 00:00:13 | 00:00:23 | 01:56:19 | 00:00:10 |
| $12.22 | $49.23 | $0.36 | $17.00 |
| Jessica Lin (jessica... | James st.martin (JS... | Andy Bell (abell8) | Joseph Caroppoli (ca... |
| **Register to Bid** | **Register to Bid** | **Register to Bid** | **Register to Bid** |

 Recognition

TechCrunch    The New York Times    THRILLIST

"An enticing shopping opportunity, taking all the risk out of the bidding auction game."
-New York Times

 

*ALL ITEMS **BRAND NEW**, FACTORY SEALED

✓ LOWEST PRICES ON THE INTERNET
✓ ALL ITEMS ARE BRAND NEW, FACTORY SEALED

*Save up to 70-90% off the price of retail.

## Save 70-90% off retail prices



Here are some examples of merchandise our members have purchased:

Giles A. Won over $49,500 worth of Merchandise in our Auctions



PLEASE REGISTER TO BID ON AUCTIONS

First Name

Last Name

Email

Username

Usernames are visible on the website and

TRO Exh. 1, p. 000094

   

   

   

must be at least 3 characters, alphanumeric only (A-Z / 0-9). No spaces or special characters are allowed.

Password

I agree to the Terms of Service

CONTINUE



We accept    

The third-party product names, logos, brands, and trademarks shown on this website are the property of their respective owners. These companies are not affiliated with BigDeal.com. These third parties do not sponsor or endorse this website, its content, or services.

Pricing may vary based on the winning price of each auction and the number of bids used
*Prices quoted are actual ending prices of auctions at BigDeal.com
© Copyright 2010 BigDeal.com, Inc
Privacy Policy

Register at Bidsauce.com & get new brand name products for pennies on the dollar!



*Scroll Down to Register and Start Saving!* 

# Save Up to **98%** on The Hottest Brand Name Electronics



**Bidsauce Winner's Tutorial**



*Learn how Bidsauce works and stock up on tips!*

## #1 AUCTION ONLINE

Bidsauce.com
The #1 Penny Auction
On the Internet

**"You Don't Have to Pay Retail Prices!"**
**Thousands of People Have Already Won!**

*Penny Auctions Have Been Featured In:*

        









*You can save much more with Bidsauce.com than you typically would save with other types of auctions!*

TRO Exh. 1, p. 000096

Register at Bidsauce.com & get new brand name products for pennies on the dollar!

## Start Bidding | These Auctions Are About to End!

| Sears $100 Gift Card RETAIL: $100.00 | Walmart $75 Gift Card RETAIL: $75.00 | Best Buy $50 Gift Card RETAIL: $50.00 | 50 Bids Bidsauce Buying Power RETAIL: $45.00 | Red Lobster $50 Gift Card RETAIL: $50.00 |
|---|---|---|---|---|
| 00:53:32 | 00:10:26 | 00:12:45 | 00:37:35 | 00:16:43 |
| $0.00 | $0.01 | $0.01 | $0.00 | $0.01 |
| No Bids | sandybeach | sandybeach | No Bids | TAZAGAIL |
| bid | bid | bid | bid | bid |

| Nordstrom $25 Gift Card RETAIL: $25.00 | Logitech HD Pro Webcam with 1080p Video RETAIL: $99.99 | Victoria's Secret $50 Gift Card RETAIL: $50.00 | Apple Laptop MacBook Air with 13.3 RETAIL: $1499.99 | Nikon - Coolpix 10.0MP Digital Camera RETAIL: $149.99 |
|---|---|---|---|---|
| 00:03:27 | 00:10:40 | 00:10:26 | 02:18:25 | 00:00:23 |
| $0.01 | $0.01 | $0.01 | $0.17 | $3.10 |
| inneverquit2 | 500BidPlayer | 500BidPlayer | ibuyittoo | THEJONS |
| bid | bid | bid | bid | bid |

| Kindle Wireless Reader 3G RETAIL: $299.99 | Apple iPad 64 GB with Wi-Fi + 3G RETAIL: $829.00 | American Express $500 Gift Card RETAIL: $500.00 | 500 Bids Bidsauce Buying Power RETAIL: $375.00 | Cobra XRS 9955 Radar/Laser Detector RETAIL: $259.99 |
|---|---|---|---|---|
| SOLD | SOLD | SOLD | SOLD | SOLD |
| $1.17 | $23.32 | $5.94 | $0.86 | $0.16 |
| mlreynolds55 | aarkat | HwnMonty | jdlawson | purp574 |
| sold | sold | sold | sold | sold |



**1** Register & Stock Up on Bids — Stocking up on bids puts you in a position to win!



**2** Select Products — Bidsauce has everything from TVs to computers to gift cards.



**3** Bid & Win! — All you have to do is be the last one to click "bid" and you win!



# Start Bidding and Winning Right Now!

**Register Now**

Register at Bidsauce.com & get new brand name products for pennies on the dollar!

## Winners | Recent Bidsauce.com Winners!


09.01.10 04:38PM
"I have told many friends about this site and we all agree it is such an awesome site with quality options." - TEXXS


09.04.10 01:52AM
"I would like to thank Johnathon, in Customer Service, for thoroughly and respectfully answering all my questions. Very easy to talk with. Thanks Johnathon Joe B." - PackRat2010


09.02.10 09:04PM
"I have gotten such great deals at bidsauce! This site is so much fun too!" - ohhappyday


09.02.10 02:00PM
"Love this site!! Customer service is so friendly and helpful. It's so exciting when the UPS truck pulls up to bring me my wins. " - smaj


09.02.10 09:54AM
"Fast, fun, and addictive. Everyone wins at the sauce." - dragonstorm


09.02.10 02:51AM
"Thank you Bidsauce or making school clothes shopping just a little bit easier on the pocketbook!!! Love the Sauce!!!" - Bid_Banditt

## Items Won By Bidsauce Members!


96% Savings
JackApple paid $57.12
For a Brand New Samsung 3D HDTV
Savings: $1360.88


95% Savings
Jenny309 paid $39.62
For a Brand New iPad 64GB +WiFi
Savings: $789.38


bidsauce.com VS ebay

✓ **Speedy Shipping**
Free shipping availbe to Platinum Members

**Speedy Shipping**
Shipping is up to the seller

✓ **Brand New**
Everything is new and factory sealed

**Brand New**
Used items without warranty

✓ **Competitive Edge**
Develop techniques for scoring big savings!

**Competitive Edge**
Too Expensive!


70% Savings
Overstock Surplus


65% Savings
Company Liquidation


50% Savings


Discount Auctions
96% Savings



### Act Now to Recieve a Special Offer

First Name:

## Register Today!

Last Name:

Phone Number:

Email:

User Name:
User names are visible on bidsauce.com and cannot be more than 14 characters long. Letters and numbers only.

Password:

Register at Bidsauce.com & get new brand name products for pennies on the dollar!





Confirm Password:

I have read, understand and accept the
Bidsauce Terms &Conditions* and Privacy Policy*

Send me the exclusive Bidsauce.com
Newsletter and Coupons

---

Penny Auctions Have Been Featured In:



" *Meet Gary Fowler - an energy consultant who works from home... won $39,000 worth of retail on these sites, having spent $18,000 to get it...* "

" *The auctions are fun and challenging while offering the possibility of a killer deal!* "

" *Successful bidders can win anything from a television to a car or a cash sum, for a fraction of it's real cost* "

        

---

       

---

Bidsauce is not associated with any of th elogos used on the website, however Penny Auctions have been featured on all of these newscasts. ® All trademarks on this website whether regis-tered or not, are the property of their espective owners. Bidsauce is not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

TRO Exh. 1, p. 000099



# Your order was successful.

, Your attempted purchase for was approved.

Your Transaction ID is: **72281497**. Please keep this
information available if you need to contact us. It will be
mailed to you automatically, this notice is just for your
records.

The processor said: **Welcome to: MaxCleansePro.com.**

TRO Exh. 1, p. 000100

SUBSCRIBE | News | Comments | Email |

Advertorial                                    Thursday, March 17, 2011



NEWS ALERTS

**Julie Ayers**
"Acai Berry Diet trend uncovers steps to weightloss success"

 

**James Field**
"Acai Berry Diet, Is it a scam or not?"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# 1 Trick For a Tiny Belly: Reporter Loses Her "Belly" Using 1 Easy Tip

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

Thursday, March 17, 2011

» **RELATED VIDEOS**

**Hoodia**: Success Story

AS SEEN ON:      



**Julia** investigates the Hoodia diet to find out for herself if this super diet works.

An exotic new weightloss herb called 'Pure Hoodia' has quickly become the hottest new way to lose weight, much more so than the traditional Hoodia which offers little to no weight loss. The Hoodia herb that you take as a supplement to lose weight, has been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight.

But we here at News 6 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the Pure Hoodia Select. There are ton's of Hoodia ads online, Pure Hoodia Select is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Pure Hoodia Select is because it is the most concentrated and purest hood product on the market. This would give me the most accurate results for my test.

**Here is what Pure Hoodia Select claimed on their website...**

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

We were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining hood with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Pure Hoodia Select encourages weight loss and increases energy, the Max Cleanse Pro helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Max Cleanse Pro to test.

**Here is what Max Cleanse Pro claimed on their website...**

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes 'Sludge' from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism



Studies show Pure Hoodia dissolves an average of 12.3 pounds of fat every 28 days

Julia Miller, our Health and Diet columnist, recently put the Hoodia Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Max Cleanse Pro, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Hoodia diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Julia sleep better and to wakeup more rested.

**Step 1:**

First get **Pure Hoodia Select**
Use our exclusive promo link and pay only $6.95!

**Step 2:**

Then get **Max Cleanse Pro**
Use our exclusive promo code "**cleancolon**" and pay only $4.95!

**This is key. Use both for results like Julia

Free trials expire on March 18, 2011

*Weather*



Hoodia Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

» **ADVERTISEMENTS**



Claim your RISK FREE Trial Offer

TRO Exh. 1, p. 000101

And the Max Cleanse Pro, like the Hoodia, had a free trial with a 100% satisfaction guarantee and had no hidden offers.

### Putting Hoodia to the Test

Both the Pure Hoodia Select and Max Cleanse Pro arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

### My Test

### 4 Week Diet: Pure Hoodia Select + Max Cleanse Pro

- Take one Pure Hoodia Select pill per day
- Take one Max Cleanse Pro pill per day

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Hoodia which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the Pure Hoodia Select and Max Cleanse Pro diet my energy levels don't dip, but remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Pure Hoodia Select and Max Cleanse Pro diet! Actually everyone at News 6 is kicking themselves for not having volunteered to be the guinea pig. Using the Pure Hoodia Select and Max Cleanse Pro in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue to use the products indefinitely!

**I couldn't be any happier with the results.**

**I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

Weather Forecast | Weather Maps | Weather Radar



CLICK HERE

Flush Pounds of Harmful Toxins with Acai

Acai Cleanse

#1 Selling Acai

**» Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

TRO Exh. 1, p. 000102

**Conclusion**: Like us, here at News 6, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

Good luck with your weight loss,
- Julia Miller

[Click Here To Get A Free Trial Of Pure Hoodia Select](#)
Use our exclusive promo link and pay only **$6.95!**

[Click Here To Get A Free Trial Of Max Cleanse Pro](#)
Use our exclusive promo code "**cleancolon**" and pay only **$4.95!**

Free trials expire on March 18, 2011

Would you like to share a consumer tip for next week? If so, please send us an e-mail!

---

# Comments *(10 out of 177)*

**Read Responses For:**   "Diet Trends: A look at America's Top Diets" - Julia Miller Report

---

**Diane says:**                                            11:33 AM Wednesday, March 16, 2011

My friends and I have all been waiting for the [hood diet](#) to hit the news. Atleast 5 of us have all done the hood diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

---

**Michelle says:**                                         12:58 PM Wednesday, March 16, 2011

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

---

**Jen says:**                                              1:54 PM Wednesday, March 16, 2011

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

---

**Stephen says:**                                          4:24 PM Wednesday, March 16, 2011

I've been seeing hoodia diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

---

**Julia says:**                                            5:16 PM Wednesday, March 16, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

---

**Davis says:**                                            6:05 PM Wednesday, March 16, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

---

**Damo says:**                                             7:17 PM Wednesday, March 16, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

---

**Amy says:**                                              7:38 PM Wednesday, March 16, 2011

TRO Exh. 1, p. 000103

Hey Julia, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

---

**James says:**                                                              8:31 PM Wednesday, March 16, 2011

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

---

**Wanda says:**                                                              9:45 PM Wednesday, March 16, 2011

A friend of mine did the Pure Hoodia Select diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

**Comments will appear after approval by our editorial team. Thank you.**

Name:

City:

Email:

Message:

---

**TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

BreakingNewsAt6.com is an affiliate website, owned by UptownMedia, Inc. representing products available from "Pure Hoodia Select" and "Max Cleanse Pro" health supplement products. UptownMedia, Inc. does business out of the USA and can be reached via breakingnewsat6@yahoo.com. We want you to be satisfied with your purchase, however it is important to realize that we do not manufacture nor fulfill your order. If you have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Should you have specific product questions you should contact the company responsible for that product. For billing inquiries, refunds, or complaints, you can contact Pure Hoodia Select at 1-800-614-0737 and Max Cleanse Pro at 1-800-614-0737.

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Results may vary. If you are pregnant, nursing, taking other medications, have a serious medical condition, or have a history of heart conditions we suggest consulting with a physician before using any supplement. The information contained in this Website is provided for general informational purposes only. It is not intended as and should not be relied upon as medical advice. The information may not apply to you and before you use any of the information provided in the site, you should contact a qualified medical, dietary, fitness or other appropriate professional. If you utilize any information provided in this site, you do so at your own risk and you specifically waive any right to make any claim against the author and publisher of this Website and materials as the result of the use of such information.

It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

*S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the Pure Hoodia Select terms and conditions, please click here. For the Max Cleanse Pro terms and conditions, please click here.

**Pure Hoodia Select T&C** (the following was taken directly from their website): 5.3.4 When you enroll in our membership program ("Program"), we will charge the card you provide the activation fee specified on the order checkout page and send you a trial supply of the product. If you contact customer service to terminate your trial enrollment within seven (7) days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product. If you do not cancel within seven (7) days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the one time membership fee of $87.91 ("Membership Fee"). Then, beginning about thirty (30) days after enrollment in membership program we will send you a fresh monthly shipment of the product and charge your card $87.91 ("Monthly Charge") when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at info@lean195Select any time. To receive a refund you must return the unopened merchandise in its original packaging to our fulfillment center address listed as the return address.

**Max Cleanse Pro T&C** (the following was taken directly from their website): 5.3.4 When you enroll in our membership program ("Program"), we will charge the card you provide the activation fee specified on the order checkout page and send you a trial supply of the product. If you contact customer service to terminate your trial enrollment within seven (7) days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product. If you do not cancel within seven (7) days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the one time membership fee of $87.91 ("Membership Fee"). Then, beginning about thirty (30) days after enrollment in membership program we will send you a fresh monthly shipment of the product and charge your card $87.91 ("Monthly Charge") when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at info@MaxCleansePro any time. To receive a refund you must return the unopened merchandise in its original packaging to our fulfillment center address listed as the return address.

© UptownMedia, Inc. All Rights Reserved.

TRO Exh. 1, p. 000104



## What Is Hoodia?



Hoodia is a succulent herb that looks similar to a cactus. It has been described as a somewhat bitter-tasting cucumber that thrives in extremely hot, dry weather and takes 5-7 years to reach maturity. Hoodia grows in the Kalahari Desert region of South Africa, as well as the countries of Botswana, Namibia and Angola. It is said that for generations the San Bushmen natives have extracted the nectar of Hoodia prior to consumption as a way to curb their hunger and thirst during nomadic hunting trips.

## Feeling Hungry All The Time? Control Your Appetite...

Hoodia is a powerful and safe appetite suppressant. For most users, Hoodia substantially reduces the amount of food they eat each day. Reducing the urge to over-eat can be a natural process thanks to Hoodia.

But it's not just a better diet that will help with losing weight. When taken in cohesion with excercise you'll realize results beyond your imagination. The combination of just 30 minutes a day of light excerise with Hoodia is an awesome duo. Calories that are not burned off turn to fat cells, therefore it is important that the body burns them off quickly otherwise they turn to fat.

Your body's natural processing of calories is powerfully supplemented with the energy production the herb exerts. Transcended through the ages and finally available to the more health conscious West, Hoodia, the all natural and truly safe way to drop pounds!

You could easily say "No," to second helpings.

### Included In Your Order Today!

## Become Part Of Our Weight Management Club!



When you order your first shipment of Pure Hoodia Select, you'll be automatically signed up to get Free lifetime membership access to our results-based online fitness program. This information is exclusively for Pure Hoodia Select members, and is not available to the general public. In cohesion with a sensible food program, exercise routine, and drinking plenty of water, the ingredients in Pure Hoodia Select will help you to regain your slim body easier and faster.

## PLUS! You'll Also Receive These Two FREE Gifts With Your Order!

### Special E-Book "71 Weight Loss Tips"

Even if you've struggled to lose weight; even if you have stubborn fat deposits that simply won't budge; even if you've almost given up, you'll find these proven techniques opening your mind to a whole new weight freedom. You'll wonder why no one ever told you before.

### Special MP3 "Weight Loss Visualization"

# CLAIM YOUR TRIAL BOTTLE TODAY!

## 'The most effective weight loss supplement ever developed'

If you're looking for cheap, diluted down, sawdust trying to pass itself off as Hoodia then you're in the wrong place.

You can find hundreds of 'hoodia based products' but they will usually be as follows:

- Hoodia NOT from the core of the plant
- Hoodia Gordonii extract
- Mixed with several other ingredients
- Nothing but fillers with a hint of Hoodia
- Extremely slow absorption of Hoodia leading to slow weight loss

Normally they are pretty cheap as well - simply because it's not the real stuff. Real hoodia extract is expensive to harvest and expensive to obtain.



## Money Back Guarantee

We take great pride in the quality of our products and want you to be pleased with your purchase. We believe in offering the very best value, quality and selection to our customers.

Relax and listen to the soothing sounds of gentle water, with subliminal suggestions by a skilled clinical hypnotherapist. These powerful messages will help your self-esteem and inspire you to continue on your path. You'll be re-formatting your subconscious mind to see your self slim again.

## Our Hoodia Is Completely Certified



With Pure Hoodia Select you can be assured you're getting the real, organic Hoodia extract. Our Hoodia is approved by the Western Cape Conservation Authority of South Africa, and is certified to be 100% authentic.



The U.S. Department of Agriculture issues the first. It is called Convention in International Trade of Endangered Species (C.I.T.E.S.) Certificate. This covers the U.S. inspection to ensure the product is clean of weeds and pests, and to verify that the product is, in fact, Hoodia Gordonii.

## Testimonials and Success Stories From Hoodia Users



I've only been taking Pure Hoodia Select for a few weeks and my friends are already asking me for my secret. Of course I tell them and I become their personal rockstar!



I've been looking for a natural way to slim down. I started with doing some excercise a few times a week which was slow to yield results. Then Hoodia Select came and I was on TURBO! Thx!



Wow! This PHS is ROCKIN' ME! I'm getting all kinds of additional perks other than simply slimming down. I feel altogether super-charged and more healthy. Unbelievable, almost.



100% PURE "EXTRA STRENGTH" MAXIMUM POTENCY!

Suppress Your Appetite and Lose Weight!

CLAIM YOUR TRIAL BOTTLE TODAY!



**Terms**          **Privacy**          **Contact**

© Copyright www.PureHoodiasSelect.com - 2010 All rights reserved.

TRO Exh. 1, p. 000107







Max Cleanse Pro is the most natural method to relieve your body from all the toxic waste build up. Many health conscious individuals compliment the effectiveness of Max Cleanse Pro with the assurance of probiotic naturalness.

If your body is not cleaned from these toxins, cells are unable to receive nutrients from the blood due to interstitial fluid surrounding your cells. Such form of internal poisoning has side

TRO Exh. 1, p. 000108



effects of depression and abnormal thoughts.

If your bowels aren't cleaned, your body will reabsorb it into the system. Imagine the buildup of toxic wastes over several years.

To be healthy and to stay healthy, use Max Cleanse Pro to regularly clean the insides of your body entirely!

**TRY OUR COLON CLEANSER TODAY!**



**BREAKING NEWS**

COLON HEALTH AND MAINTENANCE IS CRUCIAL! AS MENTIONED BY CREDIBLE TV NETWORKS.

It's Time to Feel Great with Health, Energy + Vitality!

**TRY IT NOW!**

## FEEL HEALTHY STAY HEALTHY!

The Average American has a diet focusing on food through pleasure and convenience. This is in contrast to the healthier alternative of a good and healthy diet. The basic ingredients of most main meals comprise of meat and potatoes and although are arguably nutritious, health problems may arise potentially leading to a more drastic consequence.
Such diet strains and pollutes your colon leaving extreme amounts of waste products that are difficult to break down. This is where MaxCleansePro steps in with the promise to clean out your colon!

When talking about Your Colon, Do You Feel...

**ARE YOU CLEAN INSIDE?**

## COLON HEALTH NEWS: IN THE MEDIA



Colon Cleansing helps prevent issues related to your colon such as diseases, infections and cancer which statistics prove to kill over 655,000 people globally. It is crucial to maintain a healthy colon in order to live a healthy life. This importance is often overlooked daily thus building up to an estimation of 150,000 new cases of colorectal cancer in the United States alone!



Not only does maintaining a healthy colon deter from any colon related issues, it allows for the maintenance of a healthy weight whilst generating more energy for your body. MaxCleansePro helps eliminates the toxins from your body allowing your stomach to be flatter and firmer. Not only does MaxCleansePro give that benefit of looking better, it reduces any excess water weight giving you a better feel overall!

TRO Exh. 1, p. 000109







MaxCleansePro promises the elimination of toxic wastes in your body which have been proven responsible of retaining excess fats and water. This in turn changes your lifestyle as a whole by making you feel healthier and be healthier at the same time! A great way to boost up your life with MaxCleansePro!



**Terms**          **Privacy**          **Contact**



TRO Exh. 1, p. 000111

**Coastal Nutritionals**

3/24/2011

**Packing Slip**

**Order:** 83916453

**Ship To:**

Seattle, WA 98104
United States

**Email:** !@hotmail.com
**Phone:** 206-;
**Fax:**

**Comments:**

**Shipment:** 1150589-1149349
**Tracking#:**
**Type:** United States Postal Service First
Class Mail

**Options:**
**PO:**
**Serial:** **Master:**

| Item | Name | Shelf | Bin | Qty | Ship | BO |
|------|------|-------|-----|-----|------|-----|
| MAXCLEANSE | MaxCleansePro | | | 1 | 1 | 0 |

Total Ship 1
Ship Weight(lbs) 0.11
Ship Weight(oz) 1.80

**Batch: 25708**

Customer Service-LeanBodyX: Info@leanbodyx.com 877-356-7798, PureHoodiaSelect:
Info@purehoodiaselect.com 888-685-0036, MaxCleansePro: Info@maxcleansepro.com 877-459-8491

TRO Exh. 1, p. 000112



TRO Exh. 1, p. 000113

The statements on this label have not been evaluated by the
Food & Drug Administration. This product is not intended to
diagnose, cure or prevent any disease.

Best if used by: FEB 2014
Lot # USPXLUV-DV7

TRO Exh. 1, p. 000114



**Supplement Facts**

Serving Size: 1 Capsule          Servings Per Container: 30

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Colon Flush Proprietary Blend | 400 mg | † |

Psyllium (*Plantago psyllium*) (husk), Fennel (*Foeniculum vulgare*) (seed), Licorice (*Glycyrrhiza uralensis*) (root), Aloe Vera (*Aloe barbadensis*) (leaf), Grapefruit (*Citrus paradisi*) (seed), Papaya (*Carica papaya*) (fruit), Slippery Elm (*Ulmus rubra*) (bark), Marshmallow (*Althaea officinalis*) (root), Rhubarb (*Rheum officinalis*) (root), Alfalfa (*Medicago sativa*) (root), Guar Gum (*Cyamopsis tetragonolobus*) (seed), Peppermint (*Mentha piperita*) (leaf), Uva Ursi (*Arctostaphylos uva-ursi*) (leaf)