SUBSCRIBE    News | Comments | Email    Advertorial    Wednesday, March 30, 2011



NEWS ALERTS

**Julie Ayers** "HCG Diet trend uncovers steps to weightloss success"

News 6

**James Field** "HCG Diet, Is it a scam or not?"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# 1 Trick For a Tiny Belly: Reporter Loses Her "Belly" Using 1 Easy Tip

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

AS SEEN ON:     



**Julia** investigates the HCG diet to find out for herself if this super diet works.

Everywhere you look there's an internet blog, an ad, or a doctor calling hCG the new miracle diet that will stimulate weight loss. But can this little bottle live up to all the hype? Or have we embraced the latest Hollywood trend without real merit or scientific evidence that hCG can really help you cinch those pounds & inches?

But we here at News 6 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the HCG Activator. While there are ton's of HCG ads online, HCG Activator is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose HCG Activator is because it is the most concentrated and purest HCG products on the market. This would give me the most accurate results for my test.

**Here is what HCG Activator claimed on their website...**

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

We were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining HCG with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the HCG encourages weight loss and increases energy, the South Beach Java helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose South Beach Java to test.

**Here is what South Beach Java claimed on their website...**

- Burns Body Fat
- Curbs Appetite Dramatically
- Speeds Up the Metabolic Process- Therefore Burning More Calories
- Boosts Metabolism by 4x

And the South Beach Java, like the HCG, had a free trial with a 100%



Julia Miller, our Health and Diet columnist, recently put the HCG Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a South Beach Java, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the HCG diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Julia sleep better and to wakeup more rested.

**Step 1:**

First get **HCG Activator**
Use our exclusive promo code "**HCGNOW**" and pay only **$5.95!**

**Step 2:**

Then get **South Beach Java**
Use our exclusive promo code "**save**" and pay only **$1.95!**

**\*\*This is key. Use both for results like Julia**

Free trials expire on March 31, 2011

**Weather**



**RELATED VIDEOS**

HCG Diet Explained

The hCG Protocol and How it Works to Cure Obesity, What hCG Does to Make You Live Longer and Healthier.

**Health Benefits of Coffee: CBS News**

"Coffee can help burn fat, and up your endurance for activities like running"

**ADVERTISEMENTS**



satisfaction guarantee and had no hidden offers.

### Putting HCG to the Test

Both the HCG Activator and South Beach Java arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

### My Test

### 4 Week HCG Diet: HCG Activator + South Beach Java

- Take one HCG Activator pill per day
- Take one serving of South Beach Java per day



Weather Forecast | Weather Maps | Weather Radar



» **Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the HCG which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the HCG Activator and South Beach Java diet my energy levels don't dip, but remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the HCG Activator and South Beach Java diet! Actually everyone at News 6 is kicking themselves for not having volunteered to be the guinea pig. Using the HCG Activator and South Beach Java in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue to use the products indefinitely!

**I couldn't be any happier with the results.**

**I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion**: Like us, here at News 6, you might be a little doubtful

TRO Exh. 1, p. 000117

about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

Good luck with your weight loss,
- Julia Miller

Click Here To Get A Free Trial Of HCG Activator
Use our exclusive promo code "**HCGNOW**" and pay only **$5.95!**

Click Here To Get A Free Trial Of South Beach Java
Use our exclusive promo code "**save**" and pay only **$1.95!**

Free trials expire on March 31, 2011

Would you like to share a consumer tip for next week? If so, please send us an e-mail!

---

# Comments (10 out of 177)

Read Responses For:   "Diet Trends: A look at America's Top Diets" - Julia Miller Report

**Diane says:**                                         11:33 AM Tuesday, March 29, 2011

My friends and I have all been waiting for the HCG Diet to hit the news. Atleast 5 of us have all done the HCG Diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

**Michelle says:**                                      12:58 PM Tuesday, March 29, 2011

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

**Jen says:**                                            1:54 PM Tuesday, March 29, 2011

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

**Stephen says:**                                        4:24 PM Tuesday, March 29, 2011

I've been seeing HCG Diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

**Julia says:**                                          5:16 PM Tuesday, March 29, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

**Davis says:**                                          6:05 PM Tuesday, March 29, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

**Damo says:**                                           7:17 PM Tuesday, March 29, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

**Amy says:**                                            7:38 PM Tuesday, March 29, 2011

Hey Julia, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

TRO Exh. 1, p. 000118

**James says:**                                                    8:31 PM Tuesday, March 29, 2011

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

**Wanda says:**                                                    9:45 PM Tuesday, March 29, 2011

A friend of mine did the HCG Activator diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

**Comments will appear after approval by our editorial team. Thank you.**

Name:

City:

Email:

Message:

**TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

BreakingNewsAt6.com is an affiliate website, owned by UptownMedia, Inc. representing products available from "HCG Activator" and "South Beach Java" health supplement products. UptownMedia, Inc. does business out of the USA and can be reached via breakingnewsat6@yahoo.com. We want you to be satisfied with your purchase, however it is important to realize that we do not manufacture nor fulfill your order. If you have specific product questions you should contact the company responsible for that product. For billing inquiries, refunds, or complaints, you can contact HCG Activator at 1-800-614-0737 and South Beach Java at 1-800-614-0737.

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Results may vary. If you are pregnant, nursing, taking other medications, have a serious medical condition, or have a history of heart conditions we suggest consulting with a physician before using any supplement. The information contained in this Website is provided for general informational purposes only. It is not intended as and should not be relied upon as medical advice. The information may not apply to you and before you use any of the information provided in the site, you should contact a qualified medical, dietary, fitness or other appropriate professional. If you utilize any information provided in this site, you do so at your own risk and you specifically waive any right to make any claim against the author and publisher of this Website and materials as the result of the use of such information.

It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

*S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the HCG Activator terms and conditions, please click here. For the South Beach Java terms and conditions, please click here.

*HCG Activator T&C (the following was taken directly from their website): 5.3.4 When you enroll in our membership program ("Program"), we will charge the card you provide the activation fee specified on the order checkout page and send you a trial supply of the product. If you contact customer service to terminate your trial enrollment within seven (7) days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product. If you do not cancel within seven (7) days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the one time membership fee of $87.91 ("Membership Fee"). Then, beginning about thirty (30) days after enrollment in membership program we will send you a fresh monthly shipment of the product and charge your card $87.91 ("Monthly Charge") when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at info@lean195Select any time. To receive a refund you must return the unopened merchandise in its original packaging to our fulfillment center address listed as the return address.

*South Beach Java T&C (the following was taken directly from their website): 5.3.4 When you enroll in our membership program ("Program"), we will charge the card you provide the activation fee specified on the order checkout page and send you a trial supply of the product. If you contact customer service to terminate your trial enrollment within seven (7) days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product. If you do not cancel within seven (7) days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the one time membership fee of $87.91 ("Membership Fee"). Then, beginning about thirty (30) days after enrollment in membership program we will send you a fresh monthly shipment of the product and charge your card $87.91 ("Monthly Charge") when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at info@MaxCleansePro any time. To receive a refund you must return the unopened merchandise in its original packaging to our fulfillment center address listed as the return address.

© UptownMedia, Inc. All Rights Reserved.

TRO Exh. 1, p. 000119

HCG Activator - The Diet Solution - Lose up to 30 Pounds in 30 Days!

Case 2:11-cv-00630-RAJ   Document 2-3   Filed 04/13/11   Page 5 of 38



# HCG Weight Loss Breakthrough

AS DISTRIBUTED IN




**NEW!**

## LOSE UP TO 30 POUNDS IN 30 DAYS!!

### HCG Activator™ Offers New Hope for Dieters Based on Medical Science!

  

MADE IN THE USA · 60-DAY GUARANTEE · LIMITED SUPPLIES!



## WHAT YOU'LL SEE ▶

FREE Diet Plan Included!

 **INSTANTLY:** 100% reduction in the desire to snack—and 50% fewer instances of eating between meals.

 **AFTER 1 WEEK:** Flush out up to 7 pounds of toxic fat and lose up to 1–2 pounds a day thereafter.

 **AFTER 4 WEEKS:** Lose up to 30 pounds of excess body weight and feel better about yourself!

---

**Try it Risk-Free*!**

**Tell us where to ship it:**

**First Name**

**Last Name**

**Email**

(We reserve your privacy 100%)

**Phone**

(In case we need to call about delivery)

**Address 1**

**Address 2**

**City**

**State**          **Zip**
  State



**Next step ▶▶**



---

## WHAT IS HCG? AND IS IT SAFE?

HCG (or Human Chorionic Gonadotropin, as it is medically known) allows the body to burn excess bodyfat by using that fat as a food source. HCG helps make up the difference in the calories it needs to function by using your stored fat as food. **As a result, you will burn fat more quickly, and from areas that are typically harder to reduce.** An additional benefit of HCG is that you will feel less hunger cravings and desires to snack between meals, despite undergoing a restrictive-calorie diet. This will help you maintain your diet and improve your motivation to continue.

HCG is safe to use. As evidenced by over 47 clinical studies, **and after being used successfully by thousands of patients since 1954, HCG had been medically claimed as safe and free of any unwanted side effects.** HCG Activator is 100% stimulant free, and is derived from certified premium grade raw materials (the very purest materials available) which are then processed according to GMP (Good Manufacturing Practices), made in the U.S.A.

**And to help you succeed, the official "HCG Diet Plan" is**

TRO Exh. 1, p. 000120

HCG Activator - The Diet Solution - Lose up to 30 Pounds in 30 Days!

Case 2:11-cv-00630-RAJ   Document 2-3   Filed 04/13/11   Page 6 of 38



**included along with free access to an online support center with other successful HCG dieters.**

> " I found that as long as such patients were given small daily doses of HCG, they could comfortably go about their usual occupations on a diet of only 500 calories daily and lose an average of about one pound per day. "
>
> **– Dr. A.T.W. Simeons, Creator of the HCG Diet**



**REAL CUSTOMERS. UNREAL RESULTS!**

**HCG on TV...**

▼ **HCG on TV!**



### "Great Product & Extremely Happy Using!"

"When I began dieting and working out a year ago, I tried everything. Other supps for weight loss only interrupted my sleep & made me nervous. This HCG product works great & my body looks great. I give it five stars!"

*Soccer. Mom2u, Birchtree, MO (Age: 56)*

### "HCG DIET WORKS!! THIS PRODUCT WORKS!!!"

"I've tried them all - diet pills, quick this and that, detox, and homeopathic droplets. Nothing worked for me :-( tried HCG diet and was HUNGRY all the time. Used droplets, didn't do anything. Then tried this product, in capsule form. WORKED INCREDIBLY WELL. Never hungry. No snacking. Good energy. Have lost 8 pounds in first week. 4 pounds second week. 27 pounds in total after only 4 weeks. I have to say, this HCG pill is the ONLY product that has worked for me, and with no crazy side effect!!!! Lol. I HIGHLY RECOMMEND

HCG Activator - The Diet Solution - Lose up to 30 Pounds in 30 Days!

Case 2:11-cv-00630-RAJ   Document 2-3   Filed 04/13/11   Page 7 of 38









THIS HCG TO ANY OTHER YO-YO DIETER LIKE ME, WHO WANTS

SOMETHING THAT ACTUALLY WORKS."

*Stayfit2000, Frisco, Texas (Age: 39)*

# HOW DOES HCG HELP YOU LOSE WEIGHT SO FAST?

HCG Activator - The Diet Solution - Lose up to 30 Pounds in 30 Days!

Case 2:11-cv-00630-RAJ   Document 2-3   Filed 04/13/11   Page 8 of 38

## Simply take two small capsules, twice daily, and here's what you can expect:



> **INSTANTLY:**
> 100% reduction in the desire to snack—and 50% fewer instances of eating between meals.

> **AFTER 1 WEEK:**
> Flush out up to 7 pounds of toxic fat and lose up to 1–2 pounds a day thereafter.



> **AFTER 4 WEEKS:**
> Lose up to 30 pounds of excess body weight and feel better about yourself!

**Top Selling Weight Loss Aid at GNC. Available for Purchase Nationwide at GNC Stores, Or You Can Try It Risk-Free* Today!**

**Order today!**

# HOW DOES HCG ACTIVATOR COMPARE?



**MEDICAL ADMINISTRATION**
**EXPENSIVE -** Costs $400-$600 per month.
**PAINFUL -** Injections taken daily.



**HOMEOPATHIC REMEDIES**
**INACTIVE -** Contains only a trace (if any) of the active ingredients.
**INCONVENIENT -** Need 40–50 drops at a time, taken 5–6 times daily.



## HCG ACTIVATOR™

**EASY TO USE -** Just two capsules, two times a day!

**EFFECTIVE -** Powerful formula helps stimulate your body's own hormones, using scientifically validated ingredients!



# WHAT'S INSIDE HCG ACTIVATOR?

**HCG Activator is the only product based on legitimate medical science. In fact, over 47 published**

HCG Activator - The Diet Solution - Lose up to 30 Pounds in 30 Days!

Case 2:11-cv-00630-RAJ    Document 2-3    Filed 04/13/11    Page 9 of 38

# hCG Activator

**DIRECTIONS FOR USE:** As a dietary supplement, take one serving (2 capsules) twice daily with a full glass of water, preferably on an empty stomach. Take one serving, upon waking (before breakfast); and take the second serving six hours later (between lunch and dinner). Please read the entire label carefully before use, and follow directions.

**NOTICE:** FOR BEST RESULTS, FOLLOW THE SCIENTIFICALLY DESIGNED DIET PLAN INCLUDED.

## SUPPLEMENT FACTS

Serving Size: 2 Capsules       Servings Per Container: 60

| | Amount Per Serving | %DV* |
|---|---|---|
| **Human Chorionic Gonadotropin (hCG) Glycopeptide Stimulating Complex** | **758mg** | ** |
| L-Arginine (as alpha-ketoglutarate) | | |
| N-Acetyl-L-Carnitine | | |
| L-Ornithine (as alpha-ketoglutarate) | | |
| Green tea leaf extract (Camellia sinensis) (decaffeinated) 98% polyphenols 50% EGCG | | |
| Saffrolite TM saffron extract (Crocus sativus) (standardized for safranal) | | |
| Black cohosh [Cimicifuga racemosa (root) extract (std to 2.5% triperpenoids)] | | |
| Huperzine A 1% (Huperzia serrata) | | |

\* Percent Daily Values are based on a 2,000- calorie diet

\*\* Daily value not established

**OTHER INGREDIENTS:** GELATIN, CELLULOSE, SILICA, MAGNESIUM STEARATE







clinical studies validate the key ingredients. It is 100% stimulant free, and derived from certified premium grade raw materials (the very purest materials available) which are then processed according to GMP (Good Manufacturing Practices), made in the U.S.A. HCG Activator does not claim to be a "miracle pill" but instead uses a scientific dietary formula and medically researched protocol that is based on Dr. Simeons' diet, proven to reduce obesity, excess weight, and more specifically stubborn bodyfat. Now, you can enjoy the powerful effects of HCG without costly, painful injections with the only natural alternative to HCG medical administration that actually works.

Lose up to 30 pounds in 30 days
Try HCG Risk - Free* today!
Order yours today!

hCG ACTIVATOR
NATURAL HCG ALTERNATIVE
LOSE UP TO 30 lbs* WITH THIS BOX!

**SCIENTIFIC REFERENCES:**
Nutr Res May; 30(5):305-13 (2010). Lancet 2:946-947 (1954). Pounds & Inches: A New Approach to Obesity; Simeons, Dr. ATW, Salvator Mundi International Hospital 00152 - Rome Viale Mura Gianicolensi, 77. Integrative Nutrition Journal 11 (2):1-14 (2008). Am J Clin Nutr 70: 1040-5 (1999). Mol Nutr Food Res Feb; 50(2):176-87 (2006). Human Reproduction. Jun; 12 (6):1142-51 (1997). BMC Complement Alternative Medicine. Sep 2; 4:12 (2004). Journal Ethnopharmacol. Feb 28; 97 (2):281-4 (2005). Prog Neuropsychopharmacol Biology Psychiatry. Mar 30; 31 (2):439-42 (2007).

[CUSTOMER CARE](#) | [PRIVACY POLICY](#) | [TERMS AND CONDITIONS](#) | [FAQs](#)

**Customer Care:** Phone: 1-877-374-0182 | Email: ccbillsupport@ccbill.com | Web: https://support.ccbill.com
Product Questions and Support: product@hcgactivator.com

Your card will be charged today the Shipping & Processing amount of $3.97 (USD). If you are satisfied with hCG Activator do nothing and 14 days from today you will be billed $79.99 (USD). We will send a fresh supply on day 30 and your account will not be billed until day 45 for $79.99. Then, for as long as you remain a member of our program we will send a fresh supply every 30 days thereafter. To cancel anytime call 1-877-374-0182 (U.S)

© 2011 BioGenetics, LLC. All Rights Reserved.

NOTICE: KEEP OUT OF REACH OF CHILDREN. Not intended for individuals under the age of 18, unless instructed by a doctor. Consult your physician prior to use if you have high blood pressure or heart problems or are taking prescription drugs. Do not exceed the recommended daily intake. Seek the advice of a healthcare professional before beginning any supplement or exercise program. If you or your doctor has any questions about this product, please call 1-866-688-7679. This product contains black cohosh, which is not to be used while pregnant or nursing. Improper use of this product will not improve results and is not advised.

DO NOT USE IF SAFETY SEAL UNDER CAP IS BROKEN.

The statements made on this website have not been evaluated by the FDA.

These products are not intended to diagnose, prevent, treat, or cure any disease. You should always seek the advice of your primary physician before starting any diet or exercise program.

TRO Exh. 1, p. 000124



## South Beach JAVA™
DRINK YOURSELF THIN ... WITH A CUP A DAY

SOUTH BEACH JAVA, AS SEEN ON AND DISCUSSED IN THE NEWS!

**TRANSFORM** YOUR BODY INTO A FAT BURNING MACHINE! **ORDER NOW!**

## MELT YOUR FAT AWAY AND LOSE WEIGHT*

South Beach Java is an all natural clinical strength dietary coffee which contains key ingredients including caffeine, Garcinia Cambogia, Chromium and Bitter Orange which, combined with diet and exercise, has been shown to:

**CLINICALLY PROVEN!** CLICK HERE

**NEW!**

✓ **LOSE** WEIGHT!
✓ **BURN** BODY FAT!
✓ **CURB** YOUR APPETITE!
✓ **SPEED UP** YOUR METABOLISM!
✓ **MORE** ENERGY & BETTER WORKOUTS!

100% SATISFACTION GUARANTEE — RISK FREE

### WHERE SHOULD WE SEND YOUR SAMPLE PACKAGE?

Country: United States
First Name:
Last Name:
Address:
City:
State: Alabama
ZIP:
Phone:
Email

 

HURRY! ORDER NOW!

GET YOUR **EXCLUSIVE TRIAL**

**CLICK HERE TO CLAIM YOUR SAMPLE!**

**HURRY!** ONLY WHILE SUPPLIES LAST TRIALS ARE VERY LIMITED

🔒 Secure and Safe Transactions

100% SATISFACTION GUARANTEE — RISK FREE

## HOW WILL SOUTH BEACH JAVA CHANGE MY LIFE?

 Have the absolute best workouts of your life and feel the amazing rush after great exercise.

 Improve your health while simultaneously improving your body.

 Fit into tight fitting clothes that look good on you, again, finally!



## The FAT BURNING COFFEE DRINK DOES IT ALL *FAST!*

**CLINICALLY PROVEN!** CLICK HERE

**NEW!**

### BODY SCULPTING
✓ Flat Abs
✓ Sleek Legs
✓ Toned Arms

### SOUTH BEACH JAVA BENEFITS
✓ Lose Weight!
✓ Lose Body Fat!
✓ Curb Your Appetite!

## What is South Beach Java?

**South Beach Java Dieting** Blend is a Freshly Ground gourmet coffee that is fortified with supplements that help you lose weight & burn fat, while curbing your appetite and naturally increasing your energy throughout the entire day.

Simply replace your daily coffee intake with South Beach Java and watch as your weight loss program takes off in a hurry! Experience faster weight loss, higher energy levels, better workouts, a faster metabolism and less appetite!

Switch your daily cup of coffee to this incredible blend and start seeing results immediately!

Clinically proven to help you lose weight, lose fat, suppress appetite and increase energy levels.

Read the clinical trials here!

TRO Exh. 1, p. 000125

# You Too Can
## *Get Thin* this **NEW YEAR!**
South Beach Java Makes it easy to get a sexy body

**PACKED WITH FAT-BURNING INGREDIENTS**



### Caffeine (additional caffeine added)

A natural appetite suppressant and diuretic, caffeine also stimulates thermogenesis (body heat). So basically, Caffeine aids in curbing your appetite, eliminating fluids from your body and increasing your metabolism.



### Chromium Polynicotinate

A version of the trace mineral Chromium whose benefits are believed (by many scientists) to include promoting weight loss, lowering cholesterol and glucose, burning fat and building muscle.



### Garcinia Cambogia

A small purple fruit that contains a chemical called Hydroxycitric acid which is believed by some scientist to assist in weight loss because of it's ability to regulate metabolism.



### Bitter Orange

Bitter orange contains several chemical compounds that stimulate metabolic rate and increase calorie burning in the body. It's also known to be more effective when combined with caffeine.





### Arabica Coffee Beans

Recognized as the finest coffee beans in the world for gourmet coffee. Rich in flavor and taste, it produces the delicious taste in South Beach Java.

## Burn More Calories & Sculpt Your Body with **SOUTH BEACH JAVA!**



## The Media is SOLD on South Beach Java





### Does Caffeine Increase Weight Loss?

According to the Mayo Clinic, "studies indicate that drinking coffee or tea with caffeine may slightly boost weight loss or prevent weight gain... Caffeine may [also] reduce your desire to eat and may stimulate thermogenesis — one way your body generates heat and energy from digesting food."



### Lose Weight/Fat & Suppress Appetite with Ingredients in South Beach Java

Lance Armstrong's Livestrong.com reports that "The hydroxycitric acid extracted from the garcinia cambogia fruit [an ingredient in South Beach Java] could help you lose weight and may reduce fat and help decrease your appetite. According to the University of Maryland Medical Center, test tube examinations found that hydroxycitric acid prevents carbohydrates from being stored as fat."

## Testimonials and Success Stories of South Beach Java Users

**I LOST WEIGHT IMMEDIATELY!** South Beach Java Dieting Blend has been great for getting me back in shape. Once I started drinking 1 cup a day, I immediately noticed the differen- ce in my body... something was going on. I lost 3 pounds the first week without increasing my workouts one bit. I now have more energy to do the day-to-day things and have better workouts. It also tastes great and really gives you this healthy feeling I have never felt with other coffee drinks.



**Brandon T., Seattle, WA.**

**MOST SUCCESSFUL WEIGHT LOSS STRATEGY!** Drinking the South Beach Java Dieting Blend every morning is the most successful weight loss strategy I have ever used. All I had to do was switch from my regular cup of coffee to South Beach Java and I immediately started feeling healthier, exercising more often and losing weight.



**Melanie A, Cleveland, OH.**

TRO Exh. 1, p. 000126

*The statements made on this website have not been evaluated by the Food & Drug Administration (FDA). The FDA evaluates only foods and drugs, not supplements like those found in South Beach Java. South Beach Java is not intended to diagnose, prevent, treat, or cure any disease(s). The information provided on www.SouthBeachJava.com or this company is not a substitute for a face-to-face consultation with your physician or health care professional and should not be construed as medical advice for you. Please consult your physician or health care professional before beginning any supplementation, weight loss or exercise program. If there is a change in your medical condition, please stop using South Beach Java immediately and consult your physician or health care professional . The testimonials on this website are unique cases and we do not guarantee that you will get similar results. Typical weight loss results are 1 – 3 pounds per week when combined with a healthy diet and exercise program. Your results may vary. Individuals are remunerated. South Beach Java is not affiliated with any media outlets mentioned on this website. All trademarks on www.southbeachjava.com, whether registered or not, are the property of their respective owners. *Free Samples are plus S&H and are limited to no more than 5000 per day.*

Copyright © 2010 South Beach Java | Terms & Conditions | Privacy | Contact Us Promo Code: 1001

Advertorial



**Foods that Fuel Weight Loss**
"Super foods are becoming a real source in the battle to fight fat..."

# Acai Berry Diet Exposed: Miracle Diet or Scam?

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

**»RELATED VIDEOS**

AS SEEN ON:      



**Acai Berry: Fox35 Special Report**



Julia investigates the Acai Berry diet to find out for herself if this super diet works.

The Acai berry: secret weight loss drug or latest online scam? When you weigh the evidence, it's hard to be sure. On the one hand, the Internet is ablaze with stories of the wonders of the Acai-from first hand tales of weight loss success to doctors' scientific justifications. On the other hand, it's difficult to verify the truthfulness of this type of online claim. Instead of trying to sort out the truth from the marketing attempts, we here at News 8 took matters into our own hands. After all, what better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I wanted to test this claim for my Internet audience, and I figured that any weight loss that I experienced would be a welcome bonus. What I wasn't looking for, though, was dangerous side effects or memberships to online weight loss programs where I would be spammed and probably scammed out of some cash. For this reason, I applied for a bottle of the Lean Spa (Acai Berry). While turning every virtual corner will reveal another advertisement for an Acai supplement, Lean Spa (Acai Berry) is one of the most credible and trustworthy suppliers on the market. I read the fine print, and Lean Spa (Acai Berry) didn't come with unwanted and expensive memberships. It was also the most concentrated Acai berry product I could find, which made me conclude that Lean Spa (Acai Berry) was the safest and probably most powerful Acai weight loss product online. At least, it was the product I trusted most for my study.

**Here is what Lean Spa (Acai Berry) claimed on its website:**

- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants
- Promotes Cardiovascular and Digestive Health

When I first read these goals, I have to admit that I thought they were too good to be true, but I wanted to test the product for myself, so I did my best to withhold judgment. In fact, I did everything I could to make sure I was successful-including incorporating colon cleansing into my diet regimen. Most of the Acai success stories talk about combining the berries with colon cleansing products to achieve maximum weight loss, so I decided to do the same. Most Lean Spa (Acai Berry) success stories stress the fact that the berry encourages weight loss and increases energy, while the colon cleanse helps rid your body of toxins and allows it to burn calories more efficiently. Even though this advice seemed to make sense, I was still skeptical, but I decided to use Advanced Cleanse for my test.

**Here is what Advanced Cleanse claimed on their website...**

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes 'Sludge' from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism

Both Advance Cleanse and Lean Spa (Acai Berry) offered trials with a 100% satisfaction guarantee, and neither product required that I sign up for penny pinching trial memberships with fitness and weight loss programs. These

Do you ever wish you could hire an impartial source to try a diet plan for you? If you do, look no further. Consumer Reporter Health and Fitness writer Julia Miller took the Acai Berry challenge for four weeks. She's here to report the results, and you don't even have to pay her. A week by week synopsis of her diet plan is below. The results? They defied expectations.

**She lost 12lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticisms. We found the diet not only helped with Julia's weight loss, but it seemed to benefit her overall wellbeing. She was more relaxed, more energetic, and she felt better overall--all this without making major changes to her daily routine!

**Step 1:**

First get **Lean Spa (Acai Berry)**
Start your free trail for $1.99 be sure to use promo code: LEAN195

**Step 2:**

Then get **Advanced Cleanse**
Free Shipping / Trail Only Cost $3.73

**\*This is key.** Use both for results like Julia

Free Trials Expire: January 11, 2011

**Local Weather**

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**Super foods: How to Balance your Body.**

Change your approach to living better. Why it is important to learn how to balance your diet.

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

**» Weight Loss Tips**

problems have turned me off from weight loss products in the past. Even if a product is effective, no one wants to deal with spam and hidden costs even if it means loosing a little weight.

**Putting Acai to the Test**

I didn't have to wait long to start my trial. Both the Lean Spa (Acai Berry) and Advanced Cleanse arrived within 4 days of having placed my online order for the free trials. Each bottle contained a month's worth of pills-plenty to help me decide whether or not they were working for me. I decided to proceed by taking both pills for four weeks and documenting my progress.

**My Test 4 Week Acai Berry Diet: Lean Spa (Acai Berry) + Advanced Cleanse**

- Take one Lean Spa (Acai Berry) pill per day
- Take one Advanced Cleanse pill per day

**My Results:**

**Week One:**

I actually didn't expect to see any dramatic results within the first week, but the products surprised me. After just a few days of taking the pills, felt like I had more energy, and I wasn't hungry, nor was I craving food. I'm pretty sure these were side effects of the Acai pills, and these side effects are the type I don't mind at all. Thanks to the pills, I felt fantastic. And this feeling can't be chalked up to "cheating." I didn't change my daily routine at all during this first week. I was feeling great by the end of the week, but that's not the best part. The best part is that I actually lost weight--5 pounds by day 7! This certainly raised my hopes, but I still wasn't convinced. I knew this could be water weight, and I wanted to complete the trial before I made any decisions about the success of the diet plan.

**Week Two**

In the second week of using the product, I experienced more beneficial side effects. First, I was able to sleep and relax like never before. Paired with the increased energy, my newfound ability to relax (which was probably a result of the colon cleanser) was improving my overall health. AND I continued to loose weight. After this second week, I had lost a total of 8 pounds, and I weighed less than I ever had before in my life! I was trying not to get my hopes up, but I was slowly loosing my skepticism at this point.

**Week Three:**

After 3 weeks and two sizes, I completely lost my reservations. I wanted to be an impartial observer to the end, but at this point, I failed. I was ecstatic! With most of the other diets I've tried, the third week also marked a change for me. Unlike with the Acai berry and Advanced Cleanse, however, other diets made me less hopeful around week 3. After seeing no results, I tended to loose steam. But with the Lean Spa (Acai Berry) and Advanced Cleanse diet, my energy levels didn't dip; they remained steady throughout the day. I noticed little fatigue, better sleep at night, and a more comfortable existence. By this week, I also noticed that I was feeling much better about digesting my food. Bloating was a thing of the past.

**Week Four:**

After the fourth week, my final results were shocking. I lost an unbelievable 12 lbs since beginning the Lean Spa (Acai Berry) and Advanced Cleanse diet! I didn't fall for any gimmicks, and I didn't have to sign up for any bogus trial memberships. Lean Spa (Acai Berry) and Advanced Cleanse did come with some side effects, though. It left me feeling rested, energetic, and I also noticed a drastic change in my complexion. Everyone at News 8 is really kicking themselves for not volunteering to the guinea pig this time around. As for this guinea pig, she'll be sure to order full size bottles of both products.

**I couldn't be any happier with the results. I lost 12 lbs in 4 Weeks; No Special Diet, No Intense Exercise**

**Conclusion:** Diet pills have a bad reputation, and they certainly impacted my perception of the Acai berry and Advanced Cleanse diet. But after actually

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

TRO Exh. 1, p. 000129

trying these supplements, I found that they defied my expectations. And unlike other diet pills, the makers of both supplements are straightforward and to the point with what you should expect and what you have to do to get your free trial. You'll have to make your own decision about how you want to loose weight. But as for me, I recommend trying these products.

Good Luck with your weight loss

Julia Miller

Would you like to share a consumer tip for next week? If so, please send us an email @ jmiller@news8reporter.com

- **Start your free trail for $1.99 be sure to use promo code: LEAN195**
  **Free Shipping Offer. Your Free Trail Cost Only $1.99**

- **Click Here to Start Your Free Trail of Advance Cleanse.**
  **Free Shipping Offer. Your Free Trail Cost Only $3.73**

**Free Trail Expires on January 11, 2011**

## Comments *(10 out of 177)*

**Read Responses For:**   "Diet Trends: A look at America's Top Diets" - Julia Miller Report

**Diane says:**                                             11:33 AM Wednesday, March 17, 2010

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff is truley incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

**Michelle says:**                                             12:58 PM Wednesday, March 17, 2010

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

**Jen says:**                                             1:54 PM Wednesday, March 17, 2010

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

**Stephen says:**                                             4:24 PM Wednesday, March 17, 2010

I've been seeing acai diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

**Julia says:**                                             5:16 PM Wednesday, March 17, 2010

Yay! glad to see it's helped and that my story is getting out there! good luck!

**Davis says:**                                             6:05 PM Wednesday, March 17, 2010

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

**Damo says:**                                             7:17 PM Wednesday, March 17, 2010

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose

atleast 50 pounds before the end of the year.

**Amy says:**                                        7:38 PM Wednesday, March 17, 2010

Hey Julia, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

**James says:**                                      8:31 PM Wednesday, March 17, 2010

My wife used both these products, and the change in her is remarkable. She looks and feels
wonderful and we are BOTH grateful!

**Wanda says:**                                      9:45 PM Wednesday, March 17, 2010

A friend of mine did the Lean Spa (Acai Berry) diet and recommended it to me 3 weeks ago.
I ordered the products and received them within 3 days (although I didnt get the discounted
shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

Comments have been closed due to spam. Please check back later.

TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:

We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News, FOX, and Consumer Reports are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modeled in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

*S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the Lean Spa (Acai Berry) terms and conditions, please click here. For the Advanced Cleanse terms and conditions, please click here.

*Lean Spa (Acai Berry) (the following was taken directly from their website): Your 14 day Trial Period will start when you click the "Submit & Confirm" button on our website. You will be responsible to pay Shipping and Handling charges for your first shipment of AcaiOptimum. If you wish to cancel your order within your Trial Period, simply call 1-866-928-0631 and return your bottle (Even if it's empty!) within 30 days from canceling and you will not be charged anything other than the shipping and handling fee. If you enjoy AcaiOptimum, do nothing and at the end of your Trial Period your credit card provided today will be charged $79.98 and you will automatically be enrolled in the AcaiOptimum Fit Club. This means that in approximately 30 days from the end of your Trial Period and every 60 days thereafter, you will be shipped a new 2 month supply of AcaiOptimum for the low price of just $49.00 per bottle with FREE shipping. This is a reoccurring order which is more fully described below in section 2. Remember, you can cancel at any time by contacting our Customer Care Department at 1-866-928-0631 or online at www.acoptimumhelp.com. Today's charges and future charges will appear on your credit card as ntr*acoptimumcs.com.

*Advanced Cleanse (the following was taken directly from their website): When you enroll in our membership program ("Program"), we will charge the card the card you provide the activation fee specified on the order checkout page and send you a trial supply of Advanced Cleanse. If you contact customer service to terminate your enrollment within fourteen (14) days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product. All orders are shipped within two business days. If you do not cancel within fourteen (14) days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the one time membership fee of $149.95 ("Membership Fee"). Then, beginning about thirty-two (32) days after we charge the Membership Fee to your card and every thirty (30) days thereafter, we will send you a fresh monthly shipment of the product and charge your card $12.95 ("Monthly Charge") when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service. To cancel and avoid further charges, call our customer service line toll free at 1-866-221-1575. Live customer service agents are available 7 Days a Week 9:00AM - 6:00 PM EST. Upon receipt of your cancellation request, you will not be charged further. If you cancel before the end of the fourteen (14) day trial period, you will not be charged the one time Membership Fee.

© News8Reporter.com All Rights Reserved.

*Advertorial*

SUBSCRIBE | News | Comments | Email                                    Jan 10, 2011



**Health News**

**Tina Thorpe**
"Acai Berry Diet trend uncovers steps to weight management success."


HEALTH **8** WATCH

**Jared Phelps**
"Acai Berry Diet, Is it a scam or not?"



---

**Breaking News**

# Acai Berry Diet Exposed: Miracle Diet or Scam?

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession.

AS SEEN ON:    



*Jenna* investigates the Acai Berry diet to find out for herself if this super diet works.

Acai berries are the latest weight management fad. These so called Super Foods that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight. But we here at Evening 8 are a little skeptical and are not sure that we have seen any real proof that these pills work for weight management. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai Energy. While there are tons of acai berry ads online, Acai Energy is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Acai Energy is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

**Here is what Acai Energy claimed on their website...**

- Up to 4 Times More Weight Loss Than Standard Diets
- Boosts Energy without the 'jitters'
- Burn Calories
- Boost Immune System
- Rich in Antioxidants

We're pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining Acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Pure Cleanse to test.

**Here is what Pure Cleanse claimed on their website...**

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes "Sludge" from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism

And the Pure Cleanse, like the Acai Berry, had a free trial with a 100% satisfaction guarantee and had no hidden offers.

**Putting Acai to the Test**

Both the Acai Energy and Pure Cleanse arrived within 4 days of having placed my order online for the free trials.



Jenna LeVance, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising

**She lost 25 lbs in 4 weeks.**
The Acai Berry Diet benefits beat all of our initial skepticism. This diet was discovered to not only provide weight management, but also boost energy levels and helped Jenna with a better night's sleep and waking up more rested.

**Step 1:**
First get the free trial of Acai Energy
Use our exclusive promo code "DISCSHIP" to reduce shipping from $3.72 to $0.99!

**Step 2:**
Then get the free trial of Pure Cleanse
Use the promo code "SAVE" to reduce shipping from $3.73 to $0.99!
This is key. Using both products is highly recommended for results like Jenna's.

Note: Free Trials expiring on 01/11/2011

*Weather*

---

**» RELATED VIDEOS**

**Acai Berry: Fox35 Special Report**
This site requires flash.

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**The Real Dangers of having a Toxic Colon**
This site requires flash.

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

**» ADVERTISEMENTS**



ACAI ENERGY

LOADED WITH Superfruits

GET IT NOW!

- Bursting with Antioxidants!
- 2000% Vitamin B and Energy!
- Achieve Laser-Like FOCUS!

**» Healthy Weight Management Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

The bottles I received held a month worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout

**My Test 4 Week Acai Berry Diet: Acai Energy + Pure Cleanse**

- Take one Acai Energy pill per day
- Take one Pure Cleanse pill per day



**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 pounds for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 pounds, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 pounds. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the Acai Energy and Pure Cleanse diet my energy levels don't dip, but remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Acai Energy and Pure Cleanse diet! Actually everyone at Consumers Digest Weekly is kicking themselves for not having volunteered to be the guinea pig. Using the Acai Energy and Pure Cleanse in week 4 I lost 3 more pounds. But to be honest I really didn't have much more than that left to lose. And I am definately going to continue taking the Acai Energy afterwards because it has so many antioxidants and vitamins that makes my skin look unbelievable.

**I couldn't be any happier with the results.**

**I Lost 25lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion** Like us, here at Evening 8, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

Good Luck with your weight loss

Jenna LeVance

**Click Here To Get A Free Trial Of Acai Energy**

Use our exclusive promo code "DISCSHIP" to pay just $0.99 shipping!

**Click Here To Get A Free Trial Of Pure Cleanse**
**Use promo code "SAVE" to get $0.99 shipping!**

Note: Free Trials expiring on 01/11/2011

# Comments *(10 out of 177)*

**Read Responses For:** "Diet Trends: A look at America's Top Diets" - Jenna LeVance Report

**Diane says:**                                          11:33 AM Monday, September 06, 2010

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff is truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

**Michelle says:**                                        11:50 AM Monday, September 06, 2010

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

**Ashley says:**                                           1:54 PM Sunday, January 09, 2011

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

**Stephen says:**                                         4:24 PM Sunday, January 09, 2011

I've been seeing Acai Diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

**Jenna says:**                                            6:16 PM Sunday, January 09, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

**Davis says:**                                            8:05 PM Sunday, January 09, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

**Damo says:**                                             09:15 PM Sunday, January 09, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 100 pounds before the end of the year.

**Amy says:**                                              11:38 PM Sunday, January 09, 2011

Hey Jenna, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

**Wanda says:**                                            12:45 AM Monday, January 10, 2011

A friend of mine did the Acai Max Cleanse diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

Comments have been closed due to spam. Please check back later.

We are not responsible for any reviews, reports or blogs that may have led you to this page. If you feel any of these 3rd party reviews, blogs or reports may be inaccurate, please contact us immediately (). We do not condone or endorse inaccurate information, statistics and/or claims made by 3rd parties.

All Content Copyright © 2005-2009, . All Rights Reserved Worldwide.

TRO Exh. 1, p. 000134

SUBSCRIBE | News | Comments | Email

Advertorial                                                                Thursday, January 13, 2011



 

**Karen Lische**
"Acai Berry Diet trend uncovers steps to weightloss success."

**James Field**
"Acai Berry Diet, Is it a scam or not?"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# Acai Berry Diet Exposed: Miracle Diet or Scam?

Thursday, January 13, 2011

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession



Karen investigates the Acai Berry diet to find out for herself if this super diet works.

Acai berries are the latest weight loss fad. These so called Super Foods that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight.

But we here at Channel 8 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a free trial of Acai Thermo. While there are ton's of Acai berry ads online, Acai Thermo is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Acai Thermo is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

**Here is what Acai Thermo claimed on their website...**

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

We were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Advanced Trim to test.

**Here is what Advanced Trim claimed on their website...**

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes 'Sludge' from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism

And the Advanced Trim, like the Acai Berry, had a free trial with a 100% satisfaction guarantee and had no hidden offers.

**Putting Acai to the Test**



Karen Lische, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Karen sleep better and to wakeup more rested.

**Step 1:**

First get a FREE Trial of Acai Thermo
Use our exclusive code **SLIMNOW** and pay only $3.95 for Shipping!

**Step 2:**

Then get a FREE Trial Advanced Trim
Use our exclusive code **4OFF** and pay only $2.95 for Shipping!

**This is key. Use both for results like Karen

Free trials expire on January 14, 2011

*Weather*



» **RELATED VIDEOS**

**Acai Berry: Fox35 Special Report**

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

» **ADVERTISEMENTS**

Claim your **RISK FREE** Trial Offer



CLICK HERE

TRO Exh. 1, p. 000135

Both the Acai Thermo and Advanced Trim arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

**My Test**

**4 Week Acai Berry Diet: Acai Thermo + Advanced Trim**

- Take one Acai Thermo pill per day
- Take one Advanced Trim pill per day

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Acai Thermo and Advanced Trim diet! Actually everyone at Channel 8 is kicking themselves for not having volunteered to be the guinea pig. Using the Acai Thermo and Advanced Trim in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue to use the products indefinitely!

**I couldn't be any happier with the results.**

**I Lost 10 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion**: Like us, here at Channel 8, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!



Weather Forecast | Weather Maps | Weather Radar



**CLICK HERE**

Flush Pounds of Harmful Toxins with Acai

Acai Cleanse

#1 Selling Acai

**» Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

Good luck with your weight loss,
- Karen Lische

[Click Here To Get A FREE Trial Of Acai Thermo](#)
Use our exclusive code **SLIMNOW** and pay **only $3.95** for Shipping!!

[Click Here To Get A FREE Trial Of Advanced Trim](#)
Use our exclusive code **4OFF** and pay **only $2.95** for Shipping!

**This is key**. Use both for results like Karen

Free trials expire on Friday, January 14, 2011

Would you like to share a consumer tip for next week? If so, please send us an e-mail!

---

# Comments (10 out of 177)

**Read Responses For:**   "Diet Trends: A look at America's Top Diets" - Karen Lische Report

---

**Diane says:**                                                  11:33 AM January 12, 2011

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

---

**Michelle says:**                                              12:58 PM January 12, 2011

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

---

**Jen says:**                                                    1:54 PM January 12, 2011

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

---

**Stephen says:**                                                4:24 PM January 12, 2011

I've been seeing acai diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

---

**Karen says:**                                                  5:16 PM January 12, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

---

**Davis says:**                                                  6:05 PM January 12, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

---

**Damo says:**                                                   7:17 PM January 12, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

---

**Amy says:**                                                    7:38 PM January 12, 2011

Hey Karen, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

---

**James says:**                                                  8:31 PM January 12, 2011

TRO Exh. 1, p. 000137

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

**Wanda says:**

9:45 PM January 12, 2011

A friend of mine did the Acai Thermo diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

**Comments will appear after approval by our editorial team. Thank you.**

Name:

City:

Email:

Message:



© 2010 Health8News.com All Rights Reserved

**TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

We want you to be satisfied with your purchase, however it is important to realize that we do not manufacture nor fulfill your order. If you have specific product questions you should contact the company responsible for that product. For billing inquiries, refunds, or complaints, you can contact Acai Thermo at 888-361-3913 and Advanced Trim at 877-529-3745.

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Results may vary. If you are pregnant, nursing, taking other medications, have a serious medical condition, or have a history of heart conditions we suggest consulting with a physician before using any supplement. The information contained in this Website is provided for general informational purposes only. It is not intended as and should not be relied upon as medical advice. The information may not apply to you and before you use any of the information provided in the site, you should contact a qualified medical, dietary, fitness or other appropriate professional. If you utilize any information provided in this site, you do so at your own risk and you specifically waive any right to make any claim against the author and publisher of this Website and materials as the result of the use of such information.

It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

*S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically. We have linked away from our website directly to their terms and conditions pages. For the Acai Thermo terms and conditions, please click here. For the Advanced Trim terms and conditions, please click here.

*Acai Thermo T&C (the following was taken directly from their website): When you place your initial order by clicking the "Submit & Confirm" or similar button on our Website, we will send you 2 bottles (a 60 day supply) of Acai Thermo and your credit card provided today will be charged $99.96 (plus s&h) and in approximately 30 days you'll be charged $99.96 for your second bottle that you received in your initial order and you will not incur any further charges. If you qualify for our Mail-In Rebate Program below, you can receive a rebate up to $99.96 (sales tax and s&h not included). If you have any questions, please contact our Customer Service Department online at www.acoptimumcs.com or call us at 888-361-3913. Today's charges and future charges will appear on your credit card as NTR*acoptimumcs.com.

TRO Exh. 1, p. 000138

*Advanced Trim T&C (the following was taken directly from their website): When you place your initial order by clicking the "Submit & Confirm" or similar button on our Website, we will send you 2 bottles (a 60 day supply) of AdvancedColon and your credit card provided today will be charged $99.96 (plus s&h) and in approximately 30 days you'll be charged $99.96 for your second bottle that you received in your initial order and you will not incur any further charges. If you qualify for our Mail-In Rebate Program below, you can receive a rebate up to $99.96 (sales tax and s&h not included). If you have any questions, please contact our Customer Service Department online at www.advcolcs.com or call us at 877-529-3745. Today's charges and future charges will appear on your credit card as NTR*advcolcs.com.

TRO Exh. 1, p. 000139



SUBSCRIBE   ●   News | Comments | Email |

Advertorial

Jennifer Theuriau
"Acai Berry Diet trend uncovers steps to weightloss success."

 

James Field
"Acai Berry Diet, Is it a scam or not?"



| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

Thursday, January 13, 2011

# Acai Berry Diet Exposed: Miracle Diet or Scam?

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

AS SEEN ON:      



**Julie** investigates for herself the Acai Berry diet and if it works.

Acai berries are the latest weight loss fad. These "Super Foods" that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen, they are all over the internet in blogs and success stories of people who have used them and lost a **ton of weight**.

But we here at Channel 6 were a little skeptical at whether or not it really works. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the LeanSpa Acai and Natura Cleanse. While there are many different kinds of Acai berry ads, LeanSpa Acai is the most credible and trustworthy suppliers on the market.It included a free bottle of the product with a coupon and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose LeanSpa Acai is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.



Here are a couple examples of bloggers who lost weight by using both LeanSpa Acai and Natura Cleanse.

## Here is what LeanSpa Acai claimed on their website…

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the LeanSpa Acai encourages weight loss and increases energy, the Natura Cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Natura Cleanse to test.

## Acai In The News



Julie Ayers, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Natura Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Julia sleep better and to wakeup more rested.

**Step 1:**

First get LeanSpa Acai
Use our exclusive promo code **"LEAN195"** and pay just **$1.99 for s/h!**

**Step 2:**

Then get Natura Cleanse
Use our exclusive promo **"news6"** and pay only **$1.95!**

*This is key. Use both for results like Julie

Free trials expire on Friday, January 14, 2011

---

Network Reviews:



ABC News Calls Acai Berry A Superfood! The network reports that many world-class athletes have started using Acai berry products as part of their personal training regimen.
- ABC News

Studies show that the acai berry is one of the most nutritious foods in the world. Acai is packed with antioxidants, amino

## » RELATED VIDEOS

**Super foods: How to Balance your Body.**

Change your approach to living better. Why it is important to learn how to balance your diet

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

## » ADVERTISEMENTS



**Here is what Natura Cleanse claimed on their website...**

- Eliminates Bad Toxins that have Built Up Over the Years
- Cleanses and Revitalizes body
- Flattens Stomach
- Boosts Metabolism to Burn Calories Fast

Natura Cleanse also has a free trial with a 100% satisfaction guarantee and had no hidden offers. Because of this, I had to try!

**Putting Acai to the Test**

Both bottles of the the [LeanSpa Acai](#) and [Natura Cleanse](#) arrived within 4 days of having placed my order.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

**My Test**

**4 Week Acai Berry Diet: LeanSpa Acai + Natura Cleanse**

- Take one LeanSpa Acai pill per day
- Take one Natura Cleanse pill per day

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the LeanSpa Acai and Natura Cleanse diet! Actually everyone at Channel 6 is kicking themselves for not having volunteered to be the guinea pig. Using the [LeanSpa Acai](#) and [Natura Cleanse](#) in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue



acids and essential fatty acids.
- *MSNBC*



CBS News notes that Acai berries are "rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain  oleic acid.
- *CBS NEWS*

[2010 Diet of the Year!](#)
Already rated #1 product for losing weight in 2010! Click here for details!
www.bestweightloss10.com

[Get Bright White Teeth Now!](#)
Get visibly whiter teeth in as little at 90 seconds. Try Free Today!
www.TopTeethWhitener.com

[Lose Weight Fast and Easy](#)
Quit struggling with diets that don't work. Click here to lose weight now!
www.WeightlossSecret.com

[Keep Your Body Immune](#)
Help regulate your body naturally and stay healthy with Natura Cleanse!
www.naturalyhealthy.com



Before (167 lbs)    After! (129 lbs)

One blogger from Los Angeles, CA claims to have lost 38 pounds in 42 days with the [Acai](#) + [Colon](#) combo.

*Weather*





**» Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

to use the products indefinitely!

**I couldn't be any happier with the results.**

**I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion**: Like us, here at Channel 6, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting my own personal study and seeing the effects, I am pleased to see that other people really are finding success with it too . The best part is, you have nothing to lose but the weight! Follow the links to claim free bottles with special coupon program and know that what you are getting a quality product that works; no strings attached!

Good luck with your weight loss,
- Julie Ayers



| Acai Berry |

[Click Here To Get A Free Bottle Of LeanSpa Acai with special coupon program](#)
Use our exclusive promo code **"LEAN195"** and pay just **$1.99 for s/h!**

[Click Here To Get A Free Bottle Of Natura Cleanse with special coupon program](#)
Use our exclusive promo **"news6"** and pay only **$1.95!**

Free trials expire on Friday, January 14, 2011

Would you like to share a consumer tip for next week? If so, please send us an e-mail!

---

# Comments (10 out of 177)

Read Responses For:   "Diet Trends: A look at America's Top Diets" - Julie Ayers Report

**Diane says:**                                             11:33 AM Wednesday, January 12, 2011

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

**Michelle says:**                                          12:58 PM Wednesday, January 12, 2011

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

**Jen says:**                                               1:54 PM Wednesday, January 12, 2011

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

**Stephen says:**                                           4:24 PM Wednesday, January 12, 2011

I've been seeing acai diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

**Julia says:**                                             5:16 PM Wednesday, January 12, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

**Davis says:**                                             6:05 PM Wednesday, January 12, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't

TRO Exh. 1, p. 000142

believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $5.00. This is a godsend, thanks so much!!

**Damo says:**                                              7:17 PM Wednesday, January 12, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

**Amy says:**                                              7:38 PM Wednesday, January 12, 2011

Hey Julia, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

**James says:**                                              8:31 PM Wednesday, January 12, 2011

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

**Wanda says:**                                              9:45 PM Wednesday, January 12, 2011

A friend of mine did the LeanSpa Acai diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

**Comments will appear after approval by our editorial team. Thank you.**

Name:

City:

Email:

Message:

TRO Exh. 1, p. 000143



**SUBSCRIBE** | News | Comments | Email |



NEWS ALERTS

Jennifer Theuriau
"Acai Berry Diet trend
uncovers steps to
weightloss success."

James Field
"Acai Berry Diet,
Is it a scam or not?"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# Acai Berry Diet Exposed: Miracle Diet or Scam?

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

AS SEEN ON:      



**Julia** investigates the Acai Berry diet to find out for herself if this super diet works.

Acai berries are the latest weight loss fad. These so called Super Foods that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight. But we here at News 6 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai Berry . While there are ton's of Acai berry ads online, Acai Berry is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Acai Berry is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

### Here is what Acai Berry claimed on their website…

- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants
- Promotes Cardiovascular and Digestive Health

Were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Colon Cleanse to test.

### Here is what Colon Cleanse claimed on their website…

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes 'Sludge' from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism

And the Colon Cleanse , like the Acai Berry, had a free trial with a 100% satisfaction guarantee and had no hidden offers.

**Putting Acai to the Test**



Julia Miller, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Julia sleep better and to wakeup more rested.

**Step 1:**

First get Acai Berry
Use our exclusive promo code "news6" and pay just $1.19!

**Step 2:**

Then get Colon Cleanse
Use our exclusive promo code "news6" and pay just $1.49!

*This is key. Use both for results like Julia

*Weather*



## RELATED VIDEOS

**Acai Berry: Fox35 Special Report**

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

## ADVERTISEMENTS



Claim your RISK FREE Trial Offer

CLICK HERE

Both the Acai Berry and Colon Cleanse arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout

### My Test 4 Week Acai Berry Diet: Acai Berry + Colon Cleanse

- Take one Acai Berry pill per day
- Take one Colon Cleanse pill per day



Weather Forecast | Weather Maps | Weather Radar



Flush Pounds of Harmful Toxins with Acai

Acai Cleanse

#1 Selling Acai

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the Acai Berry and Colon Cleanse diet my energy levels don't dip, and remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Acai Berry and Colon Cleanse diet! Actually everyone at News 6 is kicking themselves for not having volunteered to be the guinea pig. Using the Acai Berry and Colon Cleanse in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. And I am definately going to continue taking the Acai Berry afterwards because it has so many antioxidants and vitamins that makes my skin look unbelieveble.

**I couldn't be any happier with the results.**
**I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion** Like us, here at News 6, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

» **Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

Good Luck with your weight loss

Julia Miller

**Click Here To Get A Free Trial Of Acai Berry**
Use our exclusive promo code "news6" and pay just $1.19!

**Click Here To Get A Free Trial Of Colon Cleanse**
Use our exclusive promo code "news6" and pay just $1.49!

Would you like to share a consumer tip for next week? If so, please send us an email!

---

# Comments *(10 out of 177)*

Read Responses For:   "Diet Trends: A look at America's Top Diets" - Julia Miller Report

---

**Diane says:**                                                   11:33 AM Friday, July 16, 2010

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

---

**Michelle says:**                                                 12:58 PM Friday, July 16, 2010

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

---

**Jen says:**                                                       1:54 PM Friday, July 16, 2010

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

---

**Stephen says:**                                                   4:24 PM Friday, July 16, 2010

I've been seeing acai diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

---

**Julia says:**                                                     5:16 PM Friday, July 16, 2010

Yay! glad to see it's helped and that my story is getting out there! good luck!

---

**Davis says:**                                                     6:05 PM Friday, July 16, 2010

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

---

**Damo says:**                                                      7:17 PM Friday, July 16, 2010

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

---

**Amy says:**                                                       7:38 PM Friday, July 16, 2010

Hey Julia, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

---

**James says:**                                                     8:31 PM Friday, July 16, 2010

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

---

**Wanda says:**                                                     9:45 PM Friday, July 16, 2010

TRO Exh. 1, p. 000146

A friend of mine did the Acai Berry diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

**Comments have been closed due to spam. Please check back later.**

We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News, FOX, and Consumer Reports are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

© 2010 International Media ;P All Rights Reserved.

SUBSCRIBE | news | comments | email | f t 🖂 🖶

**Advertorial**

Thursday, January 13, 2011





Jennifer Stone
"High ticket items and even cars are being sold for over 95% off retail!"

James Field
"Bid Banannas Auction users around nation are saving hundreds of dollars while shopping online"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

**BREAKING NEWS** — *EXCLUSIVE:* Massive Savings "Trick" Discovered

# Penny Auction Site Bid Banannas Saves Consumers 95% Off Retail!

As part of a new series: "Ways to Save Money During The Recession" We examine tips for getting what they need for much less!

AS SEEN ON:      



**Jennifer Stone** investigates new shopping trends on the internet.

Surplus auction websites are a new phenomenon that is quickly spreading through North America and Europe (like you have probably already seen). They are all over the internet in blogs and success stories of people who have apparently bought expensive items at very little cost. However, we were very skeptical of whether or not these surplus auction sites were real, so we decided to put them to the test. What better way to find the truth than to conduct our own study?

I wanted to **buy a new HDTV**, so I was put in charge of the test.

First, I did a ton of research on the subject to find out which surplus auction site was the most trustworthy and ultimately would be best suited for my test. After hours and hours of research I came to the conclusion that Bid Bananna Auctions was best because of its wide variety of products and great reputation. The way these auction sites supposedly work is that you buy bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. Bid Bananna Auctions **had a new promotion**, for a limited time, they are giving out 25 FREE bids on signup! This created an ideal situation for me, giving me the bids necessary to thoroughly test the site. This promotion is to help spread the word about shopping with Bid Bananna Auctions and show people how much they can save with surplus auctions.

**Wondering How Bid Bananna Auctions Can Provide Such Deals?**

Bid Bananna Auctions gets their items from warehouse closeouts, surplus auctions, and liquidation clearance auctions. This is how they can offer such low prices in comparison to retail outlets.

**What Do They Put Up For Auction?**

I've seen everything from cars to phones, computers, laptops, TVs, cameras, stereo equipment and **pretty much anything you can think of.**



*winwin42 Won a $499 iPad
On Bid Bananna Auctions for $14!*

Hot Deals and Shopping Trends writer Jennifer recently put Bid Bananna Auctions to the test and the results were very surprising.

**She Saved $1,867 Off Retail!**

Bid Bananna Auctions beat all of our initial skepticism. People now can really get 95% off retail prices, which is quite amazing to say the least.

**Step 1:**

Click here to go to Bid Bananna Auctions and sign up to get your bids using the promo below. Bid Bananna Auctions has agreed to keep the promo active a little longer for our readers. Get it while you can!

Register for **Bid Bananna Auctions**
Use our exclusive for **discounted bids!**

Promo expires on January 14, 2011

**Step 2:**

Search the auctions until you find one that appeals to you.

**Step 3:**

Start placing your bids.

**Step 4:**

When you win the auction, you'll be taken to the checkout where you can buy your product at a deep discount.

Bid Banannas is also a proud sponsor of: The National Breast Cancer Foundation!

Thursday, January 13, 2011

» **RELATED VIDEOS**

**Ebay Workers Go On Strike**

"Consumers protest. Users stunned by poor experiences and fee increases on eBay.".

**Ebay Too Big To Care?**

eBay users turning away in record numbers. eBay's global growth is plumeting."

» **ADVERTISEMENTS**



New Apple iPad

Current Bid:
**$12.06**

Time Remaining:

00 00 05

TRO Exh. 1, p. 000148

SUBSCRIBE   News | Comments | Email    Advertorial    **Thursday, January 13, 2011**



### Karen Lische
"Acai Berry Diet trend uncovers steps to weightloss success."





### James Field
"Acai Berry Diet, Is it a scam or not?"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |
|------|------|-------|----------|----------|---------------|---------|--------|---------|---------|--------|--------|

# Acai Berry Diet Exposed: Miracle Diet or Scam?

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

Thursday, January 13, 2011



**Karen** investigates the Acai Berry diet to find out for herself if this super diet works.

Acai berries are the latest weight loss fad. These so called Super Foods that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight.

But we here at Channel 8 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a free trial of Acai Thermo. While there are ton's of Acai berry ads online, Acai Thermo is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Acai Thermo is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

**Here is what Acai Thermo claimed on their website...**

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

We were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Advanced Trim to test.

**Here is what Advanced Trim claimed on their website...**

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes 'Sludge' from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism

And the Advanced Trim, like the Acai Berry, had a free trial with a 100% satisfaction guarantee and had no hidden offers.

**Putting Acai to the Test**



Karen Lische, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Karen sleep better and to wakeup more rested.

**Step 1:**

First get a FREE Trial of Acai Thermo Use our exclusive code **SLIMNOW** and pay **only $3.95** for Shipping!

**Step 2:**

Then get a FREE Trial Advanced Trim Use our exclusive code **4OFF** and pay **only $2.95** for Shipping!

**\*\*This is key.** Use both for results like Karen

Free trials expire on January 14, 2011

*Weather*



## » RELATED VIDEOS

**Acai Berry: Fox35 Special Report**

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**The Real Dangers of having a Toxic Colon**

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

## ADVERTISEMENTS



Claim your **RISK FREE** Trial Offer

CLICK HERE

TRO Exh. 1, p. 000149

Channel 1 News Alert - How To Save Money In a Recession

SUBSCRIBE | News | Comments | Email | [f][t][✉][rss]  Advertisement  **Friday, February 11, 2011**



**Channel NEWS 1 ALERT**
The Leader in Today's News
This site is not affiliated with any newspaper publication

**Julie Ayers**
"High ticket items being sold for upto 95% off retail."

**James Field**
"Jeaper users all over the nation are saving hundreds of dollars while shopping online"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |
|---|---|---|---|---|---|---|---|---|---|---|---|

**BREAKING NEWS:** Huge Savings Available Just In Time For the Holidays!

## New Penny Auction Site Jeaper Saves Consumers 95% Off Retail!

As part of a new series: "Ways to Save Money During The Recession" We examine tips for getting what you need for much less!



**Julie** investigates "surplus" auctions, like Jeaper.com to find out if this system really works.

Surplus auction websites are a new phenomenon that is quickly spreading through North America and Europe (like you have probably already seen). They are all over the internet in blogs and success stories of people who have apparently bought expensive items at very little cost. However, we were very skeptical of whether or not these surplus auction sites were real, so we decided to put them to the test. What better way to find the truth than to conduct our own study?

I wanted to **buy a new HDTV**, so I was put in charge of the test.

First, I did a ton of research on the subject to find out which surplus auction site was the most trustworthy and ultimately would be best suited for my test. After hours and hours of research I came to the conclusion that Jeaper Auctions because of its wide variety of products and great reputation. The way these auction sites supposedly work is that you buy bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. Jeaper Auctions had a new promotion, for a limited time, they are giving out discounted packages on signup! This created an ideal situation for me, giving me the bids necessary to thoroughly test the site. This promotion is to help spread the word about shopping with Jeaper Auctions and show people how much they can save with surplus auctions.

**Wondering How Jeaper Auctions Can Provide Such Deals?**

Jeaper Auctions gets their items from warehouse closeouts, surplus auctions, and liquidation clearance auctions. This is how they can offer such low prices in comparison to retail outlets.

**What Do They Put Up For Auction?**

I've seen everything from cars to phones, computers, laptops, TVs, cameras, stereo equipment and **pretty much anything you can think of.**



| Samsung LN46C630 46-Inch 1080p 120... | Apple MacBook MC516LL/A 13.3-Inch ... | Canon EOS Rebel XSi Digital SLR... |
|---|---|---|
| ENDED | ENDED | ENDED |
| $17.35 | $36.17 | $7.56 |
| jackAbid | wendyT | andy586 |
| Bid Now | Bid Now | Bid Now |
| Buy Now | Buy Now | Buy Now |

**Putting Jeaper Auctions to the Test**

After going through a simple registration process on Jeaper Auctions, I got my bids and began to try and win items listed up for auction. Before registering, I was still a little confused about the whole process

---

Friday, February 11, 2011

**» RELATED VIDEOS**

**eBay Workers Go On Strike**

"Consumers protest. Users stunned by poor experiences and fee increases on eBay.".

**Police Auctions A Steal?**

"it's cheap, it's fast and it's built to last. Are used police cars a steal?"

**eBay Too Big To Care?**

"eBay users turning away in record numbers. eBay's global growth is plumeting.""

**» SPONSORED LINKS**

**90% off Apple products?**
A new website is giving eBay a run for its money. Check out the amazing deals.
**www.Jeaper.com**

**Today only: iPads for $18.97**
Apple iPads are being auctioned for an incredible 87% right now!
**www.Jeaper.com**

**Canon OS Rebel 92% off**
Snag a Canon camera for one penny at Jeaper Auctions
**www.Jeaper.com**



rjwise22 Won a $699 Apple iPad 64GB On Jeaper Auctions for $13.79!

Hot Deals and Shopping Trends writer Julie recently put Jeaper Auctions to the test and the results were very surprising.

**She Saved $1,420.87 Off Retail!**

Jeaper Auctions beat all of our initial skepticism. People now can really get 95% off retail prices, which is quite amazing to say the least.

▶ **Step 1:**

Click **this link** to go to Jeaper and sign up to get your bids using the promo below. Jeaper has agreed to keep the promo active a little longer for our readers. Get it while you can!

Register for Jeaper Auctions
Use our exclusive code **WINBIG** to get **10 FREE BIDS!!**

Promo expires on February 12, 2011

▶ **Step 2:**

Search the auctions until you find one that appeals to you.

▶ **Step 3:**

Start placing your bids

▶ **Step 4:**

When you win the auction, you'll be taken to the checkout where you can buy your product at a deep discount.

**Customer Reviews:**



"Jeaper is amazing, I recommend it to everyone. I won a new DELL Laptop for only $23.54! I am grateful for winning and will continue to use Jeaper for all my online shopping."
- **Erica / Detroit**

http://www.news1alert.com/[2/11/2011 1:49:59 PM]





**ENTREPRISE | SERVICES | PROJETS | RÉALISATIONS | SERVICE APRÈS-VENTE | DESIGN**



N'hésitez pas à communiquer avec un de **nos conseillers**

**J'ACHÈTE**   **JE LOUE**   **J'INVESTIS**

Projets **en cours**

**Royal St-Martin**
Maisons unifamiliales, condos et triplex.

**Place Royale**
Projets de condominiums

**Condominium Royal St-Martin**
Projets de condominiums





## RÉALISATIONS CONSTRUCTION MAISON NEUVE ET CONDO DE PRESTIGE AU QUÉBEC

**Voici quelques-unes de nos réalisations.** N'hésitez pas à communiquer avec un de nos conseillers pour venir vivre l'expérience!

### MAISONS UNIFAMILIALES

Magnifiques propriétés haut de gamme en pierre et bois, de 3 ou 4 chambres à coucher, avec garage. Idéalement située, chaque propriété offrait de multiples choix de matériaux soigneusement étudié par l'équipe de finition de Madeco et un suivi complet jusque dans les moindres détails du début, jusqu'à la livraison de la maison.

Cliquez sur les modèles pour plus de détails.


Empire


Harmony

Harmony Prestige


Royal


Santo


Santorini


Santorini II



### EMPIRE

**Description**
3 cac, 2 sdb, dînette, salle à manger, salon, garage simple ou double.

**Maisons unifamiliales**
**Lyne Beauséjour**
Représentante des ventes
4670, Dutrisac, Laval (Qc)
H7W 0A3
Tél. : 450-934-2654
Cell. : 514-774-2463
Télec. : 450-934-2656

**Heures d'ouverture des maisons modèles**

**4670, rue Dutrisac, Laval (Québec) H7W 0A3**
Lundi, mardi et mercredi : de 13 h à 20 h
Jeudi et vendredi : Sur rendez-vous
Samedi et dimanche : de 12 h à 17 h

TRO Exh. 1, p. 000151

SUBSCRIBE

News | Comments | Email

Thursday, March 17, 2011



**What's Hot** Tea Party - Abortion Activist 'Targeted' - Man Loses Half His Skull

**Swine Flu Worries Grow**
New swine flu cases emerge and so are the concerns of it spreading further.

**Fall Foods Are Full of Vitamins**
This is a great time to get your vitamin A Pumpkin is one of falls favorite flavors.

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

Home > Health > Fitness & Nutrition

# 1 Tip of a Flat Belly: A Surprising New Way to Burn Fat Quickly

As part of a new series: "Diet Trends: A look at America's Top Diets" we put new diet and fitness techniques to the test

Featured on:   

By Karen Simpson    |    Published: March 15, 2011



**Karen Simpson** investigates a promising weight loss solution that is quickly gaining popularity in the U.S. and around the world.

**Beverly Hills, CA (WeeklyHealthNews)** - Losing weight often feels like an impossible challenge. We have evaluted numerous fad diets over the years. All too frequently their results are just shy of painfully disappointing.

The reason for why most diets fail, in our opinion, is that they impose unrealistic restrictions on how you live your life. Some advocate eating tons of protein others emphasize carbohydrates. In either case, you're left with having to make rather drastic changes to the types of food you eat and when you eat it. In this special report, we take an in-depth look at an emerging and promising weight loss trend that we believe is a game changer, and it won't break the bank.

You may have heard of the enormously popular Acai berry in the news. It's a completely organic berry found deep in the Amazon rainforest of South America. Alone the Acai berry offers many benefits primarily due to its high anti-oxidant content. Combine it with a powerful colon cleanser, and you've created a fat burning machine. If you're skeptical, you're not alone. When we first learned about this weightloss combo, our diet fad radar went off right away.

Nevertheless, as we began to investigate the countless success stories reported by people from all around the globe, we decided that this weight loss trend was worthy of a closer examination. Moreover, we found it of particular interest that these people had not significantly changed their current lifestyles.

  

**Ella Regan from Beverly Hills, California was reported to have lost 46 pounds in 3 months while being on the LeanSpa with Acai and Colon Cleanse combo diet.**

In the story on her blog she states,

> "I couldn't believe how easy it was. I didn't change my diet or my daily routine, but the fat melted off like it butter. I love this stuff! Finally a diet that just works."

For the Weekly Health News test, it was inevitable that I was to be the guinea pig for this diet

---



Health and Diet writer Karen Simpson recently put an emerging diet trend to the test. We had to see for ourselves what this diet was all about. Karen spent four weeks testing the effects of America's newest super-food combined with a colon cleanse. The results were surprising.

The benefits of the Acai berry diet removed all of our initial skepticism. We found the diet not only helps with weight loss, but it seemed to boost energy levels according to Karen.

▶ **Step 1:** Get A Trial Bottle of LeanSpa with Acai
Use coupon code **"LEAN195"** to get shipping reduced to $1.99 from $4.95.

▶ **Step 2:** Get A Trial Bottle of Colon Cleanse
Use coupon code **"CLEANSE195"** to get shipping reduced to $1.99 from $3.95.

Using **both products** is highly recommended for results like those of Karen, because one product alone **may not** help you achieve the results you wanted.

**Trial bottles are limited.
Expires on March 18, 2011**

**WEATHER**





---

**RELATED VIDEOS**

**Fight Colon Cancer**

A toxic colon is dangerous to your health. Cleansing your colon in a safe healthy way is important to your health and well-being.

**News Special Report**

Acai Berry the New Wonder

**How to Balance Your Body**

Researchers are finding out about antioxidants and the powerful effects from them on our bodies.

**ADVERTISEMENT**





TRO Exh. 1, p. 000152

**HOME** | ARE E-CIGARETTES SAFE | E-CIGARETTE FAQ | E-CIGARETTE FORUM | ELECTRONIC CIGARETTE BRANDS

HOW E-CIGARETTES WORK | SAVE MONEY WITH E-CIGARETTES | TOBACCO ALTERNATIVE

# Consumer Watch: E-Cigarette Review

## Electronic Cigarette Review: Consumer Reports

December 10, 2010 | Author: Senior Editor

*A new form of smoking dubbed "vaping" is gaining popularity in many countries across the globe. Although these cutting edge technology **electronic cigarettes** don't produce actual smoke, they definitely provide the nicotine fix.*

(CWR) — What if I told you that you can smoke a cigarette anywhere you'd like, without fire, smoke, smell or deadly chemicals? Do I have your attention yet?

**Consumer Reviews Weekly: Electronic Cigarettes**



Claire Prince, a veteran Health reporter from Seattle reports on a new breakthrough in smoking. It's a revolutionary new way to smoke cigarettes in public without harming yourself or others.

The **E-Cigarette** is the newest and greatest of innovations and it's taking the planet by storm, but how will electronic cigarettes affect your health? It is a smokeless and tar-free cigarette that is the complete opposite of traditional cigarettes that we have all been accustomed to see. During our research we came across many companies that sold electronic cigarettes, so we made a price comparison of the most popular e-cigarettes on the market today: The Original E-Cigs, South Beach Smoke e-cigarette, Smoke Assist e-cigarette, Prado e-cigarette, V2 e-cigarette and last but not least: Vibe e-cigarette (See the **Electronic Cigarette Review Comparison Table** below!).

The most often asked question is "Are Electronic Cigarettes Safe?". Let's compare traditional tobacco cigarettes to the e-cigarette: Tobacco cigarettes contain some 400+ different **chemicals** of which 43 are known **carcinogens**, while Electronic Cigarettes only have about 8 ingredients. Tobacco smoking increases risks of developing **cancer** of the lungs, mouth, nose, larynx, oesophagus, pharynx, pancreas, bladder, renal pelvis, stomach, kidney… Tobacco cigarettes are one of the leading causes of death in the USA with over 400,000 victims yearly, nearly **20%** of all U.S. deaths. All this trouble just to get a **nicotine fix**? Maybe the e-cigarette *will* save the day. Given all these facts, electronic cigarettes may actually **save your life!**

Randy Tangier, a smoker of 22 years, heard about E-Cigarettes while in Las Vegas. He was finding himself more irritable trying to find places to smoke since most bars and restaurants no longer allow their patrons to smoke inside. While in Vegas, Randy witnessed countless people **smoking** these new e-cigarettes in many **public places**. Upon returning from his trip he did some research and came across a company that was giving away free trials of their product.

*Randy*: "I consider myself a smart shopper so I found and ordered the free trial, and within 3 days I had the ecig kit at my door step. Soon after trying it out I threw away my last pack of tar-ridden cigarettes and I haven't looked back since!"

**LIKE IT? SHARE IT!**

**ELECTRONIC CIGARETTE REVIEWS**

- ❖ Are E-Cigarettes Safe
- ❖ E-Cigarette FAQ
- ❖ E-Cigarette Forum
- ❖ Electronic Cigarette Brands
  - ▪ Original "e-cigs" Electronic Cigarettes Inc. Review
  - ▪ Prado Electronic Cigarette Review
  - ▪ Smoke Assist Electronic Cigarette Review
  - ▪ South Beach Smoke Electronic Cigarette Review
  - ▪ V2 Electronic Cigarette Review
  - ▪ Vibe Electronic Cigarette Review
- ❖ How E-Cigarettes Work
- ❖ Save Money With E-Cigarettes
- ❖ Tobacco Alternative

**ELECTRONIC CIGARETTE BRANDS**

- ❖ Prado Electronic Cigarettes
- ❖ Smoke Assist Electronic Cigarettes
- ❖ South Beach Smoke Electronic Cigarettes
- ❖ The Original E-Cigs Electronic Cigarettes
- ❖ V2 Electronic Cigarettes
- ❖ Vibe Electronic Cigarettes

**ELECTRONIC CIGARETTE MONTHLY NEWSLETTER**

Receive Electronic Cigarette **Coupon Codes** and the **Latest Deals** right in your Email!

Email:

We respect your email privacy

**LATEST NEWS POSTS**

- ❖ Celebrities Smoking Electronic Cigarettes
- ❖ Electronic Cigarettes Reduce Risk of Cancer
- ❖ Do NOT Take Champix / Chantix (Varenicline): Side Effects

TRO Exh. 1, p. 000153