"I volunteered to be the guinea pig. I applied for a" - Google Search    Page 1 of 1

Case 2:11-cv-00630-RAJ   Document 24   Filed 04/13/11   Page 1 of 50

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                                    Sign In



| "I volunteered to be the guinea pig. I applied for a" | Search |

About 2,370 results (0.36 seconds)                                        Advanced search

**Everything**

Images

Videos

News

Shopping

More

---

**Washington D.C., DC**
Change location

---

Show search tools

### Health-News 13
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Pure Acai
Select. While there are ton's of Acai berry ads online, ...
health-news13.com/ - Cached - Similar

### Acai Berry news 6 reporter Julia Miller loses 25lbs on acai berry diet
To get started, I volunteered to be the guinea pig. I applied for a bottle of the
PureHoodiaSelect. While there are ton's of Acai berry ads online, ...
purchaseacaiberry.net/ - Cached - Similar

### Acai Berry Diet: Miracle or Scam? » Kerry Ruff
Jan 8, 2011 ... To get started, I volunteered to be the guinea pig. I applied for a free trial
of the Burn Rx. While there are many Acai berry ads online, ...
kerryruff.com/acai-berry-diet-miracle-or-scam/Make-money - Cached

### Acai Berry Diet Exposed: Miracle Diet or Scam?
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai Max
Cleanse. While there are ton's of Acai berry ads online, Acai Max ...
www.therockreporter.com/.../442-acai-berry-diet-exposed-miracle-diet-or-scam - Cached

### The Acai Berry Diet Exposed: Miracle Diet or Scam? | Indonesia ...
Feb 22, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Advance Acai. While there are ton's of Acai Berry ads ...
www.indonesiamedia.com/.../the-acai-berry-diet-exposed-miracle-diet-or-scam/ -
Cached - Similar

### Acai Berry, Acai Berry Diet, Colon Cleanse, Buy Acai Berry
To get started, I volunteered to be the guinea pig. I applied for a bottle of the AcaiBerry
Select. While there are ton's of Acai berry ads online, ...
thenychronicle.com/ - Cached - Similar

### Acai Berry Diet Exposed: Miracle Diet or Scam? | Pro-Anorexia.nl ...
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai Slim .
While there are ton's of Acai berry ads online, Acai Slim is ...
www.pro-anorexia.nl/pro.../acai-berry-diet-exposed-miracle-diet-scam/ - Cached

### Acai Berry: Miracle Diet Product or Scam? | Super Fruit News
Jan 1, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Acai Berry Supplement plus a Colon Cleanse. ...
superfruitnews.com/.../fox-news-update-dr-manny-picks-new-super-fruit-for-2009 -
Cached - Similar

### woman born with a pine cone for a clitoris fall down laundry shoot ...
3 posts - 3 authors - Last post: Mar 16, 2010
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai Berry
Optimum. While there are ton's of Acai berry ...
www.thisboardrocks.com › ... › Daily Hits › Rant & Rave - Cached

### Answers.com - Do new guinea people eat people
I volunteered to be the guinea pig. I applied for a free...embarrassing gas after I eat!!
Week Four After the...having volunteered to be the guinea pig. ...
wiki.answers.com › ... › Categories › Miscellaneous › Uncategorized - Cached

**1** 2  3  4  5  6  7  8  9  10        **Next**

| "I volunteered to be the guinea pig. I applied for a" | Search |

View customizations      Search Help      Give us feedback

Google Home      Advertising Programs      Business Solutions      Privacy      About Google

"I volunteered to be the guinea pig. I applied for a" - Google Search    Page 2 of 50    Page 1 of 1

Case 2:11-cv-00690-RAJ    Document 24    Filed 04/13/11    Page 2 of 50

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾                                        Sign in



"I volunteered to be the guinea pig. I applied for a"        Search

Page 2 of about 2,370 results (0.04 seconds)                                Advanced search

**Everything**

**Images**

**Videos**

**News**

**Shopping**

**More**

Washington D.C., DC
Change location

Show search tools

**Get Fit After the Holidays | thegoodnewsplus.com**
Jan 6, 2011 ... To get started, I volunteered to be the guinea pig. I applied for a sample
blend of the South Beach Java ...
thegoodnewsplus.com/content/get-fit-after-holidays - Cached

**I think I might give this a try... - cafemom**
11 posts - 9 authors - Last post: Jan 12
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai
Advanced Pure. While there are ton's of Acai berry ...
www.cafemom.com/group/266/...i_think_I_might_give_this_a_try - Cached

**ACAI BERRY DIET EXPOSED: MIRACLE OR SCAM? | SHOAH**
Dec 6, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Super Acai. While there are ton's of Acai berry ads online ...
www.shoah.org.uk/2010/.../acai-berry-diet-exposed-miracle-or-scam/ - Cached

**New South Beach Coffee Diet: finally a miracle diet? - World Class ...**
1 post - 1 author - Last post: Dec 16, 2010
To get started, I volunteered to be the guinea pig. I applied for a free trial of South Beach
Java. While there are many diet products ...
www.worldclassbodybuilding.com › ... › Nutrition › Nutrition Articles - Cached

**The Daily News Report: Consumer Health Digest**
Aug 30, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Acai Max Cleanse. While there are tons of acai ...
freeworldreport.com/acai/ - Cached

**ACAI BERRY...Fact or Scam: SPECIAL REPORT ABOUT ACAI BERRY
DIET**
Sep 25, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Acai Reduce. While there are ton's of Acai berry ads ...
acaiberrydietresults.blogspot.com/.../special-report-about-acai-berry-diet.html - Cached

**Acai Berry Antioxidant Diet Exposed: Miracle Diet or Scam?**
What better way of finding out the truth than to conduct our own study? To get started, I
volunteered to be the guinea pig. I applied for a bottle of the ...
www.acaiantioxidant.co/.../acai-berry-antioxidant-diet-exposed-miracle-diet-or-scam -
Cached

**Acai Berry: Trick to lose Belly Fat Revealed(Do Not Believe ...**
Dec 18, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Acai BurnRX. While there are ton's of Acai berry ads ...
pawality.wordpress.com/.../acai-berry-trick-to-lose-belly-fat-revealeddo-not-believe/ - Cached

**Acai Berry Diet Exposed: Miracle Diet or Scam? » acai berry diet**
Jan 23, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Acai Berry Pure. While there are ton's of Acai berry ads ...
weightlossnow1.com/category/acai-berry-diet/ - Cached

**Thenychronicle**
What better way to find out the truth <br />To get started, I volunteered to be the guinea
pig. I applied for a bottle of the acaiberry Select. ...
www.slideshare.net/smolm/thenychronicle - Cached

Previous        1  **2**  3  4  5  6  7  8  9  10 11        Next

"I volunteered to be the guinea pig. I applied for a"        Search

Search Help        Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

"I volunteered to be the guinea pig. I applied for a" - Google Search    Page 3 of 50    Page 1 of 1

Case 2:11-cv-00650-RAJ   Document 24   Filed 04/13/11   Page 3 of 50

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                                                     Sign in



| "I volunteered to be the guinea pig. I applied for a" | Search |

Page 3 of about 2,370 results (0.07 seconds)                                        Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Washington D.C., DC**
Change location

Show search tools

**Daily Health Updates :: Acai Berry Diet Exposed: Miracle Diet or ...**
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai
Optimum. While there are ton's of Acai berry ads online, Acai Optimum ...
shopfutur.com/index.php?currency=usd&dispatch=products... - Cached

**Health Care Tips**
Feb 24, 2011 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Lean Spa Acai. While there are ton's of Acai berry ads ...
www.7healthcaretips.com/2181-2 - Cached

**Acai Berry Diet Exposed: Miracle Diet or Scam?**
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai
Advanced. While there are ton's of Acai berry ads online, ...
www.news6diets.com/ - Cached

**BREAKING NEWS!!!!! | Facebook**
1 post - 1 author
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai
Optimum. While there are tons of Acai Optimum ads online, ...
www.facebook.com/topic.php?uid=120567834622924&topic... - Cached

**Fake Electronic Cigarettes**
Oct 1, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a starter
kitof the South Beach Smoke . While there are many different ...
www.fakeelectroniccigarettes.com/ - Cached

**Acai Berry Diet Exposed: Miracle Diet or Scam?**
May 25, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Acai Berry Select. While there are tons of acai berry ...
www.health-forums.com/.../acai-berry-diet-exposed-miracle-diet-scam-142866.html - Cached

**Acai Berry Hits NYC**
Sep 1, 2010 ... To get started, I volunteered to be the guinea pig. I applied for a bottle of
the Acai Berry Select . While there are ton's of Acai berry ...
newyorkcitypost.net/ - Cached

**The Acai Berry Miracle - News9Report - Diet Trends: Acai Berry ...**
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai Berry
Optimum. While there are ton's of Acai berry ads online, ...
buildmyonlinebusiness.com/ - Cached

**Give me examples of plagiarism. | Answerbag**
To get started, I volunteered to be the guinea pig. I applied for a bottle of the TriOxy Acai.
While there are ton's of Acai berry ads online, ...
www.answerbag.com/q_view/2052121 - Cached

**The Anti-Aging Secret That's Sweeping the Nation | Trendy Moms**
To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai Berry
Select. While there are ton's of Acai berry ads online, ...
www.trendy-moms.com/the-anti-aging-secret-thats-sweeping-the-nation/ - Cached

Previous        1  2  **3**  4  5  6  7  8  9  10 11 12        Next

| "I volunteered to be the guinea pig. I applied for a" | Search |

Search Help      Give us feedback

Google Home      Advertising Programs      Business Solutions      Privacy      About Google

TRO Exh. 1, p. 000156

SUBSCRIBE ›   news | comments | email

**Thursday, 17 Mar, 2011**



# CHANNEL NEWS 9

**Carolyn Thomas**
"New diet allows you to lose weight without losing a ton of money!"

**9 TODAY**

**Robert Johnson**
"Find out how you can lose weight and save money during this recession"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS |

## BREAKING NEWS   *EXCLUSIVE: Massive Weight Loss "Secret" Discovered*

# New "Flat Belly" Diet Exposed: Miracle Diet or Internet Scam?

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

Thursday, 17 Mar, 2011

**» RELATED VIDEOS**

HCG Activator Review

AS SEEN ON:      

 Like   605 people like this.



**Carolyn** investigates a local resident's "perfect diet" discovery.

Hoodia herbs are the latest weight loss fad. This "Super Food" weight loss supplement has been getting a lot of international attention. You might have noticed, it is all over the internet in blogs with success stories of people who have used it and lost a **ton of weight**.

Channel 9 News Today was a bit skeptical whether or not the popular HCG with Colon Cleanse diet actually worked. We decided to put these products to the test. What better way to find out the truth; we conducted our own study!

To get started, I volunteered to be the guinea pig. I applied for a bottle of HCG Activator. While there are tons of HCG ads online, HCG Activator is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose HCG Activator is because it is the most concentrated and purest hoodia products on the market. This would give me the most accurate results for my test.

**Here is what HCG Activator claimed on their website...**

- Up To 4 Times More Weight Loss Than Standard Diets
- Boosts Energy without causing the 'jitters'
- Accelerates Fat Loss
- Boosts the Immune System
- Potent With Amino Acids

We were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining HCG with a special fortified coffee product to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the HCG Activator encourages weight loss and increases energy, the coffee speeds up your metabolism and allows your body to work and burn calories more efficiently. I chose ColoTrim Colon Cleanse to test. Coffee is the most widely consumed beverage in the world, a coffee company called South Beach Java has pioneered a healthier blend of fortified coffee that claims to provide some serious results.

**Here is what ColoTrim Colon Cleanse claimed on their website...**



Carolyn Thomas, our Health and Diet columnist, recently put the HCG diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about - the results were surprising

**She lost 25 lbs in 4 weeks.**

The HCG Diet benefits beat all of our initial skepticism. This diet was discovered to not only provide weight loss, but also boost energy levels. Additionally it helped Carolyn with a better night's sleep which resulted in her waking up more rested.

**Step 1:**

First get the free trial of HCG Activator

**Use our FREE exclusive promo code "HCGNOW" and pay only $2.95 shipping**

**Step 2:**

Then get the free trial of ColoTrim Colon Cleanse

**Use Our FREE Exclusive Promo Code "colosave" and pay only $2.95 on shipping fees!**

**» ADVERTISEMENTS**



GET A BODY YOU'LL LOVE!
BLAST MORE FAT
Lose 10 LBS This Month!
AcaiOptimum WEIGHT LOSS PLAN
CLAIM FREE TRIAL

**» Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan

TRO Exh. 1, p. 000157

- Burns Body Fat
- Curbs Appetite Dramatically
- Speeds Up the Metabolic Process - Therefore Burning More Calories
- Boosts Metabolism by 4x

The ColoTrim Colon Cleanse, like the HCG, had a free trial with a 100% satisfaction guarantee and no hidden offers.

### Putting HCG to the Test

Both the **HCG Activator** and **ColoTrim Colon Cleanse** arrived within 4 days of placing my order.

The bottles I received held a month's worth of product which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout

### 4 Week HCG Diet: HCG Activator + ColoTrim Colon Cleanse

- **Take HCG Activator once per day**
- **Take ColoTrim Colon Cleanse once per day**

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the HCG, which curbs the appetite.

I honestly felt fantastic.

And I didn't even have to change anything about my daily routine. On day 7 I got on the scale - I couldn't believe my eyes! I lost 9 lbs. But I still wasn't convinced. Because as they say: You lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks before going ahead and telling my friends about it. But it sure was looking up! I now weighed over 140 pounds for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 pounds, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I have to admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down 2 full dress sizes, after losing another 6 pounds. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the HCG Activator and ColoTrim Colon Cleanse diet my energy levels don't dip, but remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the HCG Activator and ColoTrim Colon Cleanse diet! Actually everyone at Consumers Digest Weekly is kicking themselves for not having volunteered to be the guinea pig.

**This is key! Using both products is highly recommended for results like Carolyn's.**

Note: Free Trials expiring on March 18, 2011

Network Reviews:



ABC News Calls Hoodia A Superfood! The network reports that many world-class athletes have started using Hoodia herb products as part of their personal training regimen.
- *ABC News*



Studies show that the hoodia herb is one of the most nutritious foods in the world. Hoodia is packed with antioxidants, amino acids and essential fatty acids.
- *MSNBC*



CBS News notes that Hoodia herbs are "rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Hoodia herbs also contain  oleic acid.
- *CBS NEWS*

2010 Diet of the Year!
Already rated #1 product for losing weight in 2010! Click here for details!
www.bestweightloss09.com

Get Bright White Teeth Now!
Get visibly whiter teeth in as little at 90 seconds. Try Free Today!
www.TopTeethWhitener.com

Lose Weight Fast and Easy
Quit struggling with diets that don't work. Click here to lose weight now!
www.WeightlossSecret.com

Keep Your Body Immune
Help regulate your body naturally and stay healthy with Pure Cleanse 3000!
www.naturalyhealthy.com

to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

Using the HCG Activator and ColoTrim Colon Cleanse in week 4 I lost 3 more pounds. But to be honest I really didn't have much more than that left to lose. And I am definitely going to continue taking the HCG Activator afterwards because it has so many antioxidants and vitamins that make my skin look unbelievably soft and young.

**I couldn't be any happier with the results!**

**I Lost 25lbs in 4 Weeks. No Special Diet, No Intense Exercise**

**Conclusion**

Like us, here at News 9, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :)). You have nothing to lose! Follow the links to the free trials we have provided and be assured that you are getting a high quality product that works; no strings attached!

Good Luck with your weight loss.

Carolyn Thomas

**Click Here To Get A Free Trial Of HCG Activator**
Use our **FREE exclusive promo code "HCGNOW"** and pay only **$2.95 shipping**

**Click Here To Get A Free Trial Of ColoTrim Colon Cleanse**
Use Our **FREE Exclusive Promo Code "colosave"** and pay only **$2.95 on shipping** fees

**P.S.** The suppliers told us that they are going to give away the free trials on a first come first serve basis. There are over 15,000 daily readers of Channel News 9. So, please order today if you are serious about losing weight.

Note: Free Trials are expiring on March 18, 2011

**Recommend our story to your friends:**



- Carolyn

## Comments *(7 out of 177)*

Read Responses For: "Ways to Save Money During The Recession" - Carolyn Thomas Report

**Diane says:**                                                Wed, 16 Mar, 2011

My friends and I have all been waiting for the HCG to hit the news. Atleast 5 of us have all done the HCG (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

**Michelle says:**                                             Wed, 16 Mar, 2011

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

**Eve says:**                                                   Wed, 16 Mar, 2011

I've been seeing HCG all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

**Josie says:**                                                 Wed, 16 Mar, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

TRO Exh. 1, p. 000159

**Marie says:**

Wed, 16 Mar, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

**Jessica says:**

Wed, 16 Mar, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 100 pounds before the end of the year.

**Lauren says:**

Wed, 16 Mar, 2011

A friend of mine did the HCG Activator diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

Comments will appear after approval by our editorial team. Thank you.

Name:

City:

Email:

Message:



**Our site has been getting a huge increase in traffic due to being featured on huge national sites - That is why we recommend you get those trials while they still last - You don't want to miss out on the opportunity of having a beautiful body for free, do you? Get your free HCG Activator and ColoTrim Colon Cleanse trials now before they run out of stock!**



**Stay Connected** / **Thursday, March 17, 2011**



Michelle Roberts
"Acai Berry Combo Diet trend uncovers steps to weightloss success"

Tom Osborne
"Acai Berry Combo Diet, is it a scam?"

HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR

## BREAKING NEWS ▶ EXCLUSIVE: Massive Weightloss "Trick" Exposed

### Channel 6 Health Beat Exclusive

👍 Like    f  1,985 people like this.

AS SEEN ON:      



**Michelle**

investigates the Acai combo diet to find out if this miracle diet works.

Acai berries are the latest weight loss fad. These so called Super Foods that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight.

But we here at Channel 6 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai VitaBoost. While there are ton's of Acai berry ads online, Acai VitaBoost is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Acai VitaBoost is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

#### Here is what Acai VitaBoost claimed on their website...

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

We were pretty skeptical, but wanted to find out for ourselves if this product could really do everything that it claimed. Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same.

The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose Colothin to test.

#### Here is what Colothin claimed on their website...

- Helps Eliminate Bad Toxins that have Built Up Over the Years
- Removes 'Sludge' from the Walls of the Colon
- Helps Get Rid of Gas and Bloating
- Helps to Regulate the Metabolism

And the Colothin, like the Acai Berry, had a free trial with a 100% satisfaction



Michelle, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Michelle sleep better and to wakeup more rested.

**Step 1:**

First get Acai VitaBoost

Use our exclusive promo **"weightloss"** and pay only **$2.95!**

**Step 2:**

Then get Colothin

Use our exclusive promo **"news6"** and pay only **$1.95!**

**\*\*This is key. Use both for results like Michelle**

Free trials expire on March 18, 2011

*Weather*

### The Power of Acai

"All about the Healing Powers of the Acai berry. It fully explains why Acai heals us so well with references cited. Not to be missed if you care about your health!".

Acai Berry Diet & Benefits

"Learn about the healthiest food you've never heard of - the acai berry. The benefits of acai berries make this fruit as a superfood. Our taste test proves which is the best tasting juice."

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

guarantee and had no hidden offers.

**Putting Acai to the Test**

Both the Acai VitaBoost and Colothin arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

**My Test**
**4 Week Acai Berry Diet: Acai VitaBoost + Colothin**

- Take one Acai VitaBoost pill per day
- Take one Colothin pill per day

## My Results

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Acai VitaBoost and Colothin diet! Actually everyone at Channel 6 is kicking themselves for not having volunteered to be the guinea pig. Using the Acai VitaBoost and Colothin in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue to use the products indefinitely!

**I couldn't be any happier with the results.**

**I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion**: Like us, here at Channel 6, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included 😊 ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

---

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

## Network Reviews:



ABC News Calls Acai Berry A Superfood! Many world-class athletes have started using Acai berry products as part of their personal training regimen.
- *ABC News*



Studies show that the acai berry is one of the most nutritious foods in the world. Acai is packed with antioxidants, amino acids and essential fatty acids.
- *MSNBC*



CBS News notes that Acai berries are "rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid.
- *CBS NEWS*

TRO Exh. 1, p. 000162

Good luck with your weight loss, - Michelle Roberts

**Click Here To Get A Free Trial Of Acai VitaBoost** Use our exclusive promo code "**lean195**" and pay only **$1.99!**

**Click Here To Get A Free Trial Of Colothin** Use our exclusive promo code "**news6**" and pay only **$1.95!**

**\*\*Must use both for results like Michelle.**

*Free trials expire on March 18, 2011*

Would you like to share a consumer tip for next week? If so, please send us an e-mail!investigates the Acai combo diet to find out if this miracle diet works

## 27 Comments of 115 for

"Channel 6 Health Beat Exclusive"



**Shaun**
*March 16, 2011*

I've seen a lot of Acai berry products on the market – what make this one different and special?

REPLY

**Michelle**
*March 16, 2011*

To answer your question, Acai VitaBoost combines ingredients that influence multiple mechanisms that are crucial for proper weight loss, and is part of an easy to follow fat loss system.

REPLY



**Rachel**
*March 16, 2011*

Hi! Are Acai VitaBoost's ingredients all natural? I always like products that are organic.

REPLY

**Michelle**
*March 16, 2011*

Then this is for you! Acai VitaBoost is an all natural, clinical-strength dietary formulation which contains key ingredients including a highly bio-available hydroxycitric acid and niacin bound chromium which, combined with diet and exercise, it will help you to burn fat and lose weight.

REPLY



**Elena**
*March 16, 2011*

Is Acai VitaBoost available only online? I can't seem to find it in my local pharmacy. Thanks.

REPLY

**Michelle**
*March 16, 2011*

At this time, yes, it's only available online.

REPLY



**Robert**
*March 16, 2011*

I'd like to try this but not sure if it will work for me. Is the free trial for these 2 products still available? Thanks!

REPLY

**Michelle**



*March 16, 2011*

Actually we still have! With our free trial offer, besides the Acai VitaBoost, you will also received a free bonus Acai VitaBoost and a Pedometer. It's a great deal!

REPLY

**Michael**
*March 16, 2011*

I'm new to the whole Acai Berry thing, are there any other benefits besides losing weight?

REPLY

**Michelle**
*March 16, 2011*

Yes there are! As it is called "superfood", it has many benefits, such as lowering cholesterol and blood pressure, protecting against cancer and heart disease.

REPLY

**Sheryl**
*March 16, 2011*

How's the intake of Acai VitaBoost? Do I need to follow a diet plan?

REPLY

**Michelle**
*March 16, 2011*

When you buy it, it will include a health plan to follow that will help guide you.

REPLY

**Cheska**
*March 16, 2011*

Hey there! How long will I see the results and changes when I use Acai VitaBoost?

REPLY

**Michelle**
*March 16, 2011*

Good question. The Acai VitaBoost Formula can show a significant, average weight loss over a 2-month period. The change in weight was proper weight loss in that the subjects lost fat while gaining muscle.

REPLY

**Kevin**
*March 16, 2011*

Is it required to use both products? I was thinking of buying the Acai VitaBoost only.

REPLY

**Michelle**
*March 16, 2011*

It's all up to you. But if you use both products at the same time, it will give you better more sustained results.

REPLY

**Pat**
*March 16, 2011*

Is Colothin safe to use?

REPLY

**Michelle**
*March 16, 2011*

Yes! It 's 100 % safe and includes all beneficial herbal ingredients and natural fibers. So no need to worry.

TRO Exh. 1, p. 000164



**Alex**
*March 16, 2011*

What are the advantages of using Colothin?

REPLY

> **Michelle**
> *March 16, 2011*
>
> There are various advantages: It promotes proper digestion, reduces tiredness, increases energy, minimizes gas, bloating and constipation, reduces frequent tiredness, removes Fatigue, mood swings, decreases skin problems, Hemorrhoids, etc. It also helps to improve liver, heart and kidney health.
>
> REPLY

**Min**
*March 16, 2011*

I definitely want to buy these products, where can I purchase them? And by the way, I'm glad I found your site!

REPLY

> **Michelle**
> *March 16, 2011*
>
> Thanks for liking it! You can easily purchase it from its official website or you can click any of the links above.
>
> REPLY

**Nathan**
*March 16, 2011*

With Colothin, how does it work?

REPLY

> **Michelle**
> *March 16, 2011*
>
> The nutrition is truly a core part of our body growth. Proper absorption of nutrition helps in effective digestion of food products in our body. The product's astonishing formula works by speeding up the body's natural metabolic rate.
>
> REPLY

**nathan**
*March 16, 2011*

Thanks Michelle sounds awesome!

REPLY

**Tess**
*March 16, 2011*

Will it actually help me lose weight? How long will it take effect? Especially Colothin?

REPLY

> **Michelle**
> *March 16, 2011*
>
> Result may vary from one person to another but the end results is effectual. It can drop up to 10-30 pounds of body weight within a month.
>
> REPLY

Name (required)

Mail (will not be published) (required)

TRO Exh. 1, p. 000165

Website

**POST COMMENT**

HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR



TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:

We want you to be satisfied with your purchase, however it is important to realize that we do not manufacture nor fulfill your order. If you have specific product questions you should contact the company responsible for that product.

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs,not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Results may vary. If you are pregnant, nursing, taking other medications, have a serious medical condition, or have a history of heart conditions we suggest consulting with a physician before using any supplement. The information contained in this Website is provided for general informational purposes only. It is not intended as and should not be relied upon as medical advice. The information may not apply to you and before you use any of the information provided in the site, you should contact a qualified medical, dietary, fitness or other appropriate professional. If you utilize any information provided in this site, you do so at your own risk and you specifically waive any right to make any claim against the author and publisher of this Website and materials as the result of the use of such information.

It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine. I UNDERSTAND THIS WEBSITE IS ONLY ILLUSTRATIVE OF WHAT MIGHT BE ACHIEVABLE FROM USING THIS/THESE PRODUCTS, AND THAT THE STORY/COMMENTS DEPICTED ABOVE IS NOT TO BE TAKEN LITERALLY. This page receives compensation for clicks on or purchase of products featured on this site.

*S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically.

*Acai VitaBoost T&C (the following was taken directly from their website): You will have a 14-day trial period (the "Trial Period") to try our Product. The Trial Period will start after you place your order, and will end at 11:59 p.m. Eastern Standard Time on the 14th day. Upon shipment of your trial supply your credit card will be charged shipping and handling charges of $4.95 for your trial bottle. Canceling During Trial Period: If you wish to cancel your order within your Trial Period, simply call our Customer Care Department at 888-839-9990 and inform us that you wish to cancel (or visit www.leanspa.com/page/returns and follow the prompts on the website to cancel), then return your trial bottle (even if it's empty) within 30 days from canceling, by the method set forth in Section 3, below. If you cancel within the Trial Period and return your trial bottle within 30 days after canceling, you will not incur any further charges. If you cancel but do not return the bottle, your credit card will be charged $79.99 for the 30-day supply. You also are responsible for all shipping charges to return the Product to us. The free pedometer included with your trial purchase is yours to keep even if you cancel your enrollment, during the Trial Period or at any other time. >support@reliablecustomersupport.com .

*Colothin T&C (the following was taken directly from their website): Offer Details: By placing your order today you'll be shipped a 30 day supply of Colothin and billed only $4.95 or the discounted price of $1.95 shipping and handling. If you feel Colothin is not for you, cancel within 14 days from today to avoid the purchase fee of $78.98 and enrollment in the Exclusive Colothin auto-shipment program which sends you a 1 month supply every 30 days starting 30 days from delivery of the Trial purchase Your credit card charge will appear as 50F*Colothin.com. To cancel at anytime call 888-239-6720..

Contact Us | About Us | Terms of Service | Privacy Policy | Acai Basics | Colon Cleanse Basics

**SUBSCRIBE** | News | Comments | Email |    Advertorial    **Thursday March 17, 2011**

 Kimberly Sachse *"Acai Berry Diet unlocks real secrets to weight loss success."* NEWS 13    Danny Fields *"Acai Berry Diet Is it a scam or not?"*

| HOME | US | WORLD | WEATHER | HEALTH | POLITIC | SPORTS | ENTERTAINMENT | TECH | TRAVEL | ON AIR |

# Acai Berry Diet Exposed: Miracle Diet or Scam?

Thursday March 17, 2011

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

AS SEEN ON:       



Our Reporter investigates the Acai Berry diet to find out for herself if this super diet works.

Acai berries are the latest weight loss fad. These so called Super Foods that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen: they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight. But we here at Health News 13 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the Pure Acai Select. While there are ton's of Acai berry ads online, Pure Acai Select is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose Pure Acai Select is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

**Here is what Pure Acai Select claimed on their website…**
• 4 Times More Weight Loss Than Diet And Exercise
• Boosts Energy
• Rich in Antioxidants
• Promotes Cardiovascular and Digestive Health

Were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose ColoThin to test.

• Helps Eliminate Bad Toxins that have Built Up Over the Years
• Removes 'Sludge' from the Walls of the Colon
• Helps Get Rid of Gas and Bloating
• Helps to Regulate the Metabolism

And the ColoThin, like the Acai Berry, had a free trial with a 100% satisfaction guarantee and had no hidden offers.



Kimberly Sachse, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Julia sleep better and to wakeup more rested.

**Our trial involved a two-step plan:**

**Step 1—** Pure Acai Select
Use our exclusive promo code "PureAcai" to get $6.95 shipping!

**Step 2—** ColoThin
Use our exclusive promo code "COLOSHIP" to get $4.79 shipping!

Free Trials Expire: Saturday, March 19, 2011

**This is key\*** - The combination is what produced the results we were

**›› WEIGHT LOSS TIPS**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

**›› ACAI BERRY: FOX35 SPECIAL REPORT**

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

The Real Dangers of having a Toxic Colon

**Putting Acai to the Test**

Both the Pure Acai Select and ColoThin arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout

**My Test 4 Week Acai Berry Diet: Pure Acai Select + ColoThin**

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn' t convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the Acai Optimum and Advanced Cleanse diet my energy levels don't dip, but remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Acai Optimum and Advanced Cleanse diet! Actually everyone at Health News 13 is kicking themselves for not having volunteered to be the guinea pig. Using the Acai Optimum and Advanced Cleanse in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. And I am definately going to continue using the Acai Optimum afterwards because it has so many antioxidants and vitamins that makes my skin look unbelievable.

able to see.

Get ADOBE® FLASH® PLAYER

Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.

I couldn't be any happier with the results.
I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense
Exercise

**Conclusion** Like us, here at Health News 13, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

Kimberly Sachse

**Click Here To Get A Free Trial Of Pure Acai Select**
Use our exclusive promo code "PureAcai" and pay just $6.95!

**Click Here To Get A Free Trial Of ColoThin**
Use our exclusive promo code "COLOSHIP" and pay just $4.79!

Free Trials Expire: Saturday, March 19, 2011

Would you like to share a consumer tip for next week? If so, please send us an email!



16 Responses to "Acai Berry Diet Exposed: Miracle Diet or Scam?"

**Elizabeth says:**
Thursday, March 17, 2011



A friend of mine encouraged me to try both products. I order them – without the shipping discount – and have been on them for two weeks now. So far, I'm floored with the results and am looking forward to losing even more weight.

**Tina says:**
Thursday, March 17, 2011



My free trials should be here any day. I am so excited! Thank you for sharing your story.

**Donald says:**
Wednesday, March 16, 2011



My life has been a constant struggle with weight. I am so hoping this provides the solution I've been after. My free trials are on the way and I've started working out, too. My goal is to lose about 50 pounds. I hope it works

**Kimberly says:**
Wednesday, March 16, 2011



I am so glad to hear my story is making a difference! Good luck to everyone who tries this plan.

**Darlene says:**
Wednesday, March 16, 2011

My trials are on the way. I can't wait to see if I get the same results.

**Bruce says:**
Tuesday, March 15, 2011

TRO Exh. 1, p. 000169



I'm so happy to see the acai diet plan finally getting the good press it deserves. My friends and I have tried the diet and all experienced amazing results. This miracle berry is fantastic and really changed our lives for the better. We encourage others to try it and wish them the same success we experienced.

**Michael says:**
Monday, March 14, 2011



Information on this diet is everywhere. I've been dying to try it ever since one of my mother's friends dropped more than 10 pounds in about two weeks. Thanks for convincing me to give it a go!

**susan says:**
Monday, March 14, 2011



Sounds wonderful and I am ready to lose. Please contact me.

**William says:**
Sunday, March 13, 2011



My wife is living proof that this combination truly works. She's been on both for a while and the results have been spectacular. She is looking sensational and feels better than she has in years.

**Angela says:**
Saturday, March 12, 2011



I heard about this trial and am truly intrigued by the results. My wedding is coming up soon, so I'm really excited about trying it myself. Thanks for the information!

**Thomas says:**
Saturday, March 12, 2011



Acai berries are truly fantastic! My friend Maria did the same combination and lost a tremendous amount of weight. I was shocked and decided to do some research on my own. The free trials are especially exciting. My friend spent several hundred dollars and was thrilled with very penny of her investment. Now, I can see the same results for about $10. Thanks for sharing the news!

**Ethan says:**
Saturday, March 12, 2011



I just started reading your site – thanks for writing. I wanted to inform you that it's not displaying correctly on the BlackBerry Browser (I have a Blackberry 9700). Anyway, I am now subscribed to the RSS feed on my PC, so thanks again!

**Acai User says:**
Friday, March 11, 2011



This product does what it says it will. Just like any diet pill you still have to eat healthy and work out! Just stick with it.

**Judy says:**
Thursday, March 10, 2011



I tried the acai and colon cleanse with mixed emotion. I took it for 30 days lost about 15 pounds. I had just started loosing a little more and then run out. I will be ordering more.
thank you
judy

**sammy says:**

TRO Exh. 1, p. 000170

Wednesday, March 9, 2011

I'm gonna go ahead and give this a shot, i have tried so many other things and most do not work. a girlfriend of mine at work used this method and lost a ton of weight and felt great too so thats what made me look. will post back.

**janet says:**

Wednesday, March 9, 2011

Miracle Fruit trees (synsepalum dulcificum) are hard to keep, so tablets are nice I guess.

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

© 2011 All Rights Reserved.

Acai Berry - Select Terms -5.3.4 When you enroll in our membership program ("Program"), we will charge the card you provide the activation fee specified on the order checkout page and send you a trial supply of the product. If you contact customer service to terminate your trial enrollment within seven (7) days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product.If you do not cancel within seven (7) days of the date that you enroll in the Program, we will charge the same card you provided at enrollment the one time membership fee of $87.91 ("Membership Fee"). Then, beginning about thirty (30) days after enrollment in membership program we will send you a fresh monthly shipment of the product and charge your card $87.91 ("Monthly Charge") when each supply ships. You can cancel monthly shipments and avoid further Monthly Charges at any time by contacting customer service at info@PureAcaiSelect any time. To receive a refund you must return the unopened merchandise in its original packaging to our fulfillment center address listed as the return address.Your shipment will leave our facilities expeditiously. Actual delivery time of the parcel will vary by region and we cannot guarantee specific delivery dates.

ColoThin Terms - When you order your 30-day supply of ColoThin capsules, you pay just $4.79 in shipping and processing. You will have 14 days from the order date to try the product and discover why it is the perfect dietary supplement for you. If you like how the ColoThin dietary system helps you meet your weight loss goals, do nothing - you'll be charged the discounted price of $59.95 at the end of this 14-day Introductory Period. If for any reason you decide that ColoThin is not for you, call Customer Care toll free at 1-877-390-4552 any time during your 14 day period to cancel and you will NEVER be billed any additional amount. If you decide to keep the ColoThin capsules, you will receive acceptance in Club ColoThin and will receive a fresh supply of the ColoThin dietary capsules approximately every 30 days at the same low price of $59.95. If you choose to buy any additional products during the purchase process, the charge for such additional products will show as separate charges on your credit card statment. Some of you may be presented with the option to add the Trislim weightloss system to your order of ColoThin. If you do so, you will receive a 30-day supply of that product for the low price of $19.95. For questions call 1-877-390-4552.

SUBSCRIBE  | News | Comments | Email |    Exclusive



### abcNEWS CHANNEL

**Melissa Theuriau**
"LOSE 15 LBS IN 10 DAYS WITHOUT DIET OR EXERCISE?"



**James Field**
"SHOCKING RESULTS FROM OUR ACAI BERRY SPECIAL REPORT"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

# Acai Berry Diet Exposed: Miracle Diet or Scam?

As part of a new series: "Diet Trends: A look at 's Top Diets" we examine consumer tips for dieting during a recession

Thursday, March 17, 2011

FEATURED ON:     



Julie investigates for herself the Acai Berry diet and if it works.

Acai berries are the latest weight loss fad. These "Super Foods" that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen, they are all over the internet in blogs and success stories of people who have used them and lost a **ton of weight**.

But we here at Weekly Health were a little skeptical at whether or not it realy works. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?

To get started, I volunteered to be the guinea pig. I applied for a bottle of the Acai Berry Select and Digest It. While there are many different kinds of acai berry ads, **Acai Berry Select** is the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose **Acai Berry Select** is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

### Here is what Acai Berry Select claimed on their website...

- Accelerates Fat Loss
- 4 Times More Weight Loss Than Diet And Exercise
- Boosts Energy
- Rich in Antioxidants

Most of the success stories talk about combining acai berry with colon cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the **Acai Berry Select** encourages weight loss and increases energy, the colon cleanse helps rid your body of toxins and allows your body to work and burn calories more efficiently. I chose **Digest It** to test.

### Here is what Digest It claimed on their website...

- Eliminates Bad Toxins that have Built Up Over the Years
- Cleanses and Revitalizes body
- Flattens Stomach
- Boosts Metabolism to Burn Calories Fast

Digest It also has a free trial with a 100% satisfaction guarantee and had no hidden offers. Because of this, I had to try!

### Putting Acai to the Test

Both free trials of the the **Acai Berry Select** and **Digest It** arrived

---

**Acai** *In The News*



Julie Ayers, our Health and Diet columnist, recently put the Acai Diet to the test. After four weeks of testing the effects of 's Newest Superfood combined with a Colon Cleanse, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Julia sleep better and to wakeup more rested.

**✳ Step 1:**

First get **Acai Berry Select**

<mark>Use our exclusive promo code "**weightloss**" and **get price reduced** to $3.87!</mark>

**✳ Step 2:**

Then get **Digest It**

<mark>Use our exclusive promo link to **get price reduced** to $1.95!</mark>

*This is key. Use both for results like Julie

Free trials expire on <mark>March 18, 2011</mark>

---

Network Reviews:



ABC News Calls Acai Berry A Superfood! The network reports that many world-class athletes have started using acai berry products as part of their personal training regimen.
- *ABC News*

Studies show that the acai berry is one of the most nutritious foods in the world. Acai is

---

» **RELATED VIDEOS**

**Super foods: How to Balance your Body.**

**Change your approach to living better. Why it is important to learn how to balance your diet**

**The Real Dangers of having a Toxic Colon**

**Special CBS new report on the importance of colon health. Why it's important to remove toxins from your colon.**

» **ADVERTISEMENTS**



LOSE WEIGHT AND FLUSH POUNDS

TRO Exh. 1, p. 000172

within 4 days of having placed my order.

The bottles I received held a month's worth of pills which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

**My Test**

**4 Week Acai Berry Diet: Acai Berry Select + Digest It**

- **Take one Acai Berry Select pill per day**
- **Take one Digest It pill per day**

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the Acai Berry Select and Digest It diet! Actually everyone at Weekly Health is kicking themselves for not having volunteered to be the guinea pig. Using the **Acai Max Cleanse** and **Digest It** in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that left to lose. Given the results and the added health benefits I will continue to use the products indefinitely!

**I couldn't be any happier with the results.**

**I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion**: Like us, here at Weekly Health, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting my own personal study and seeing the effects, I am pleased to see that other people really are finding success with it too . The best part is, you have nothing to lose but the weight! Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings


packed with antioxidants, amino acids and essential fatty acids.
- *MSNBC*


CBS News notes that Acai berries are "rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain  oleic acid.
- *CBS NEWS*

**Lose 3-7 Lbs a Week**
Try Slim9â„¢ Diet Pills & Get Thin Trim Body Fat & Drop Pounds Today!
www.Slim9.com

**Acai Berry Warning**
Looking To Try Acai Berry? Read This Report Report First!
FocusDieting.com

Ads by Google

**100% Pure Acai Fruit Pulp**
Antioxidant Rich Amazon Superfruit. Buy Online Now. Free Shipping!
www.amafruits.com

**7 Acai Berry Diet Truths**
3 Acai Berry Diet Tricks To Avoid! My Wife & I Did Some Research...
aProvenProduct.com/Acai+Berry

Ads by Google



» **Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** Other Canadian diets lack essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.



Before (167 lbs)   After! (129 lbs)

One blogger from claims to have lost 38 pounds in 42 days with the **Acai** + **Colon** combo.

*Weather*



attached!

Good luck with your weight loss,
- Julie Ayers

**Click Here To Get A Free Trial Of Acai Max Cleanse**
Use our exclusive promo code "**weightloss**" and **get price reduced to $3.87!**

**Click Here To Get A Free Trial Of Digest It**
Use our exclusive promo link to **get price reduced** to $1.95!

Free trials expire on March 18, 2011

Would you like to share a consumer tip for next week? If so, please send us an e-mail!



| **Acai Berry** |

# Comments *(10 out of 177)*

**Read Responses For:**   "Diet Trends: A look at 's Top Diets" - Julie Ayers Report

---

**Diane says:**                                                         11:33 AM Wednesday, March 16, 2011

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

---

**Michelle says:**                                                      12:58 PM Wednesday, March 16, 2011

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

---

**Jen says:**                                                           1:54 PM Wednesday, March 16, 2011

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

---

**Stephen says:**                                                       4:24 PM Wednesday, March 16, 2011

I've been seeing acai diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

---

**Julia says:**                                                         5:16 PM Wednesday, March 16, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

---

**Davis says:**                                                         6:05 PM Wednesday, March 16, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $5.00. This is a godsend, thanks so much!!

---

**Damo says:**                                                          7:17 PM Wednesday, March 16, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

---

**Amy says:**                                                           7:38 PM Wednesday, March 16, 2011

Hey Julia, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

---

**James says:**                                                         8:31 PM Wednesday, March 16, 2011

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

TRO Exh. 1, p. 000174

**Wanda says:**                                              9:45 PM Wednesday, March 16, 2011

A friend of mine did the Acai Berry Select diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Post A Comment

Comments will appear after approval by our editorial team. Thank you.

Name:

City:

Email:

Message:

**TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, CBS, U.S. News, FOX, and Consumer Reports which are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. It is important to note that this site and the comments/answers depicted above is to be used as an illustrative example of what some individuals have achieved with this/these products. This website, and any page on the website, is based loosely off a true story, but has been modified in multiple ways including, but not limited to: the story, the photos, and the comments. Thus, this page, and any page on this website, are not to be taken literally or as a non-fiction story. This page, and the results mentioned on this page, although achievable for some, are not to be construed as the results that you may achieve on the same routine.

TRO Exh. 1, p. 000175

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                                    Sign in



| "First, I did a ton of research on the ✕ | Search |

Instant is on ▾

About 59 results (0.41 seconds)                          Advanced search

▶ NEW iPad 16GB WiFi - $14.06
**First, I did a ton of research on the subject to find out**
**which surplus auction site was the most** trustworthy and
ultimately would be best suited for my ...
www.fabulous-40.com/List/index.php?
t202id=92151&t202kw...

Ads

Research On
Search for Research On
Find Research On
www.ask.com

See your ad here »

Everything

Images

Videos

News

Shopping

More

Los Angeles, CA
Change location

Show search tools

Surplus Auctions Exposed: Is 95% Off Retail Price
Possible ...
Oct 3, 2010 ... **First, I did a ton of research on the subject**
**to find out which surplus auction site was the most**
**trustworthy and ultimately would be best ...**
www.geoclickz.com/.../surplus-auctions-exposed-is-95-off-
retail-price- possible - Cached

How to Save Big Bucks when Shopping Online |
Facebook
Mar 8, 2011 ... **First, I did a ton of research on the subject**
**to find out which surplus auction site was the most**
**trustworthy and ultimately would be best ...**
www.facebook.com/note.php?
note_id=10150152044693072... - Cached

Hot Auction News » 2010 » November
Nov 8, 2010 ... **First, I did a ton of research on the subject**
**to find out which surplus auction site was the most**
**trustworthy and ultimately would be best ...**
auctions.trendnewsmedia.com/2010/11 - Cached

Channel 12 - Holiday Shopping
**First, I did a ton of research on the subject to find out**
**which surplus auction site was the most** trustworthy and
ultimately would be best suited for my ...
www.cr8tiv.com/ads/index-hs.php - Australia - Cached

Scam sites masquerading as news (from MSNBC
ad)
18 posts - 9 authors - Last post: Oct 31, 2010
**First, I did a ton of research on the subject to find out**
**which surplus auction site was the most** trustworthy and
ultimately would be best ...
www.fatwallet.com/forums/deal-discussion/1027242/ -
Cached

Consumers Recieve up to 95% Off Retail?
Nov 2, 2010 ... **First, I did a ton of research on the subject**
**to find out which surplus auction site was the most**
trustworthy and ultimately would be best ...
washingtonreviewhub.com/ - Cached

Work From Home Online Jobs
Jan 14, 2011 ... **First, I did a ton of research on the**
**subject to find out which surplus auction site was the**
**most** trustworthy and ultimately would be best ...
yourworkfromhomenews.com/shopping.html - Cached

http://www.google.com/                                                    3/21/2011

Surplus Auctions Exposed: 95% Off Retail
Possible? | Top ...
Feb 13, 2011 ... **First, I did a ton of research on the
subject to find out which surplus auction site was the**
**most** trustworthy and ultimately would be best ...
topgovauctions.com/surplus-auctions-exposed-95-off-retail-
possible/ - Cached

Wavee | Penny Auction News Online
**First, I did a ton of research on the subject to find out**
**which surplus auction site was the most** trustworthy and
ultimately would be best suited for my ...
pennyauctionnewsonline.com/?page_id=19 - Cached

1  2  3  4  5        **Next**

Search Help      Give us feedback

Google Home      Advertising Programs      Business Solutions      Privacy      About Google

TRO Exh. 1, p. 000177

3/21/2011

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                                    Sign in



"First, I did a ton of research on the   ✕    | Search |      Instant is on ▾

Page 2 of about 59 results (0.13 seconds)          Advanced search

**Everything**

Images

Videos

News

Shopping

More

Los Angeles, CA
Change location

Show search tools

▸ DailyHugeDiscounts Today - New Way of Saving
Hundreds on Retail ...
Nov 22, 2010 ... First, I did a ton of research on the
subject to find out which surplus auction site was the
most trustworthy and ultimately would be best ...
dailyhugediscounts.com/v1.php?t202id=5537&c1...c2... -
Cached

Surplus Auctions Exposed: 95% Off Retail
Possible? | vogsoft blog
Oct 26, 2010 ... First, I did a ton of research on the
subject to find out which surplus auction site was the
most trustworthy and ultimately would be best ...
blog.vogsoft.com/.../surplus-auctions-exposed-95-off-retail-
possible/ - Cached

The New ebay? Major Change to the Face of
Online Auctions! Read Here!
First, I did a ton of research on the subject to find out
which surplus auction site was the most trustworthy and
ultimately would be best suited for my ...
www.squidoo.com/yourlocalauctions - Cached

BreakingNews5 Today - New Way of Saving
Hundreds on Retail Products!
First, I did a ton of research on the subject to find out
which surplus auction site was the most trustworthy and
ultimately would be best suited for my ...
toledogazette.com/ - Cached

Channel 6 News Today Exclusive | Channel 6
News Now
Nov 24, 2010 ... First, I did a ton of research on the
subject to find out which surplus auction site was the
most trustworthy and ultimately would be best ...
channel6newsnow.com/?page_id=49 - Cached

Work From Home Online Jobs
First, I did a ton of research on the subject to find out
which surplus auction site was the most trustworthy and
ultimately would be best suited for my ...
www.consumernewsaccess.com/shopping.php - Cached

Channel 9 News - How To Save Money In A
Recession
First, I did a ton of research on the subject to find out
which surplus auction site was the most trustworthy and
ultimately would be best suited for my ...
channel9newsreports.com/ - Cached

Channel 12 - Holiday Shopping
Dec 14, 2010 ... First, I did a ton of research on the
subject to find out which surplus auction site was the
most trustworthy and ultimately would be best ...
news12holidayalert.com/ - Cached

Ads

Education Research
Enhance Student Achievement By
Improving Leadership. Free Reports.
wallacefoundation.org

See your ad here »

TRO Exh. 1, p. 000178

Case 2:11-cv-00630-RAJ   Document 2-4   Filed 04/13/11   Page 26 of 50

http://www.mumaranga.com/ - page2rss
First, I did a ton of research on the subject to find out
which surplus auction site was the most trustworthy and
ultimately would be best suited for my ...
page2rss.com/page?url=www.mumaranga.com/ -
Cached - Similar

Channel2 Breaking Story
First, I did a ton of research on the subject to find out
which surplus auction site was the most trustworthy and
ultimately would be best suited for my ...
thechannel2news.com/ - Cached

Previous        1  2  3  4  5        Next

Search Help        Give us feedback

Google Home      Advertising Programs      Business Solutions      Privacy      About Google

TRO Exh. 1, p. 000179

▌ **Stay Connected** / **Monday, March 21, 2011**





**Julia Peats** "High ticket items are being sold up to 95% of retail!"

**Tom Osborne** "Online Auction users all over the nation are saving hundreds of dollars while shopping online"

HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR

▌ **BREAKING NEWS** ▶ **EXCLUSIVE: Massive Savings "Trick" Discovered**

▌ Channel 6 News Now Exclusive

👍 Recommend    f 19 people recommend this.

AS SEEN ON:       



**Julia** investigates new shopping trends on the internet.

Surplus auction websites are a brand new phenomenon that is spreading fast through North America and Europe. These websites are all over the internet in blogs touting success stories of people who have apparently bought expensive items at deep discounts for extremely cheap prices. Like the name implies, BidMacs actually allow individuals to do just what it implies, win popular high-end products for just pennies. Most of these sites auction off products such as iPads, Macbooks, Digital Cameras, HDTVs, Gaming consoles and more at deep discounts.

Sounds too good to be true? We at Channel 6 News were a bit skeptical about these surplus auction sites were real, so we decided to put them to the test and really find out what kind of bargains can be found. What better way to uncover the truth than to conduct our own study?

I wanted to **buy a new HDTV**, so I was put in charge of the test.

First, I did a ton of research on the subject to find out which surplus auction site was the most trustworthy and ultimately would be best suited for my test. After hours and hours of research I came to the conclusion that BidMacs was best because of its wide variety of products and great reputation. The way these auction sites supposedly work is that you buy bids to bid against others in auctions. If you win, you get to purchase the item at deep discounts. It sure beat clipping coupons!

BidMacs **had a new promotion**, for a limited time, they are giving out 100 bonus bid coupons on signup! This created an ideal situation for me, giving me the bids necessary to thoroughly test the site. This promotion is to help spread the word about shopping with BidMacs and show people how many deals can be had with surplus auctions.

### Wondering How BidMacs Can Provide Such Deals?

BidMacs gets their items for less than wholesale from warehouse closeouts, surplus auctions, and liquidation clearance auctions. This is how they can offer such deep discounts in comparison to retail outlets.

### What Do They Put Up For Auction?

I've seen everything from cars to phones, computers, laptops, TVs, cameras, stereo equipment and **pretty much anything you can think of.**



*Jason67 Won a $499 iPad*
*On BidMacs Auctions for $14.06!*

Hot Deals and Shopping Trends writer Julie recently put BidMacs Auctions to the test and the results were very surprising.

**He Saved $485 Off Retail!**

BidMacs Auctions beat all of our initial skepticism. People now can really get 95% off retail prices, which is quite amazing to say the least.

**Step 1:**

Click here to go to BidMacs Auctions and sign up to get your bids using the promo below. BidMacs Auctions has agreed to keep the promo active a little longer for our readers. Get it while you can!

Register for **BidMacs Auctions**
Use this **exclusive link** and get discount packages!

Promo expires on March 21, 2011

**Step 2:**

Search the auctions until you find one that appeals to you.

**Step 3:**

Start placing your bids.

**Step 4:**

When you win the auction, you'll be taken to the checkout where you can buy your product at a deep discount.

Feb 18-25th 2008: Worldwide **Ebay Strike**

"Consumers protest. Users stunned by poor experiences and fee increases on eBay.".
Ebay: The Worlds Biggest ONLINE Crime Ring

"With hundreds of bloggs, videos, websites and other forms of media popping up all over the internet filled with page after page of horror stories from ebay victims, How can Ebay Continue."



"The auctions are fun and challenging while offering the possibility of a killer deal!"



"Meet Gary Fowler - an energy consultant who works from home... won $39,000 worth of retail on these sites, having spent $18,000 to get it..."



*Weather*

"Successful bidders can win anything from a television to a car or a cash sum, for a fraction of it's real cost."

**AMAZING DEALS DAILY**


$26.32


$34.06


$9.78

**BID NOW**

## Putting BidMacs to the Test

After going through a simple registration process on [BidMacs](#), I got my bids and began to try and win items listed up for auction. Before registering, I was still a little confused about the whole process - but after registering everything became clear.

I began to bid on the item I was after, a 42" Panasonic LCD TV. Surprisingly, I won after a very short period of bidding. **It cost me only $67.50 total for a $899 HDTV for a savings of $831.50!**

To make sure this wasn't a fluke, I decided to try again to see I could get even bigger savings on another item - again, to my surprise I won yet again - this time the savings were bigger! **I ended up spending $163 for a $1,199 MacBook Pro.** I was extremely impressed to say the least. I don't think stores can touch these deals!

After I won the products and paid for them - I received the items in only a few days through normal shipping. Within a short period I had my items in hand. I've never gotten such a bargain. Simply amazing.

**My Full Experience With BidMacs***

**Week One**

Research on the surplus auction system and how it works, and how you could legitimately get 95% off retail prices. You buy bids to bid against others in auctions. If you win, you get to purchase the item at a deep discount. I saw there were many users who won multiple auctions and knew that with the right strategy that could be me.

**Week Two**

After finding that BidMacs was the most legitimate surplus auction site around, I registered with the promo code and claim my 100 bonus bid coupons. I messed up on my first try, and didn't win the auction, but it didn't cost me much, so I continued to try to really find out if this system works. I developed my system. I started to look for an auction that didn't have a lot of bidders. Typically these were the auctions taking place between 2am-5am EST.

**Week Three**

After some trial and error, I was able to win my first auction. After that, I decided I'd try again and see if it was possible to win more than once consecutively. This actually happened, and I won my second auction - once again at a deep discount. After this, my bids were mostly spent, however I was VERY EXCITED to see my cheap items being shipped!

**Week Four**

I received my items, and they were in mint condition on delivery. Packaging was very good. I will never use a regular auction site again! I still can't believe I got such deals at such an incredible discount!

**I couldn't be any more pleased with the results**

## Consumer Reviews:



**Jenny McAdams**: "I received my brand new iPad about 5 days after winning. I never knew this could be so much fun. Thanks **BidMacs**!"



**Bobby Torres**: " At first I was skeptical about if I could win an auction, but after getting down my groove and bidding strategy, I won a playstation 3! I'll be coming back!"



**Jonathan Ellis**: "I just opened my MacBook Pro. BidMacs ROCKS! I can't wait to win more items! I'm telling all my friends about your site.

## A Step-By-Step Guide To BidMacs

Now that you know BidMacs can offer real savings, you may be wondering how exactly it all works. Don't worry – we'll tell you everything you need to know! Here is our step-by-step guide to get you started:

### Step 1:

Register as a user at BidMacs and get your bids. **UPDATE: Use this exclusive link** and **and get discount packages!**
Promo expires on March 21, 2011

### Step 2:

Search the auctions until you find an item that appeals to you.

### Step 3:

Start placing your bids.

### Step 4:

When you win the auction, you'll be taken to the checkout where you can buy your item at a deep discount! It's really that easy!

### Conclusion

Overall, I had a very positive experience with BidMacs, which was very surprising to me. What once seemed impossible has now turned into a reality, a possibility to get discounts 95% off retail!

P.S. BidMacs has agreed to keep the promo active for our readers for a short while longer. Get in on it while you can!

**» Start Here BidMacs: Official Site**

 **COMMENTS**

## 46 Comments for
"Channel 6 News Now Exclusive"

---

**Terry**
*November 19, 2010 - 5:23 pm*



will the items be brand new? or is it refurbished or open box items sold in the auction? Also, what is the return policy if the item is defective? Can it be returned to the manufacturer or back to the auction site?

[REPLY]

> **Julia**
> *November 19, 2010 - 5:26 pm*
>
> 
>
> All products are brand new and are unopened. However, if you do get a defective item, simply let us know upon receiving the package and we'll figure out a solution to the issue. You will typically either get a new product in its place, or will get your money back. Thanks!
>
> [REPLY]

---

**Steve**
*November 19, 2010 - 5:34 pm*



How do I know when an auction ends? Does the timer get reset back to 10 seconds as people continue to bid, then suddenly the auction is over and the item is SOLD even though people are still bidding? So at what point does the auction end?

[REPLY]

> **Julia**
> *November 19, 2010 - 5:38 pm*
>
> 
>
> Hey Steve to answer your question, the timer is reset each time a person bids, so an auction ends when no one else bids. If you are the last bidder, you win. It never ends when people are still bidding. So we want everyone to have a fair shot at winning the product. Thanks for the question!

TRO Exh. 1, p. 000182

REPLY



**Marvin**
*November 19, 2010 - 5:40 pm*

That was confusing for me too. I just registered and now bidding on a 40" toshiba as we speak!

REPLY

**Julia**
*November 21, 2010 - 11:37 pm*

Hey Marman – can you explain what was confusing to you? The biggest thing you need to know is that the timer is reset each time a person bids, so an auction ends when no one else bids. Let us know if that doesnt make sense. Thanks!

REPLY

**Mindy**
*December 9, 2010 - 11:18 pm*

So the bid ends when no one else bids for how long? I bid on something and the timer keeps resetting back to 18 seconds even though no one else has bid for the last 10 minutes.

REPLY



**Scott**
*November 19, 2010 - 5:43 pm*

so if i bid do my bid amount get deducted or added onto the price of the item? I wann know if I win an auction, what do I owe you guys?

REPLY

**Julia**
*November 19, 2010 - 5:45 pm*

when you win the auction, you owe the ending price and shipping of that product. Remember that you purchase the right to bid on any auction up front, before you even start the auction process. Watch your costs, keep track of how many bids you make and then that is your total cost. Hope that answers your question. thanks!

REPLY



**Jason**
*November 19, 2010 - 9:44 pm*

So how do I start bidding?

REPLY

**Julia**
*November 19, 2010 - 9:47 pm*

First you enter your contact information and get a username, password and agree to the Terms & Conditions and Privacy Policy. You can then purchase bids using your credit or debit card. Bear in mind, we offer a full refund for all non-used purchased bids. The you simply select a "Product Auction" you want to bid on and place a bid. Its just that simple!

REPLY



**Francis**
*November 19, 2010 - 9:49 pm*

Sound good, but what happens to my bids if I don't win an auction?

REPLY

**Julia**
*November 19, 2010 - 9:54 pm*

Its pretty simple – any bids that are placed during an auction are considered "used" and won't be returned to your account, whether you win the auction or not. At this point these bids become non-refundable. But keep bidding, you're bound to get a great deal.

REPLY

TRO Exh. 1, p. 000183

**Francis**
*November 19, 2010 - 9:52 pm*



Also, sorry for the stupid question, but Im new to this, but it mentions purchase bids, how does that work?

REPLY

**Julia**
*November 19, 2010 - 9:57 pm*



No problem, Francis, lots of people are new to this as well. Here's how it works: some Bid Packs come with free Bonus Bids. You can only use your Bonus Bids AFTER you've used up all Purchased Bids. BidMacs Auctions offers a Full Refund for all your unexpired Purchased Bids. Hope that answers your question?

REPLY

**Michael**
*November 21, 2010 - 12:01 am*



I tried to join and placed in the above promo code, but it said not valid code. then i can't do anything b/c each thing i click on any link a window pops up and says "Internet Explorer can not open the site http://www.BidMacs.com, Operation aborted." Any ideas?

REPLY

**Julia**
*November 21, 2010 - 12:44 am*



Hey Michael sorry about that, try "extreme" as your promotion code. That should work. Thanks for your patience. Please let me know if you have any issues.

REPLY

**Engel**
*November 21, 2010 - 5:35 pm*



In what incriments can I buy bids?

REPLY

**Julia**
*November 21, 2010 - 5:47 pm*



Engel you buy Bid Packs in varying increments so you can choose one rhat you are most comfortable with. Some come with FREE Bonus Bids too. You can use your FREE Bonus Bids after you deplete all your Purchased Bids. BidMacs Auctions offers a Full Refund for all unexpired Purchased Bids. If you purchased a Bid Pack that comes with FREE Bonus Bids, you will not recieve a monetary refund for FREE Bonus Bids. Let us know if yiu have any other questions.

REPLY

**Sarah**
*November 25, 2010 - 8:08 pm*



I tried the code extreme and it did not work for me either. Any other suggestions? Thanks

REPLY

**Julia**
*November 26, 2010 - 2:50 am*



Sarah – the coupon code expired as it was only for a very short time. We will post new codes tomorrow once we get them. Thanks!

REPLY

**Julia**
*November 26, 2010 - 9:55 pm*



Hey Sarah – this just in – use the promo code "gobble" and get 25 free bids. Hope that helps!

REPLY

**sam**
*November 29, 2010 - 12:55 am*



Julia,

TRO Exh. 1, p. 000184

tried to make an account b ut the code "gobble" is not a good code. Are you still offering this promo?

Sam

**REPLY**

**Julia**
*November 29, 2010 - 1:14 am*

Hey Sam – sorry, BidMacs Auctions changes the codes frequently and they just took that one down, if you use our link above, BidMacs Auctions will give you discounted packages, though. Good luck!

**REPLY**

---

**Sharon** 
*November 26, 2010 - 9:58 pm*

Im another newbie, how does the purchasing of bids all work? Can I get them back if I dont use them? thanks, great informational website, btw 

**REPLY**

**Julia**
*November 26, 2010 - 10:03 pm*

Thanks Sharon, our goal is help you make an informed decision here and get some killer deals in the process – so glad you like it!

Bids cost just $0.60 each. They are available for purchase in bid packs ranging from 30 to 2000 bids. so you can start for as little as $18!

Also, many bid packs offer bonus bids, which makes the price per bid less than $0.60 in those cases. Now, you can ONLY use your FREE Bonus Bids AFTER you have depleted all Purchased Bids. BidMacs Auctions offers a Full Refund for all unexpired Purchased Bids too. If you purchased a Bid Pack that comes with FREE Bonus Bids, you won't recieve a monetary refund for FREE Bonus Bids. Bids that are won in an online auction are nonrefundable and never expire. Good luck in your bidding!

**REPLY**

---

**David** 
*November 27, 2010 - 1:26 am*

Is the shipping and handling very expensive?

**REPLY**

**Julia**
*November 27, 2010 - 4:16 am*

Good question David – shipping fees are detailed on every auctions page. Shipping fees are largely dependent on the size of the item you win – (an ipod costs less to ship than a 50" plasma!) Unless otherwise stated you are responsible for the shipping fee for each product you win. As far as delivery goes, in most cases you can expect delivery between 7 and 14 business days from the date you complete the auction. Hope you win!

**REPLY**

---

**Brendan** 
*November 27, 2010 - 6:35 pm*

Hey I won a macbook pro last night for $87, this really does work! Can I get it sooner than a week?

**REPLY**

**Julia**
*November 27, 2010 - 6:38 pm*

That is great new Brendan! BTW, the MacBook Pro totally rocks. Your best bet is to contact BidMacs Auctions directly to see if you can get it sooner. BidMacs Auctions ships very frequently so you may get it in less than a week with the standard shipping anyway. Thanks!

**REPLY**

TRO Exh. 1, p. 000185

**Geri**
*November 28, 2010 - 9:42 pm*



Hey I just bought a bid pack from BidMacs Auctions, what happens to my bids if I DONT win an auction, can I reuse them?

REPLY

> **Julia**
> *November 28, 2010 - 9:45 pm*
>
> 
>
> Hey Geri that's awesome – you cant win anythnig unless you bid so you took the first step, which is great! Now any bids placed during an auction are considered "used" and won't be returned to your account, whether you win the auction or not. At this point these bids become non-refundable. You can always buy more bids of course at that point. Hope you get some cool stuff!
>
> REPLY

**christine**
*November 29, 2010 - 3:17 am*



when I try to register, it keeps saying my email address is invalis!

REPLY

> **Julia**
> *November 29, 2010 - 3:40 am*
>
> 
>
> Hey Christine – I noticed the email address you left for me was invalid, just double check it – or use another email address. Hope you win some great items!
>
> REPLY

**Thom**
*December 3, 2010 - 4:18 pm*



where can i look at my bid activity? is there a special link?

REPLY

> **Julia**
> *December 3, 2010 - 4:19 pm*
>
> 
>
> Hey Thom – your auction activity can be viewed in your activity monitor. To get to your activity monitor login to your account. Then hit "My Account" in the main navigation. In the side navigation labeled "Account Nav" on the "My Account" page under the sub label "My Activity Monitor" you will see a link called "My Bid History". This is where you can review your auction activity. Good luck!
>
> REPLY

**Jan Draheim**
*December 3, 2010 - 11:54 pm*



Why isn't this available in Minnesota?

REPLY

> **Julia**
> *December 4, 2010 - 2:21 am*
>
> 
>
> Hey Jan – we're not sure why – but the state of Minnesota has banned residents from penny auction sites. Our guess is they apparently feel auction online ate akin to gambling – which they are not according to the Federal government. BidMacs Auctions and all other penny sites are 100% legal in the U.S. and all other countries. Thanks for the comment.
>
> REPLY

**Jammy**
*December 7, 2010 - 9:03 pm*



When you regester, where do you choose what bid package you want? Do you choose that before or after it ask for your credit card info.?

REPLY

> **Julia**
> *December 7, 2010 - 9:36 pm*

TRO Exh. 1, p. 000186

Hey Jammy – you pick your bid pack before you enter your credit card info. This is the page you are directed to after you register, pick your username, password and all that. You can choose a bidpack for as low as $18 or as high as $999 – it all depends on your budget. The larger your bid pack you choose, however, the more bonus bids you get and the lower your price per bid. Hope that helps. Good luck bidding!

REPLY

**Alex**
*December 14, 2010 - 11:38 am*



I won an ipad for 43 bucks which is just insane!!!!

REPLY

**Julia**
*December 14, 2010 - 11:39 am*

Alex that is awesome! Congrats!

REPLY

**Fran**
*December 14, 2010 - 11:48 am*

What tips do you have or bidding strategies that work?

REPLY

**Julia**
*December 14, 2010 - 11:52 am*



We recommend to first take a few minutes to fully understand penny auctions, and watch a couple auctions as they are ending. Next, instead of bidding on many different auctions, pick out something you really want and focus on that one item. If you're just starting out (and alot of people are too) try to win a smaller item right away. These are usually less competitive and can be had for much cheaper. And lastly, stock up on bids. It's usually people who are focusing and bidding on a single item that win it. Also, make sure you don't lose track of how much you're bidding and how much you bid.

The best part is that because of the "Buy It Now" feature, you can never pay more than the full price for an item on BidMacs, and you may get it for much much less. Good luck!!!!

REPLY

**Todd**
*December 14, 2010 - 11:55 am*



After you win, how long does it take to ship? Will it get here by Christmas?

REPLY

**Julia**
*December 14, 2010 - 11:57 am*

Hey Todd – I know a lot of people have the same question so glad you asked. Good news! Yes it will come by Christmas. BidMac ships items as quickly as possible – within 3 business days. In most cases you should receive your item within 5 to 7 days.

REPLY



Name (required)

Mail (will not be published) (required)

Website

TRO Exh. 1, p. 000187

**POST COMMENT**

HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR



TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:
* We are not affiliated in any way with CNN, WebTV, News Channel 6, ABC, NBC, MSNBC, CBS, U.S. News or FOX. WebTV, News Channel 6, ABC, NBC, MSNBC, CBS, U.S. News and FOX are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.
* THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE.
* THE STORY DEPICTED ON THIS SITE AND THE PERSON DEPICTED IN THE STORY ARE NOT REAL. RATHER THIS STORY IS BASED ON THE RESULTS THAT SOME PEOPLE WHO HAVE USED THESE PRODUCTS HAVE ACHIEVED. THE RESULTS PORTRAYED IN THE STORY AND IN THE COMMENTS ARE ILLUSTRATIVE AND MAY NOT BE THE RESULTS THAT YOU ACHIEVE WITH THESE PRODUCTS. THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE.

Contact Us | About Us | Terms of Service | Privacy Policy | Basics | Strategies

HOME    ABOUT    TOP STORY    PENNY AUCTION BASICS    PENNY AUCTION STRATEGIES

 RSS FEED


# Penny Auction News Online

Updated at 11:39 AM ET

74° Fair
HOME    No categories


**Home delivery**
Introductory offer:
50% off home delivery.

## Wavee

Like    Be the first of your friends to like this.

AS SEEN ON:     


**Sarah** investigates new shopping trends on the internet.

Surplus auction websites are a brand new phenomenon that is spreading fast through North America and Europe. These websites are all over the internet in blogs touting success stories of people who have apparently bought expensive items at deep discounts for extremely cheap prices. Like the name implies, *Wavee* actually allow individuals to do just what it implies, win popular high-end products for just pennies. Most of these sites auction off products such as iPads, Macbooks, Digital Cameras, HDTVs, Gaming consoles and more at deep discounts.

Sounds too good to be true? We at Channel 6 News were a bit skeptical about these surplus auction sites were real, so we decided to put them to the test and really find out what kind of bargains can be found. What better way to uncover the truth than to conduct our own study?

I wanted to **buy a new HDTV**, so I was put in charge of the test.

First, I did a ton of research on the subject to find out which surplus auction site was the most trustworthy and ultimately would be best suited for my test. After hours and hours of research I came to the conclusion that *Wavee* was best because of its wide variety of products and great reputation. The way these auction sites supposedly work is that you buy bids to bid against others in auctions. If you win, you get to purchase the item at deep discounts. It sure beat clipping coupons!

*Wavee* **had a new promotion**, for a limited time, they are giving out 100 bonus bid coupons on signup! This created an ideal situation for me, giving me the bids necessary to thoroughly test the site. This promotion is to help spread the word about shopping with *Wavee* and show people how many deals can be had with surplus auctions.

## Wondering How *Wavee* Can Provide Such Deals?

*Wavee* gets their items for less than wholesale from warehouse closeouts, surplus auctions, and liquidation clearance auctions. This is how they can offer such deep discounts in comparison to retail outlets.
## What Do They Put Up For Auction?

I've seen everything from cars to phones, computers, laptops, TVs, cameras, stereo equipment and **pretty much anything you can think of.**


*Jason67 Won a $499 iPad
On Wavee Auction for $14.06!*
Hot Deals and Shopping Trends writer Julia recently put Wavee Auction to the test and the results were very surprising.

**He Saved $485 Off Retail!**

Wavee Auction beat all of our initial skepticism. People now can really get 95% off retail prices, which is quite amazing to say the least.

**Step 1:**

Click here to go to Wavee Auction and sign up to get your bids using the promo below. Wavee Auction has agreed to keep the promo active a little longer for our readers. Get it while you can!

Register for **Wavee Auction**
**UPDATE: Use this exclusive link and get discount packages!**

Promo expires on March 21, 2011

**Step 2:**

Search the auctions until you find one that appeals to you.

**Step 3:**

Start placing your bids.

**Step 4:**

When you win the auction, you'll be taken to the checkout where you can buy your product at a deep discount.

*Weather*

Feb 18-25th 2008: Worldwide **Ebay Strike**

"Consumers protest. Users stunned by poor experiences and fee increases on eBay.".

Ebay : The Worlds Biggest ONLINE Crime Ring

"With hundreds of bloggs, videos, websites and other forms of media popping up all over the internet filled with page after page of horror stories from ebay victims, How can Ebay Continue."

*The New York Times*

"The auctions are fun and challenging while offering the possibility of a killer deal!"



"Meet Gary Fowler - an energy consultant who works from home... won

$39,000 worth of retail on these sites, having spent $18,000 to get it..."



"Successful bidders can win anything froma television to a car or a cash sum, for a fraction of it's real cost."

AMAZING
DEALS
DAILY


$26.32


$34.06


$9.78



# Putting Wavee to the Test

After going through a simple registration process on Wavee, I got my bids and began to try and win items listed up for auction. Before registering, I was still a little confused about the whole process - but after registering everything became clear.

I began to bid on the item I was after, a 42" Panasonic LCD TV. Surprisingly, I won after a very short period of bidding. **It cost me only $67.50 total for a $899 HDTV for a savings of $831.50!**

To make sure this wasn't a fluke, I decided to try again to see I could get even bigger savings on another item - again, to my surprise I won yet again - this time the savings were bigger! **I ended up spending $163 for a $1,199 MacBook Pro.** I was extremely impressed to say the least. I don't think stores can touch these deals!

After I won the products and paid for them - I received the items in only a few days through normal shipping. Within a short period I had my items in hand. I've never gotten such a bargain. Simply amazing.

*My Full Experience With Wavee \**

*Week One*

*Research on the surplus auction system and how it works, and how you could legitimately get 95% off retail prices. You buy bids to bid against others in auctions. If you win, you get to purchase the item at a deep discount. I saw there were many users who won multiple auctions and knew that with the right strategy that could be me.*

*Week Two*

*After finding that Wavee was the most legitimate surplus auction site around, I registered with the promo code and claim my 100 bonus bid coupons. I messed up on my first try, and didn't win the auction, but it didn't cost me much, so I continued to try to really find out if this system works. I developed my system. I started to look for an auction that didn't have a lot of bidders. Typically these were the auctions taking place between 2am-5am EST.*

*Week Three*

*After some trial and error, I was able to win my first auction. After that, I decided I'd try again and see if it was possible to win more than once consecutively. This actually happened, and I won my second auction - once again at a deep discount. After this, my bids were mostly spent, however I was VERY EXCITED to see my cheap*

**Consumer Reviews:**


**Jenny McAdams**: "I received my brand new iPad about 5 days after winning. I never knew this could be so much fun.Thanks **Bids Macs**!"


**Bobby Torres**: " At first I was skeptical about if I could win an auction, but after getting down my groove and bidding strategy, I won a playstation 3! I'll be coming back!"

BID NOW


**Jonathan Ellis**: "I just opened my MacBook Pro. BidMac ROCKS! I can't wait to win more items! I'm telling all my friends about my site.

*items being shipped!*

***Week Four***

*I received my items, and they were in mint condition on delivery. Packaging was very good. I will never use a regular auction site again! I still can't believe I got such deals at such an incredible discount!*

***I couldn't be any more pleased with the results***

## A Step-By-Step Guide To <u>Wavee</u>

Now that you know <u>Wavee</u> can offer real savings, you may be wondering how exactly it all works. Don't worry – we'll tell you everything you need to know! Here is our step-by-step guide to get you started:

## Step 1:

Register as a user at <u>Wavee</u> and get your bids.
**UPDATE: Use this exclusive link** and **get discount packages!**
Promo expires on March 21, 2011

## Step 2:

Search the auctions until you find an item that appeals to you.

## Step 3:

Start placing your bids.

## Step 4:

When you win the auction, you'll be taken to the checkout where you can buy your item at a deep discount! It's really that easy!

## Conclusion

Overall, I had a very positive experience with <u>Wavee</u>, which was very surprising to me. What once seemed impossible has now turned into a reality, a possibility to get discounts 95% off retail! P.S. <u>Wavee</u> has agreed to keep the promo active for our readers for a short while longer. Get in on it while you can!

## ›› Start Here: Wavee Official Site

**TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

* We are not affiliated in any way with CNN, WebTV, News Channel 6, ABC, NBC, MSNBC, CBS, U.S. News or FOX. WebTV, News Channel 6, ABC, NBC, MSNBC, CBS, U.S. News and FOX are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

Copyright © **Penny Auction News Online** -

Powered by **WordPress** | Palm Pre Reviews at Palm Pre Blog. | Thanks to Juicers, Free MMO and Fat burning furnace

Contact Us | About Us | Terms of Service | Privacy Policy

BreakingNews5 Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ    Document 2-4    Filed 04/13/11    Page 39 of 50

SUBSCRIBE | News | Comments | Email                          Advertisement                                          March 21, 2011

# The Toledo Gazette

NEWS ALERTS

This site is not affiliated with any newspaper publication.

**Tim Johnson**
"Saving 95% Off Retail Is Now Possible?"

| HOME | U.S. | WORLD | BUSINESS | POLITICS | ENTERTAINMENT | LEISURE | HEALTH | SCITECH | OPINION | SPORTS | ON AIR |

**BREAKING NEWS:** EXCLUSIVE: Massive Savings "Trick" Discovered

## Surplus Auctions Exposed: 95% Off Retail Possible?

Part Two of the series: 'Ways to Save Online'

### SPECIAL REPORT

**Consumers are saving more on brand-name items. We find out how surplus auctions are changing the way online shopping is done.**



*Paula investigates "surplus" auctions, like Swoopo, to find out if this system really works.*

Surplus auction websites are a new phenomenon that is quickly spreading through North America and Europe (like you have probably already seen). They are all over the internet in blogs and success stories of people who have apparently bought expensive items at very little cost. Here at BreakingNews5 we were very skeptical of whether or not these surplus auction sites were real. We decided to put them to the test. What better way to find the truth than to conduct our own study?

I wanted to buy a **new big screen HDTV**, so I was put in charge of the test.

First, I did a ton of research on the subject to find out which surplus auction site was the most trustworthy and ultimately would be best suited for my test. After hours and hours of research I came to the conclusion that Swoopo was best because of its wide variety of products and great reputation. The way these auction sites supposedly work is that you buy bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. **Swoopo** had a new promotion, for a limited time, they are giving out 50 bonus bids on signup. This created an ideal situation for me, giving me the bids necessary to thoroughly test the site. This promotion is to help spread the word about shopping with Swoopo and show people how much they can save with surplus auctions.

### Wondering How Swoopo Can Provide Such Deals?

Swoopo gets their items from warehouse closeouts, surplus auctions, and liquidation clearance auctions. This is how they can offer such low prices in comparison to retail outlets.

### What Do They Put Up For Auction?

I've seen everything from cars to phones, computers, laptops, TVs, cameras, stereo equipment and **pretty much anything you can think of.** Here are a few examples:

---

### How Does it Work?



*Freda0170 won a $1,495 LCD TV on Swoopo for $43.68!*

Hot Deals and Shopping Trends writer Paula of The BreakingNews5 Report team recently put Swoopo to the test and the results were very surprising.

**She saved over $2,952 Off Retail**

Swoopo beat all of our initial skepticism. People now can really get 95% off retail, which is quite amazing to say the least.

▶ **Step 1:**

Click **this link** to go to Swoopo and sign up to get your bids using the promo below. Swoopo has agreed to keep the promo active a little longer for our readers. Get it while you can!

Use Our Exclusive Promo Code **"BLACKFRIDAY"** to get 25 extra bids when you sign up!
**EXPIRES: March 21, 2011**

▶ **Step 2:**

Search the auctions and place bids.

▶ **Step 3:**

When you win the auction, you'll be taken to the checkout where you can buy your item at a deep discount!

### Consumer Reviews

"I really wanted a netbook

---

**RELATED VIDEOS**

### Police Auctions A Steal?

"it's cheap, it's fast and it's built to last. Are used police cars a steal?"

### eBay Workers Go On Strike

"Consumers protest. Users stunned by poor experiences and fee increases on eBay."

### eBay Too Big to Care?

"eBay users turning away in record numbers. eBay's global growth is plumeting."

**SPONSORED LINKS**

**90% off Apple products?**
A new website is giving eBay a run for its money. Check out the amazing deals.
www.Swoopo.com

**Today only: iPads**

BreakingNews5 Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ   Document 2-4   Filed 04/13/11   Page 40 of 50



## Putting Swoopo to the Test

After going through a simple registration process on Swoopo, I got my bids and began to try and win items listed up for auction. Before registering, I was still a little confused about the whole process - but after registering everything became clear.

I began to bid on the item I was after, a 52" Samsung LED TV. Surprisingly, I won after a very short period of bidding. It cost me only **$82.95 total for an $1499 HDTV!**

To make sure this wasn't a fluke, I decided to try again to see if I could win another item - again, to my surprise I won yet again - this time the savings were bigger! I ended up spending **$163 for a $1,699.00 MacBook Pro**. Very impressive, and I don't think stores can match such deals!

Shipping - after I won the products and paid for them - I received the items within a week. Simply amazing.

My Full Experience With Swoopo*

### Week One

Research on the surplus auction system and how it works, and how you could legitimately get 95% off retail prices. You buys bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. I saw there were many users who won multiple auctions and knew with the right strategy that could be me.

### Week Two

After finding that Swoopo was the most legitimate surplus auction site around, I decided to register with the promo code and claim my 50 bonus bids. I messed up on my first try, and didn't win the auction, but it didn't cost me much, so I continued to try to really find out if this system works.

I developed my system. I started to look for an auction that didn't have a lot of bidders. Typically these were the auctions taking place between 2am-5am EST.

### Week Three

After some trial and error, I was able to win my first auction. After that, I decided I'd try again and see if it was possible to win more than once in a row. This possibility became a reality, and I won my second auction. After this, my bids were mostly spent, however I was VERY EXCITED to see my cheap items being shipped!

### Week Four

I received my items, and they were in mint condition. Packaging was very good. I will never use a regular auction site again! I still can't believe I



but didn't have the money for it. Then my friend told me about Swoopo so I decided to give it a try. Now I'm the proud new owner of a Acer Netbook and it only cost me $18.15. Thanks Swoopo!"
**Chris from FL**



"I'm always shopping around for the best deals on products. I only paid $24.85 for an Apple iPad on Swoopo! Now I do all my online shopping through them since I save so much money. Plus, now I use the money I saved to buy even more stuff! This site is the best!"
**Tim from NJ**



"I was pretty hesitant when I first heard about Swoopo. But then I won my first item, a PS3, two after signing up. When I got the PS3 in the mail a few days later, I was hooked. What an AWESOME site! Thanks!"
**Jeff from NM**



"The customer support at Swoopo is exceptional! They're friendly, very helpful, and quick to respond to any problems that I had with the system. Any site that has great customer service like that is a winner to me!"
**Laurie from TX**



"My wife scored these awesome golf clubs for me through Swoopo.com! I don't know what impressed me more: the fact that she bought me golf clubs or the fact that she only paid $47.30 for them! This is our favorite site now!"
**Brian from CA**

Advertisement

for $18.97
Apple iPads are being auctioned for an incredible 87% right now!
www.Swoopo.com

Canon OS Rebel 92% off
Snag a Canon camera for one penny at Swoopo
www.Swoopo.com

ADVERTISEMENTS





00:00:06
$162.80
one4three

BID NOW



TODAY: iPads for $24.49?
Breaking News: iPads are being auctioned at 95% off retail price! Discover how people are saving...
Learn More



Macbook Pro for $17.34?!
Breaking News: Macbooks are being sold

BreakingNews5 Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ    Document 2-4    Filed 04/13/11    Page 41 of 50

received these items for such a discounted price!

**I couldn't be any happier with the results.**



"I bid 118 times and won this bar of gold for only $67 on Swoopo!"

Fadim S., Austin

Buy a BidPack to start bidding    **BID NOW**



Breaking News: If ads are being auctioned at 95% off retail price! Discover how people are saving...

Learn More

**Mackbook Pro for $17.34?!**

Breaking News: Macbooks are being sold for 95% off retail price! You won't believe what we found... Learn More

**TODAY: 52" TV for $45.93?**

Special Report: New HDTV's being auctioned at an incredible 95% off!

Learn More

## A Step-By-Step Guide To Swoopo

Now that you know Swoopo can offer real savings, you may be wondering how exactly does it work? Don't worry – we'll tell you everything you need to know! Here is our step-by-step guide to get you started:

### Step 1:

Register as a user at Swoopo and get your bids.

Use Our Exclusive Promo Code **"BLACKFRIDAY"** to get 25 extra bids when you sign up!

Promo Code Expires: March 21, 2011

### Step 2:

Search the auctions and place bids.

### Step 3:

When you win the auction, you'll be taken to the checkout where you can pay for your item at a deep discount!

It's really that easy!

## Conclusion

Overall, I had a very positive experience with Swoopo, which was very surprising to me. What once seemed impossible has now turned into a reality, a possibility to get 95% off retail! Everyone at BreakingNews5 now uses Swoopo for all their shopping needs.

P.S. Swoopo has agreed to keep the promo active for our readers for a short while longer. Get in on it while you can!

## >> Start Here: **Swoopo Official Site**

Use Our Exclusive Promo Code **"BLACKFRIDAY"** to get 25 extra bids when you sign up!

**EXPIRES: March 21, 2011**

---

### Read Responses For This Article

*"Surplus Auctions Exposed: 95% Off Retail Possible?"* **(Showing 1 - 15 of 87 Comments)**

By **Casey Hawkins**  *posted 8 hr(s) 53 minutes ago*

Thanks for this report. I will sign up for Swoopo to test it out. The other auction sites are very

BreakingNews5 Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ   Document 2-4   Filed 04/13/11   Page 42 of 50

competitive and they do not have a good variety of products to choose from.

**By Bridget** *posted 8 hr(s) 22 minutes ago*

I have to say, this auction does work. I just signed up and won a ipad for only $13.44! Thanks so much for informing me of this site. Much appreciated. I will keep bidding on auctions and hopefully I'll see a car auction.

**By Alexandra Thurber** *posted 7 hr(s) 1 minutes ago*

This auction site is SO MUCH better than eBay! It's actually more simple and easy to use than eBay. I'm extremely impressed with the interface. The auctions do work and I have won many auctions on Swoopo.. and yes they do have the lowest competition and more products to choose from. Recently I saw an auction for a brand new LV purse that retailed for $2000+, and I won it. It only costed me $100!. It's amazing and I hope readers take advantage of this cheap way to get almost ANYTHING that you desire.

**By Marie** *posted 6 hr(s) 24 minutes ago*

Thanks for the article.. I registered and I'm bidding on a Macbook Pro. Hope I win!

**By James** *posted 6 hr(s) 11 minutes ago*

I just won an auction for a 52 inch Sony 3D TV!. This TV hasn't been out for very long and Swoopo had it! I'm so excited and thanks for sharing this amazing site to us. You guys rock!

**By Ann** *posted 5 hr(s) 1 minutes ago*

will the items I purchase be unused or brand new? are refurbished or open box items allowed to be sold in the auction? Also, what is the return policy if the item is defective? Can it be returned to the manufacturer or back to the auction site?

**By Paula@breakingNews5.com** *posted 4 hr(s) 3 minutes ago*

@Ann - All of Swoopo products are brand new and will not have been opened. If you get a defective item, definitely let them know when you receive your package and they''ll figure out a solution for you. You will typically either get a new product in its place, or you will get your money back.

**By Veronica** *posted 3 hr(s) 46 minutes ago*

So what do I end up paying for my item? If I win an auction, what do I owe?

**By Paula@breakingNews5.com** *posted 3 hr(s) 15 minutes ago*

Hi Veronica, Winning the auction means that you owe the ending price and shipping of that product. You purchase the right to bid on any auction up front, before you even start the auction process.

**By Amy K.** *posted 3 hr(s) 2 minutes ago*

I love this site!!! I won a Macbook, iPod, and even a TV for under 200 bucks! This stuff normally costs over2 grand! Thanks for the help Paula!!!

**By John** *posted 2 hr(s) 25 minutes ago*

I want to comment and say thank you so much for sharing this site to me. I have won my first auction just 5 mins ago and it's a great feeling because I saved so much money. Thank you.

BreakingNews5 Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ   Document 2-4   Filed 04/13/11   Page 43 of 50

**By David** *posted 2 hr(s) 10 minutes ago*

lol I just won a 42 inch Sony tv for only $56.43! This auction site works like it says. Wow I'm gonna call in sick tomorrow and try to find more auctions. Much appreciated for sharing this site to us.

**By Courtney S** *posted 2 hr(s) 10 minutes ago*

I have been a fan of surplus auction sites for a long time and I've won many auctions in the past. I recently signed up to Swoopo and I have to say, it's much better than all the other surplus auction sites out there. You're right the competition is very low and the range of products to select from is beyond any of the auction sites. Right now I'm using my expertise with auction sites to buy cheap and sell for high on ebay. lol. It's a great way to make extra income. Anyways thanks for sharing this site to me. It'll help me a lot more.

**By William** *posted 2 hr(s) 10 minutes ago*

Hello. I signed up to Swoopo and I can't believe they actually have gift cards for the grocery store that I shop at - and the competition is so low because this grocery store is a very small chain! I just stocked up on $1000 worth of gift cards. You helped me saved a ton of money with this report and I gladly thank you for that.

**By Joanne** *posted 2 hr(s) 10 minutes ago*

Thanks for sharing Swoopo. I would rate this one of the top auction sites online so far. It works like you say. Thank you.

## Add Comment

*Comments will appear after approval by our editorial team. Thank you.*

**Name:**

**City:**

**Email:**

**Message:**

BreakingNews5 Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ   Document 2-4   Filed 04/13/11   Page 44 of 50

© 2010 BreakingNews5.com

**TERMS AND CONDITIONS**

**CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

* We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, MSNBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, MSNBC, CBS, U.S. News and FOX are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

* THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE.

* THE STORY DEPICTED ON THIS SITE AND THE PERSON DEPICTED IN THE STORY ARE NOT REAL. RATHER THIS STOTY IS BASED ON THE RESULTS THAT SOME PEOPLE WHO HAVE USED THESE PRODUCTS HAVE ACHIEVED. THE RESULTS PROTRAYED IN THE STORY AND IN THE COMMENTS ARE ILLUSTRATIVE AND MAY NOT BE THE RESULTS THAT YOU ACHIEVE WITH THESE PRODUCTS. THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE.

Swoopo Terms & Conditions
Swoopo is not associated with any of the logos used on the website, however surplus auctions have been featured on all of these newscasts.
® All trademarks on this web site whether registered or not, are the property of their respective owners. Swoopo.com is not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

TRO Exh. 1, p. 000197

DailyHugeDiscounts Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ    Document 2-4    Filed 04/13/11    Page 45 of 50

ADVERTISEMENT

| SUBSCRIBE | News | Comments | Email | | November 22, 2010 |



# BREAKING NEWS 5

This site is not affiliated with any newspaper publication.

**Madison Becker**
"High ticket items and even cars are being auctioned at 90% off retail!"

NEWS 5

**James Field**
"Surplus auction users all over the nation are saving hundreds of dollars while shopping online"

| Home | U.S. | World | Business | Politics | Sports | Travel | Weather | **Tech** | Entertainment |

## BREAKING NEWS: New Way of Savings Hundreds on Retail Products!

# Surplus Auctions Exposed: 95% Off Retail Possible?

Part Two of the series: 'Ways to Save Online'

**SPECIAL REPORT**

**Consumers are saving more on brand-name items. We find out how surplus auctions are changing the way online shopping is done.**



*Paula iinvestigates "surplus" auctions, like BidRivals, to find out if this system really works.*

Surplus auction websites are a new phenomenon that is quickly spreading through North America and Europe (like you have probably already seen). They are all over the internet in blogs and success stories of people who have apparently bought expensive items at very little cost. Here at DailyHugeDiscounts we were very skeptical of whether or not these surplus auction sites were real. We decided to put them to the test. What better way to find the truth than to conduct our own study?

I wanted to buy a **new big screen HDTV**, so I was put in charge of the test.

First, I did a ton of research on the subject to find out which surplus auction site was the most trustworthy and ultimately would be best suited for my test. After hours and hours of research I came to the conclusion that BidRivals was best because of its wide variety of products and great reputation. The way these auction sites supposedly work is that you buy bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. **BidRivals** had a new promotion, for a limited time, they are giving out 10 bonus bids on signup. This created an ideal situation for me, giving me the bids necessary to thoroughly test the site. This promotion is to help spread the word about shopping with BidRivals and show people how much they can save with surplus auctions.

## Wondering How BidRivals Can Provide Such Deals?

BidRivals gets their items from warehouse closeouts, surplus auctions, and liquidation clearance auctions. This is how they can offer such low prices in comparison to retail outlets.

## What Do They Put Up For Auction?

I've seen everything from cars to phones, computers, laptops, TVs, cameras, stereo equipment and **pretty much anything you can think of.** Here are a few examples:

### How Does it Work?



*Freda0170 won a $975 LCD TV on BidRivals for $43.68!*

Hot Deals and Shopping Trends writer Paula of The DailyHugeDiscounts Report team recently put BidRivals to the test and the results were very surprising.

**She saved over $2,952 Off Retail**

BidRivals beat all of our initial skepticism. People now can really get 95% off retail, which is quite amazing to say the least.

**Step 1:**

Click this link to go to BidRivals and sign up to get your bids using the promo below. BidRivals has agreed to keep the promo active a little longer for our readers. Get it while you can!

**Use Our Exclusive Promo "great10" to get 10 extra bids when you sign up!**
**EXPIRES: November 23, 2010**

**Step 2:**

Search the auctions until you find an item that appeals to you.

**Step 3:**

Start placing your bids.

**Step 4:**

When you win the auction, you'll be taken to the checkout where you can buy your item at a deep discount!

## RELATED VIDEOS

### Police Auctions A Steal?

"it's cheap, it's fast and it's built to last. Are used police cars a steal?"

### eBay Workers Go On Strike

"Consumers protest. Users stunned by poor experiences and fee increases on eBay."

### eBay Too Big to Care?

"eBay users turning away in record numbers. eBay's global growth is plumeting."

## SPONSORED LINKS

**90% off Apple products?**
A new website is giving eBay a run for its money. Check out the amazing deals.
www.BidRivals.com

**Today only: iPads**

DailyHugeDiscounts Today - New Way of Saving Hundreds on Retail Products!



for $18.97

Apple iPads are being auctioned for an incredible 87% right now!

www.BidRivals.com

**Canon OS Rebel 92% off**

Snag a Canon camera for one penny at BidRivals

www.BidRivals.com

ADVERTISEMENTS



## Putting BidRivals to the Test

After going through a simple registration process on BidRivals, I got my bids and began to try and win items listed up for auction. Before registering, I was still a little confused about the whole process - but after registering everything became clear.

I began to bid on the item I was after, a 52" Samsung LED TV. Surprisingly, I won after a very short period of bidding. It cost me only **$82.95 total for an $1499 HDTV!**

To make sure this wasn't a fluke, I decided to try again to see if I could win another item - again, to my surprise I won yet again - this time the savings were bigger! I ended up spending **$163 for a $1,699.00 MacBook Pro**. Very impressive, and I don't think stores can match such deals!

Shipping - after I won the products and paid for them - I received the items within a week. Simply amazing.

**My Full Experience With BidRivals***

**Week One**

Research on the surplus auction system and how it works, and how you could legitimately get 95% off retail prices. You buy bids to bid against others in auctions. If you win, you get to purchase the item at a reduced price. I saw there were many users who won multiple auctions and knew with the right strategy that could be me.

**Week Two**

After finding that BidRivals was the most legitimate surplus auction site around, I decided to register with the promo code and claim my 10 bonus bids. I messed up on my first try, and didn't win the auction, but it didn't cost me much, so I continued to try to really find out if this system works.

I developed my system. I started to look for an auction that didn't have a lot of bidders. Typically these were the auctions taking place between 2am-5am EST.

**Week Three**

After some trial and error, I was able to win my first auction. After that, I decided I'd try again and see if it was possible to win more than once in a row. This possibility became a reality, and I won my second auction. After this, my bids were mostly spent, however I was VERY EXCITED to see my cheap items being shipped!

**Week Four**

I received my items, and they were in mint condition. Packaging was very good. I will never use a regular auction site again! I still can't believe I

Consumer Reviews


"I really wanted a netbook but didn't have the money for it. Then my friend told me about BidRivals so I decided to give it a try. Now I'm the proud new owner of a Acer Netbook and it only cost me $18.15. Thanks BidRivals!"
**Chris from FL**


"I'm always shopping around for the best deals on products. I only paid $24.85 for an Apple iPad on BidRivals! Now I do all my online shopping through them since I save so much money. Plus, now I use the money I saved to buy even more stuff! This site is the best!"
**Tim from NJ**


"I was pretty hesitant when I first heard about BidRivals. But then I won my first item, a PS3, two after signing up. When I got the PS3 in the mail a few days later, I was hooked. What an AWESOME site! Thanks!"
**Jeff from NM**


"The customer support at BidRivals is exceptional! They're friendly, very helpful, and quick to respond to any problems that I had with the system. Any site that has great customer service like that is a winner to me!"
**Laurie from TX**


"My wife scored these awesome golf clubs for me through BidRivals.com! I don't know what impressed me more: the fact that she bought me golf clubs or the fact that she only paid $47.30 for them! This is our favorite site now!"
**Brian from CA**

DailyHugeDiscounts Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ    Document 2-4    Filed 04/13/11    Page 47 of 50

received these items for such a discounted price!

**I couldn't be any happier with the results.**

## A Step-By-Step Guide To BidRivals

Now that you know BidRivals can offer real savings, you may be wondering how exactly does it work? Don't worry — we'll tell you everything you need to know! Here is our step-by-step guide to get you started:

## Step 1:

Register as a user at BidRivals and get your bids.

**Use Our Exclusive Promo "great10" to get 10 extra bids when you sign up!**

**Promo Code Expires: November 23, 2010**

## Step 2:

Search the auctions until you find an item that appeals to you.

## Step 3:

Start placing your bids.

## Step 4:

When you win the auction, you'll be taken to the checkout where you can pay for your item at a deep discount!

It's really that easy!

## Conclusion

Overall, I had a very positive experience with BidRivals, which was very surprising to me. What once seemed impossible has now turned into a reality, a possibility to get 95% off retail! Everyone at DailyHugeDiscounts now uses BidRivals for all their shopping needs.

P.S. BidRivals has agreed to keep the promo active for our readers for a short while longer. Get in on it while you can!

## >> Start Here: **BidRivals Official Site**

**Use Our Exclusive Promo "great10" to get 10 extra bids when you sign up!** **EXPIRES: November 23, 2010**

### Read Responses For This Article

*"Surplus Auctions Exposed: 95% Off Retail Possible?"* (Showing 1 - 15 of 87 Comments)

By **Casey Hawkins** *posted 8 hr(s) 53 minutes ago*

Thanks for this report. I will sign up for BidRivals to test it out. The other auction sites are very competitive and they do not have a good variety of products to choose from.

By **Bridget** *posted 8 hr(s) 22 minutes ago*

I have to say, this auction does work. I just signed up and won a ipad for only $13.44! Thanks so

TRO Exh. 1, p. 000200

DailyHugeDiscounts Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ   Document 2-4   Filed 04/13/11   Page 48 of 50

much for informing me of this site. Much appreciated. I will keep bidding on auctions and hopefully I'll see a car auction.

By **Alexandra Thurber** *posted 7 hr(s) 1 minutes ago*

 This auction site is SO MUCH better than eBay! It's actually more simple and easy to use than eBay. I'm extremely impressed with the interface. The auctions do work and I have won many auctions on BidRivals.. and yes they do have the lowest competition and more products to choose from. Recently I saw an auction for a brand new LV purse that retailed for $2000+, and I won it. It only costed me $100!. It's amazing and I hope readers take advantage of this cheap way to get almost ANYTHING that you desire.

By **Marie** *posted 6 hr(s) 24 minutes ago*

 Thanks for the article.. I registered and I'm bidding on a Macbook Pro. Hope I win!

By **James** *posted 6 hr(s) 11 minutes ago*

 I just won an auction for a 52 inch Sony 3D TV!. This TV hasn't been out for very long and BidRivals had it! I'm so excited and thanks for sharing this amazing site to us. You guys rock!

By **Ann** *posted 5 hr(s) 1 minutes ago*

 will the items I purchase be unused or brand new? are refurbished or open box items allowed to be sold in the auction? Also, what is the return policy if the item is defective? Can it be returned to the manufacturer or back to the auction site?

By **Paula@DailyHugeDiscounts.com** *posted 4 hr(s) 3 minutes ago*

 @Ann - All of BidRivals products are brand new and will not have been opened. If you get a defective item, definitely let them know when you receive your package and they'll figure out a solution for you. You will typically either get a new product in its place, or you will get your money back.

By **Veronica** *posted 3 hr(s) 46 minutes ago*

 So what do I end up paying for my item? If I win an auction, what do I owe?

By **Paula@DailyHugeDiscounts.com** *posted 3 hr(s) 15 minutes ago*

 Hi Veronica, Winning the auction means that you owe the ending price and shipping of that product. You purchase the right to bid on any auction up front, before you even start the auction process.

By **Amy K.** *posted 3 hr(s) 2 minutes ago*

 I love this site!!! I won a Macbook, iPod, and even a TV for under 200 bucks! This stuff normally costs over2 grand! Thanks for the help Paula!!!

By **John** *posted 2 hr(s) 25 minutes ago*

 I want to comment and say thank you so much for sharing this site to me. I have won my first auction just 5 mins ago and it's a great feeling because I saved so much money. Thank you.

By **David** *posted 2 hr(s) 10 minutes ago*

lol I just won a 42 inch Sony tv for only $56.43! This auction site works like it says. Wow I'm gonna call in sick tomorrow and try to find more auctions. Much appreciated for sharing this site to us.

TRO Exh. 1, p. 000201

DailyHugeDiscounts Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ    Document 2-4    Filed 04/13/11    Page 49 of 50

**By Courtney S** *posted 2 hr(s) 10 minutes ago*

 I have been a fan of surplus auction sites for a long time and I've won many auctions in the past. I recently signed up to BidRivals and I have to say, it's much better than all the other surplus auction sites out there. You're right the competition is very low and the range of products to select from is beyond any of the auction sites. Right now I'm using my expertise with auction sites to buy cheap and sell for high on ebay. lol. It's a great way to make extra income. Anyways thanks for sharing this site to me. It'll help me a lot more.

**By William** *posted 2 hr(s) 10 minutes ago*

Hello. I signed up to BidRivals and I can't believe they actually have gift cards for the grocery store that I shop at - and the competition is so low because this grocery store is a very small chain! I just stocked up on $1000 worth of gift cards. You helped me saved a ton of money with this report and I gladly thank you for that.

**By Joanne** *posted 2 hr(s) 10 minutes ago*

Thanks for sharing BidRivals. I would rate this one of the top auction sites online so far. It works like you say. Thank you.

## Add Comment

*Comments will appear after approval by our editorial team. Thank you.*

**Name:**

**City:**

**Email:**

**Message:**

© 2010 DailyHugeDiscounts.com

**TERMS AND CONDITIONS**

DailyHugeDiscounts Today - New Way of Saving Hundreds on Retail Products!

Case 2:11-cv-00630-RAJ   Document 2-4   Filed 04/13/11   Page 50 of 50

**CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

* We are not affiliated in any way with CNN, WebTV, News Channel 7, ABC, NBC, MSNBC, CBS, U.S. News or FOX. CNN, WebTV, News Channel 7, ABC, NBC, MSNBC, CBS, U.S. News and FOX are all registered trademarks of their respective owners. ® All trademarks on this web site whether registered or not, are the property of their respective owners. The authors of this web site are not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

* THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE.

* THE STORY DEPICTED ON THIS SITE AND THE PERSON DEPICTED IN THE STORY ARE NOT REAL. RATHER THIS STOTY IS BASED ON THE RESULTS THAT SOME PEOPLE WHO HAVE USED THESE PRODUCTS HAVE ACHIEVED. THE RESULTS PROTRAYED IN THE STORY AND IN THE COMMENTS ARE ILLUSTRATIVE AND MAY NOT BE THE RESULTS THAT YOU ACHIEVE WITH THESE PRODUCTS. THIS PAGE RECEIVES COMPENSATION FOR CLICKS ON OR PURCHASE OF PRODUCTS FEATURED ON THIS SITE.

BidRivals Terms & Conditions
BidRivals is not associated with any of the logos used on the website, however surplus auctions have been featured on all of these newscasts.
® All trademarks on this web site whether registered or not, are the property of their respective owners. BidRivals.com is not sponsored by or affiliated with any of the third-party trade mark or third-party registered trade mark owners, and make no representations about them, their owners, their products or services.

TRO Exh. 1, p. 000203