# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Tanner Garrett Vaughn | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tanner Garrett Vaughn
16212 Bothell Everett Highway, #F126
Mill Creek, Washington 98012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie K. Mayer
Federal Trade Commission
915 2nd Avenue, Suite 2896
Seattle, WA 98174

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                *Server's signature*

                                  _____
                                                *Printed name and title*


                                  _____
                                                *Server's address*

Additional information regarding attempted service, etc:


**See Attachment A to Proof of Service of Summons**

## Attachment A to Proof of Service of Summons

*Service of the following documents was also made by me simultaneously with service of the Summons:

(1)  COMPLAINT FOR PERMANENT INJUNCTION AND OTHER RELIEF;

(2)  PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET PRESERVATION, ACCOUNTING OF ASSETS, OTHER EQUITABLE RELIEF AND AN ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND MEMORANDUM IN SUPPORT;

(3)  EXHIBITS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET PRESERVATION, ACCOUNTING OF ASSETS, OTHER EQUITABLE RELIEF AND AN ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND

(4)  [PROPOSED] TEMPORARY RESTRAINING ORDER WITH ASSET PRESERVATION, ACCOUNTING OF ASSETS, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE.